B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SK Hand Tool Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3255336** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3535 W. 47th Street**<br>**Chicago, IL**<br>ZIP Code **60632** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **SK Hand Tool Corporation** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **SK Hand Tool Corporation** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Colleen E. McManus**
Signature of Attorney for Debtor(s)

**Colleen E. McManus**
Printed Name of Attorney for Debtor(s)

**Much Shelist Denenberg Ament & Rubenstein, P.C.**
Firm Name

**191 North Wacker Drive**
**Suite 1800**
**Chicago, IL 60606**

Address

**312.521.2000  Fax: 312.521.2100**
Telephone Number

**June 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Cliff Rusnak**
Signature of Authorized Individual

**Cliff Rusnak**
Printed Name of Authorized Individual

**Executive Vice President**
Title of Authorized Individual

**June 29, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    SK Hand Tool Corporation                  Case No. _____

                                          Debtor(s)         Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A.J. Manufacturing Co., Inc.<br>P.O. Box 92170<br>Elk Grove Village, IL 60009 | A.J. Manufacturing Co., Inc.<br>P.O. Box 92170<br>Elk Grove Village, IL 60009 | Trade Claim | | 93,790.73 |
| ATD Tools, Inc.<br>160 Enterprise Drive<br>Wentzville, MO 63385 | ATD Tools, Inc.<br>160 Enterprise Drive<br>Wentzville, MO 63385 | | | 75,995.91 |
| Blue Cross Blue Shield of Illinois<br>P.O. Box 1186<br>Chicago, IL 60690 | Blue Cross Blue Shield of Illinois<br>P.O. Box 1186<br>Chicago, IL 60690 | Insurance | | 413,889.85 |
| Bost Garnache Industries<br>39602 Arbois Cedex<br>France | Bost Garnache Industries<br>39602 Arbois Cedex<br>France | Trade | | 147,168.34 |
| Central States SE & SW Pension Fund<br>c/o Anthony E. Napoli<br>9377 W. Higgins Road, 10th Floor<br>Rosemont, IL 60018 | Central States SE & SW Pension Fund<br>c/o Anthony E. Napoli<br>9377 W. Higgins Road, 10th Floor<br>Rosemont, IL 60018 | lawsuit - 09 cv 1387 | | 110,325.03 |
| Consolidated Sales Group, LLC<br>P.O. Box 1116<br>Elk Grove, CA 95759 | Consolidated Sales Group, LLC<br>P.O. Box 1116<br>Elk Grove, CA 95759 | Trade | | 62,431.92 |
| Cook County Treasurer<br>P.O. Box 4488<br>Carol Stream, IL 60197 | Cook County Treasurer<br>P.O. Box 4488<br>Carol Stream, IL 60197 | Real Estate Taxes | | 164,407.78 |
| Facom - Morangis<br>6 rue Gustave Eiffel<br>91420 Morangis<br>France | Facom - Morangis<br>6 rue Gustave Eiffel<br>91420 Morangis<br>France | | Disputed | 165,354.78 |
| Kaiser Cray, Ltd.<br>Certified Public Accountants<br>1901 S. Meyers Road, Suite 230<br>Villa Park, IL 60181 | Kaiser Cray, Ltd.<br>Certified Public Accountants<br>1901 S. Meyers Road, Suite 230<br>Villa Park, IL 60181 | Services | | 63,805.82 |
| Kapon Enterprise Ltd.<br>No. 367 Pei Yang Road<br>Fengyuan City, Taiwan | Kapon Enterprise Ltd.<br>No. 367 Pei Yang Road<br>Fengyuan City, Taiwan | | | 74,339.84 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    SK Hand Tool Corporation               Case No. _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Kingsyear Co. Ltd.<br>No. 5 Alley 1<br>Fu Hsin Road<br>Taiwan | Kingsyear Co. Ltd.<br>No. 5 Alley 1<br>Fu Hsin Road<br>Taiwan | | | 46,977.36 |
| McCourt Marketing Group<br>1314 Centerview Circle<br>Akron, OH 44321 | McCourt Marketing Group<br>1314 Centerview Circle<br>Akron, OH 44321 | Services | | 62,119.58 |
| Ningbo United Group, Ltd.<br>No. 31 Guangji Street<br>Ningbo, Puerto Rico | Ningbo United Group, Ltd.<br>No. 31 Guangji Street<br>Ningbo, Puerto Rico | | | 97,524.62 |
| S&L Marketing<br>915 Clifton Avenue<br>Clifton, NJ 07013 | S&L Marketing<br>915 Clifton Avenue<br>Clifton, NJ 07013 | Services | | 79,419.65 |
| SPX Service Solutions<br>P.O. Box 406799<br>Atlanta, GA 30384 | SPX Service Solutions<br>P.O. Box 406799<br>Atlanta, GA 30384 | District Court of Michigan -10 cv 11218 | | 158,839.19 |
| US Dept. of Labor-Solicitor Office<br>c/o Elizabeth R. Ashley<br>881 Fed. Off. Bldg., 1240 E. 9th St<br>Cleveland, OH 44199 | US Dept. of Labor-Solicitor Office<br>c/o Elizabeth R. Ashley<br>881 Fed. Off. Bldg., 1240 E. 9th St<br>Cleveland, OH 44199 | Lawsuit OSHRC Docket Nos. 10-0152 & 10-1053 | | 180,000.00 |
| VO Investment, LLC<br>415 E. North Water Street<br>Chicago, IL 60611 | VO Investment, LLC<br>415 E. North Water Street<br>Chicago, IL 60611 | | | 56,149.12 |
| Waterloo Industries, Inc.<br>75 Remittace Drive, Suite 1014<br>Chicago, IL 60675 | Waterloo Industries, Inc.<br>75 Remittace Drive, Suite 1014<br>Chicago, IL 60675 | Trade | | 63,257.71 |
| West 55th Street Investors, LLC<br>Niscolson Porter & List, Inc.<br>1300 W. Higgins Road<br>Park Ridge, IL 60068 | West 55th Street Investors, LLC<br>Niscolson Porter & List, Inc.<br>1300 W. Higgins Road<br>Park Ridge, IL 60068 | lawsuit Chicago, Illinois | | 378,163.07 |
| Wright Tool Co.<br>P.O. Box 951798<br>Cleveland, OH 44193 | Wright Tool Co.<br>P.O. Box 951798<br>Cleveland, OH 44193 | Trade | | 187,421.84 |

**B4 (Official Form 4) (12/07) - Cont.**

In re ___SK Hand Tool Corporation_____     Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Executive Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  __June 29, 2010_____        Signature  __/s/ Cliff Rusnak_____

                                       Cliff Rusnak
                                       Executive Vice President

     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                         Best Case Bankruptcy

A and A Manufacturing, Inc.
P.O. Box 54
Greenwood, MO 64034


A-1 Sanitary Rag Co.
3166 S. River Road
Des Plaines, IL 60018


A.J. Manufacturing Co., Inc.
P.O. Box 92170
Elk Grove Village, IL 60009


ABC Broach & Broaching Inc.
7481 Research Drive
Almont, MI 48003


Abrasive Products, LLC
8615 E. 33rd Street
Indianapolis, IN 46226


Ace Coffee Bar
601 E. Lake Street
Streamwood, IL 60107


Add Tool & Saw Grinding Co.
3451 N. Pulaski Road
Chicago, IL 60641


Advanced Exterminator
12938 Maple Avenue
Blue Island, IL 60406


Advantage Busines Media, LLC
39310 Treasury Center
Chicago, IL 60694


AFCO Insurance Premium Finance
P.O. Box 360572
Pittsburgh, PA 15250


Affiliated Controls
2630 Eagle Way
Chicago, IL 60678

Aggressive Technologies Inc.
4832 Torque Drive
Loves Park, IL 61111


Air Handling Equipment
1389 Riverside Drive
Sidney, OH 45365


Air Tech Tool Service
P.O. Box 1860
Beckley, WV 25802


Alarm Detection Systems
1111 Church Road
Aurora, IL 60505


Alcon Industries, Inc.
P.O. Box 72157
Cleveland, OH 44192


All Electric Motor
6726 S. Ashland Avenue
Chicago, IL 60636


All Star Chemical Co.
275 E. Old County Line Road
Westerville, OH 43081


Allied Sales & Marketing, Inc.
1000 Brown Street
Suite 115
Wauconda, IL 60084


Allied Supply
460 S. Main Street
Lima, OH 45804


Alro Steel Corporation
P.O. Box 641005
Detroit, MI 46264


American Express
P.O. Box 650448
Dallas, TX 75265

Amerigas-Cicero
3501 S. Cicero Avenue
Cicero, IL 60804

Antibus & Co., Inc.
4809 Illinois Road
Fort Wayne, IN 46804

ANXeBusiness Corp.
2000 Town Center, Suite 2050
Southfield, MI 48075

Ariba, Inc.
P.O. Box 642962
Pittsburgh, PA 15264

Arnold J. Salazar
729 N. Ware Road
McAllen, TX 78501

Artistic Plating
405 W. Cherry Street
Milwaukee, WI 53212

Assicomc/o USAG Utensilerie Assoc.
Sede Legale: Via Volta N3
21020 Monvalle Va Italia
Casella Postala, Italy

Associated Material Handling
Dept. CH 17469
Palatine, IL 60055

Astro Chemicals
P.O. Box 2248
Springfield, MA 01104

AT&T
P.O. Box 8100
Aurora, IL 60507

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197

AT&T Mobility
P.O. Box 6428
Carol Stream, IL 60197


ATD Tools, Inc.
160 Enterprise Drive
Wentzville, MO 63385


Automatic Screw Machine Tool
6775 Brandt Road
Romulus, MI 48174


Avero Packaging Corp.
888 E. Belvidere
Unit 206
Grayslake, IL 60030


Bader, Stephen & Co., Inc.
P.O. Box 297
Valley Falls, NY 12185


Bar Code Graphics, Inc.
875 N. Michigan Avenue
Suite 2650
Chicago, IL 60611


Basso Industry Corp.
No. 24, 36th Road
Taichung, Taiwan, R.O.C., KY 40768


Batavia Container Inc.
1400 Paramount Parkway
Batavia, IL 60510


BCS Cuyahogas, LLC
31000 Solon Road
Solon, OH 44139


Berteau-Lowell Plating Works
2320 W. Fullerton Avenue
Chicago, IL 60647


Best Messenger Service, Inc.
671 Executive Drive
Willowbrook, IL 60527

Blue Cross Blue Shield of Illinois
P.O. Box 1186
Chicago, IL 60690


Bodycote Thermal Processing
#774119
Chicago, IL 60677


Bohl Equipment Co.
534 Laskey Road
Toledo, OH 43612


Bondhus Corporation
1400 E. Broadway
Monticello, MN 55362


Bost Garnache Industries
39602 Arbois Cedex
France


Bradley L. Ottinger
Baker Donelson Bearman, et.al.
165 Madison Avenue, Suite 2000
Memphis, TN 38103


Briceton LP & Water Treatment
7447 CR 87
Paulding, OH 45879


Bugbee & Conkle
405 Madison Avenue
Toledo, OH 43604


Bugbee & Conkle, LLP
c/oTybo A. Wilhelms
405 Madison Avenue
Toledo, OH 43604


C&E Specialities, Inc.
2530 Laude Drive
Rockford, IL 61109


C.H. Robinson Worldwide, Inc.
P.O. Box 9121
Minneapolis, MN 55480

Cadore - Miller Printing
9901S. 78th Avenue
Hickory Hills, IL 60457

Cambria Sales Co., Inc.
51 Oak Creek Drive
Yorkville, IL 60560

Capitol Containers Inc.
346 N. Justine
Suite 406
Chicago, IL 60607

Central States
Central States Funds
Palatine, IL 60055

Central States SE & SW Pension Fund
c/o Anthony E. Napoli
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018

Central Steel & Wire Co.
P.O. Box 5100
Chicago, IL 60680

Century Fasteners & Machine Co.
4155 N. Rockwell Street
Chicago, IL 60618

CenturyLink
P.O. Box 4300
Carol Stream, IL 60197

Ceridian Benefit Services
P.O. Box 10989
Newark, NJ 07193

Chalet Florist
8501 S. Cicero Avenue
Chicago, IL 60652

Chartis
22427 Network Place
Chicago, IL 60673

Chicago Building Services, Inc.
3023 N. Clark Street
Suite 202
Chicago, IL 60632


Chicago Consumables
2055 S. Eastwood Drive
Woodstock, IL 60098


Chicago Office Products
9710 Industrial Drive
Bridgeview, IL 60455


Chicago Office Technology Group
P.O. Box 5940
Lock Box 20-Coe 001
Carol Stream, IL 60197


Cintas First Aid & Safety
1870 Brummel Drive
Elk Grove Village, IL 60007


Cintas Location #306
28140 Cedar Park Boulevard
Perrysburg, OH 43551


City of Chicago-Dept. of Revenue
8108 Innovation Way
Chicago, IL 60682


Claude Fuger
1534 W. Estes
Chicago, IL 60626


Clausing Service Center
811 Eisenhower Drive, South
Goshen, IN 46527


Clemens Mobile Welding
1910 Baltimore
Defiance, OH 43512


Cliff Rusnak
1721 W. Erie Street
Chicago, IL 60622

CNE Gas (Chicago)
c/o Bank of America Lockbox Service
Chicago, IL 60693

Col-Fin Specialty Steel Corp.
P.O. Box 76527
Cleveland, OH 44101

Combined Sales Co.
4419 S. Tripp Avenue
Chicago, IL 60632

Commerce Hub
P.O. Box 33197
Hartford, CT 06150

Commonwealth Edison
Bill Payment Center
Chicago, IL 60668

Connelly Jackson & Collier, LLP
Attorneys at Law
Toledo, OH 43604

Consolidated Sales Group, LLC
P.O. Box 1116
Elk Grove, CA 95759

Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197

Cortina Tool & Molding Co.
10706 W. Grand Avenue
Franklin Park, IL 60131

Cousins Waste Control
Philip Services Corporation
P.O. Box 3070
Houston, TX 77253

Crescent Electric Supply Co.
P.O. Box 500
East Dubuque, IL 61025

Cricket's Paint & Auto Parts, LLC
111 Pleasant Street
Claremont, NH 03743


Crown Lift Trucks
P.O. Box 641173
Cincinnati, OH 45264


CSX Transportation
P.O. Box 116628
Atlanta, GA 30368


CT Corporation System
P.O. Box 4349
Carol Stream, IL 60197


Current Office Solutions
130 N. Main Street
Bryan, OH 43506


Custom Cutting Edge Tool, Inc.
85 S. Airlite Street
Elgin, IL 60123


Custom Pak
86 16th Avenue North
Clinton, IA 52732


Cygnus Business Media
Box 68-9528
Milwaukee, WI 53268


D&J Long, LLC
14981 Road
Suite 209
Defiance, OH 43512


Danaher Tool Group
P.O. Box 98703
Chicago, IL 60697


Daniel & Alexandra Trybek
4844 W. 92nd Street
Oak Lawn, IL 60453

Data Eclipse
677 N. Main Street
Bryan, OH 43506


Davenport Machine Tools
P.O. Box 915224
Dallas, TX 75391


Dawn Pleasant
9001-49th Avenue
Oak Lawn, IL 60453


Dayton Stencil
113 E. Second Street
Dayton, OH 45402


Defiance Clinic
P.O. Box 218
Defiance, OH 43512


Defiance Publishing Co., L.L.C.
624 W. Second Street
Defiance, OH 43512


Defiance Utilities
P.O. Box 425
Defiance, OH 43512


DeLage Landen
P.O. Box 800
Wayne, PA 19087


Dempsey Industries, Inc.
802 N. Fourth Street
Miamisburg, OH 45342


Dept. of Supervision & Compliance
Pension Benefit Guaranty Corporatio
Washington, DC 20005


Devco Corporation
P.O. Box 176
Wyckoff, NJ 07481

DHL Global Forwarding
14076 Collections Center
Chicago, IL 60693

Display Specialists
3173 N. Elston Avenue
Chicago, IL 60618

DLV Printing Service
5 S. Austin Boulevard
Chicago, IL 60644

Donald Jakubisin
3519 S. 60th Court
Cicero, IL 60804

Dorothy Trom
118 Windsor Drive
Des Plaines, IL 60018

Dun & Bradstreet Inc. Chicago
P.O. Box 75434
Chicago, IL 60675

Durston Manufacturing
1395 E. Palo Mares Avenue
La Verne, CA 91750

Dwyer Instruments
P.O. Box 373-T
Michigan City, IN 46360

Earl Mechancial Service, Inc.
12288 County Road, M
Wauseon, OH 43567

Eaton Steel
P.O. Box 673263
Detroit, MI 48267

Edco Tool & Supply
P.O. Box 28146
Columbus, OH 43228

Edmonds Inc.
626 Executive Drive
Willowbrook, IL 60527


Edna Miller
4662 Berlin Drive
Reading, MI 49274


Edwards Engineering
1000 Touhy Avenue
Attention: Bruce Brazes
Elk Grove Village, IL 60007


Emerald Datacom Products, Inc.
P.O. Box 5534
River Forest, IL 60305


Empire Refractory Sales, Inc.
3264 South Avenue
Toledo, OH 43609


Enderes Tool Co.
14925 Energy Way
P.O. Box 240189
Saint Paul, MN 55124


Enterhost
801 Cherry Street
Fort Worth, TX 76102


Enthone-Omi
5632 Collections Center
Chicago, IL 60693


Eppco Enterprises, Inc.
544 S. Green Road
Cleveland, OH 44121


Erie Products
42 Sylvania
Toledo, OH 43612


Erie Tool & Supply Co.
304 N. Westwood Avenue
Toledo, OH 43607

Ernst Manufacturing, INc.
37570 Ruben Lane
Suite B
Sandy, OR 97055


Exacto Springs
1201 Hickory Street
P.O. Box 24
Grafton, WI 53024


Excel Graphics & Promotions
400 S. Vermont Street
Palatine, IL 60067


EZ Sales and Marketing
43422 W. Oaks Drive
Suite 326
Novi, MI 48377


F&S Engraving, Inc.
1620 W. Central Road
Mount Prospect, IL 60056


F.N. Cuthbert, Inc.
P.O. Box 140570
Toledo, OH 43614


Facom - Morangis
6 rue Gustave Eiffel
91420 Morangis
France


Fastenal
P.O. Box 978
Winona, MN 55987


FDC Drafting Aides Corporation
1429 Jeffrey Drive
Addison, IL 60101


Finishing Technology, Inc.
P.O. Box 643870
Cincinnati, OH 45264

First Advantage
P.O. Box 526024
Sacramento, CA 95852


Fitzenrider Inc.
827 Perry Street
Defiance, OH 43512


Five Boro Pneu-Tronics Inc.
801 E. 42nd Street
Brooklyn, NY 11210


Fort Defiance Community
Federal Credit Union
Defiance, OH 43512


Forte, I.R.
816 E. Bailey Road
Naperville, IL 60565


Franczek Radelet & Rose
Attorneys at Law
300 S. Wacker Drive
Chicago, IL 60606


Fredriksen Fire Equipment Co.
3352 Solutions Center
P.O. Box 309
Chicago, IL 60677


Fuchs Lubricants
1000 Paysphere Circle
Chicago, IL 60674


GCommerce Inc.
601 E. Locust
Des Moines, IA 50309


GE Capital
P.O. Box 740425
Atlanta, GA 30374


General Engineering Works
1515 W. Wrightwood Court
Addison, IL 60101

Gerald Murphy
15481 Campbell Road
Defiance, OH 43512

GFI Metal Treating, Inc.
1241 18th Avenue
Rockford, IL 61104

Ginosko Laboratories Inc.
17875 Cherokee Street
Harpster, OH 43323

Great American Insurance Group
P.O. Box 691516
Cincinnati, OH 45278

Great Lakes Too Supply Inc.
12631 Plaza Drive
Cleveland, OH 44130

Grinold-O'Brien Sales, Inc.
6 Merchant Street-CL
Sharon, MA 02067

Groot McCook Waste Services
1759 Elmhurst Road
Elk Grove Village, IL 60007

Groov-Pin Corp.
331 Farnum Pike
Smithfield, RI 02917

H. Poll Electric Co.
P.O. Box 557
Toledo, OH 43697

H.B. Products
4625 W. 63rd Street
Chicago, IL 60629

Hach Company
2207 Collections Center Drive
Chicago, IL 60693

Harbor Freight Tools
3491 Mission Oak Boulevard
Camarillo, CA 93011


Hardinge Inc.
Box 1212
Elmira, NY 14902


Hartford Meiers, Inc.
1301 W. 22nd Street
Suite 503
Oak Brook, IL 60523


Harts Machine Service Inc.
Box 13
Cecil, OH 45821


Hatcher/Stubbs
P.O. Box 2707
Columbus, GA 31902


Haviland
421 Ann Street, NW
Grand Rapids, MI 49504


Hector Rascon
Inter National Bank
1801 S. 2nd Street
McAllen, TX 78503


Helen McCauley
109 Promenade Drive
Swanton, OH 43558


Henry & Barbara McCartney
21615 Street, Rt. 18 W
Defiance, OH 43512


Hi-Five Products Developing Co. Ltd
No. 236 Ya Tan Road
Taichung, County


High Country Marketing
8645 Sandy Parkway
Sandy, UT 84070

Hinckley Spring Water
P.O. Box 660579
Dallas, TX 75266


Home Depot
P.O. Box 6031
The Lakes, NV 88901


Honeywell, Inc.
12484 Collections Center Drive
Chicago, IL 60693


Hoover Precision Products, Inc.
P.O. Box 101840
Atlanta, GA 30392


Houghton International, Inc.
24543 Network Place
Chicago, IL 60673


Hudapack Metal Treating, Inc.
979 Koopman Lane
Elkhorn, WI 53121


Hy-Alloy Steel Co.
13843 Collection Center
Chicago, IL 60693


IBM Corporation
P.O. Box 643600
Pittsburgh, PA 15264


ICO Incorporated Limited
No. 3 Ching Cheng
Taiwan


IL Environmental Protection Agency
1021 N. Grand Avenue
P.O. Box 19276
Springfield, IL 62794


Illiana Instrumentation Service, L
3218 B. East 84th Place
Merrillville, IN 46410

Illinois Department of Revenue
Retailers' Occupation Tax
Springfield, IL 62796


Indoor Auto Mart
1700 Buckeye Street
Defiance, OH 43512


Industrial Paramedical Service
Suite 16
Southfield, MI 48034


Industrial Scale Inc.
S81 W19077 Apollo Drive
Muskego, WI 53150


Industrial Technical Sales
323 Oxford Avenue
Mansfield, OH 44901


Inlander Brothers
7701 S. Claremont Avenue
Chicago, IL 60620


Instrument Sales & Services
6059 De Maisonneuve West
Montreal Quebec H4A3R8 Canada


Integration Services, Inc.
P.O. Box 746
Winnsboro, TX 75494


International Assoc. of Machinists
Grand Lodge
Upper Marlboro, MD 20772


International Tool Boxes Corp.
4275 St. Joseph Boulevard
Drummondville Quebec


Ipsen, Inc.
2360 Momentum Place
Chicago, IL 60689

Iron Mountain Inc.
P.O. Box 27128
New York, NY 10087


Irwin Industrial Tool Co.
d/b/a Newell Rubbermaid
P.O. Box 92026
Chicago, IL 60675


J&J Carbide & Tool, Inc.
5656 W. 120th Street
Alsip, IL 60803


J&K Retirement, Inc.
6839 W. Thorndale Avenue
Chicago, IL 60631


Jade-Sterling Steel Co., Inc.
P.O. Box 634405
Cincinnati, OH 45263


Jason Callicoat
Querrey & Harrow
175 W. Jackson Blvd., #1600
Chicago, IL 60604


JAW Manufacturing
39 Mulberry Street
Reading, PA 19603


JBS Office Solutions, Ltd.
1808 Baltimore Road
Defiance, OH 43512


Jelenic Machinery Co.
1390E 25th Street
Cleveland, OH 44114


Jetco
835 Meridan Street
Duarte, CA 91010


JG Excavating
14160 Dohoney Road
Defiance, OH 43512

Job 1 USA
Account Receivable Dept.
Cincinnati, OH 45263


K&R Service
10000 S. Melvina Avenue
Oak Lawn, IL 60453


Kaiser Cray, Ltd.
Certified Public Accountants
1901 S. Meyers Road, Suite 230
Villa Park, IL 60181


Kalmar/Komatsu Forklift
P.O. Box 30279
Los Angeles, CA 90030


Kapon Enterprise Ltd.
No. 367 Pei Yang Road
Fengyuan City, Taiwan


Karen Tubbs
Defiance County Treasurer
P.O. Box 278
Defiance, OH 43512


King Industrial Supply, Inc.
1040 Caldwell Avenue
Tiffin, OH 44883


Kingsford Broach and Tool Co.
P.O. Box 2277
Kingsford, MI 49802


Kingsyear Co. Ltd.
No. 5 Alley 1
Fu Hsin Road
Taiwan


Kipper Tool Co.
P.O. Box 1750
Gainesville, GA 30503

Kircher's Flowers Inc.
1119 Jefferson Avenue
Defiance, OH 43512


Klingspor Abrasives, Inc.
2555 Tote Boulevard, S.E.
Hickory, NC 28603


KPRG & Associates, Inc.
414 Plaza Drive, Suite 106
Westmont, IL 60559


Krendl Rack
18413 Haver Road
Venedocia, OH 45894


Kuhn Art Company, Inc.
444 Laskey Road
Toledo, OH 43612


Lab Safety Supply
P.O. Box 1368
Janesville, WI 53547


Lansing Forge Inc.
5232 Aurelius Road
Lansing, MI 48911


Lesman
136 Bernice Drive
Bensenville, IL 60106


Lima Fire Equipment Co.
P.O. Box 1623
Lima, OH 45802


Linda M. Watson
255 S. Old Woodward Avenue
3rd Floor
Birmingham, MI 48009


Local 743
300 S. Ashland Boulevard
Chicago, IL 60607

Lutz Sales Co., Inc.
4675 Turnberry Drive
Bartlett, IL 60103


Machinery Services Co.
1990 Spruce Street
Defiance, OH 43512


Management Consulting Ser., Inc.
188 Industrial Drive, Suite 208
Elmhurst, IL 60126


Marjorie Butler
14701 Dohoney Road
Defiance, OH 43512


Martin Tool & Forge
P.O. Box 974066
Dallas, TX 75397


Master Solutions, Inc.
1263 S. Highland Avenue
Lombard, IL 60148


Matis, Inc.
P.O. Box 1437
Bridgeview, IL 60455


Matthew Eckhardt
3115 Ethereal Lane
Charlotte, NC 28226


Matthew Warren
P.O. Box 631086
Cincinnati, OH 45263


Matthew-Warren, Inc.
Spring & Stamping Collection
P.O. Box 631086
Cincinnati, OH 45263


Maumee Valley Vending Co.
R.R. 6
Defiance, OH 43512

Mayer Associates
18700 Brewster Road
Chagrin Falls, OH 44023


Mayhew Tools
199 Industrial Boulevard
Turners Falls, MA 01376


McCourt Marketing Group
1314 Centerview Circle
Akron, OH 44321


McGuire Woods, LLP
Attn. Accounts Receivable
Richmond, VA 23286


McMaster-Carr/Chicago
P.O. Box 7690
Chicago, IL 60680


McMaster-Carr/Ohio
P.O. Box 7690
Chicago, IL 60689


McNaughton-McKay Electric Co.
Dept. 14801
Detroit, MI 48267


McSquared Energy
P.O. Box 25235
Lehigh Valley, PA 18002


Memmers Water Technology
26705 Blanchard
Benton, CA 93512


Merchandising Partners, LLC
45 Silverbrook Lane
North Granby, CT 06060


Metal Ceramics, Inc.
210 Gateway Drive
Bensenville, IL 60106

Metallurgical Processor
Lock Box 10007
Palatine, IL 60055


Metals Technology Corp.
120 N. Schmale Road
Carol Stream, IL 60188


Metro Industrial Tire
4825 W. 128th Place
Alsip, IL 60803


Metropolitan Crusade of Mercy
P.O. Box 75828
Chicago, IL 60675


Microworks Precision
247 Gilbert Terrace
Machesney Park, IL 61115


Mid-West Screw Products, Inc.
3523 N. Kenton Avenue
Chicago, IL 60641


Midwest Credit Management
NACM
Park Ridge, IL 60068


Midwest Time Recorder Inc.
7964 S. Madison Street
Hinsdale, IL 60521


Midwest Tool & Cutlery Co.
103 S. Jefferson
Sturgis, MI 49091


Midwestern Rust Proof, Inc.
3636 N. Kilbourn Avenue
Chicago, IL 60641


Modern Welding & Supply
DIV Defiance Tractor Salles
19145 Spruce Street
Defiance, OH 43512

Mohawk Spring Corporation
9505 Winona Avenue
Schiller Park, IL 60176

Motion Industries (Chicago)
P.O. Box 98412
Chicago, IL 60693

Motion Industries Inc. (Ohio)
P.O. Box 98412
Chicago, IL 60693

MSC Industrial Supply Co., Inc.
Dept. CH 0075
Palatine, IL 60055

MSI Testing & Enginerring, Inc.
1390 N. 25th Avenue
Melrose Park, IL 60160

MTS Chicago, Inc.
12900 W. Tanglewood Circle
Palos Park, IL 60464

Muzka
P.O. Box 71070
Charlotte, NC 28272

Nalco Co.
P.O. Box 640863
Pittsburgh, PA 15264

National Data Label Corp.
301 Arthur Court
Bensenville, IL 60106

National Guardian Life Insurance
2 E. Gilman Street
Madison, WI 53701

National Sintered Alloys, Inc.
P.O. Box 332
Clinton, CT 06413

New Method Steel Stamps, Inc.
31313 Kendall Avenue
Fraser, MI 48026


Newark Electronics
P.O. Box 94151
Palatine, IL 60094


Newcomb Spring of Tennessee
P.O. Box 402260
Atlanta, GA 30384


Nicor Gas
P.O. Box 632
Aurora, IL 60507


Nictin, Inc.
4N240 Cavalry Drive
Bloomingdale, IL 60108


Ningbo United Group, Ltd.
No. 31 Guangji Street
Ningbo, Puerto Rico


Nippon Express Travel
2038 Solutions Center
Chicago, IL 60677


NNT Corporation
1320 Norwood Avenue
Itasca, IL 60143


Nofziger Door Sales, Inc.
P.O. Box 37
Archbold, OH 43502


Northern Safety Co., Inc.
P.O. Box 4250
Utica, NY 13504


Northern Woodwork, Inc.
1326 Parkview Road
Green Bay, WI 54304

Northpro Represenatives, Inc.
6585 Edenvale Boulevard
Eden Prairie, MN 55346


Northtown Mall
1500 N. Clinton
Defiance, OH 43512


Nupla Corporation
11912 Sheldon Street
Sun Valley, CA 91352


Ogletree Deakins, Nash, et.al.
P.O. Box 89
Columbia, SC 29202


Ohio Environmental Protection Agenc
50 W. Town Street
Suite 700
Columbus, OH 43215


Ohio Gas Company
P.O. Box 528
Bryan, OH 43506


Opex  Communications
P.O. Box 6498
Carol Stream, IL 60197


Oplast Ofentavsek Tone S.P.
Tepanje 63
Slovenske Konjice


Oracle USA, Inc.
P.O. Box 71028
Chicago, IL 60694


Paetec Communications
P.O. Box 1283
Buffalo, NY 14240


Park Ohio/KroppForge
c/o Ajax Technologies
P.O. Box 714655
Columbus, OH 43271

Parker Hannifin Corporation
7928 Colllection Center Drive
Chicago, IL 60693


Parker Hudson Rainer & Dobbs
1500 Marquis Two Tower
Atlanta, GA 30303


PBGC
c/o Michael A. Maricco
1200 K Street, NW
Washington, DC 20005


PBGC
c/o Courtney L. Hansen
1200 K Street NW
Washington, DC 20005


PBGC
c/o Phyllis Dawson, Manager
1200 K Street, NW
Washington, DC 20005


PBGC
c/o Andrea Wong
1200 K Street NW
Washington, DC 20005


Perkins Products, Inc.
7025 W. 66th Place
Chicago, IL 60638


Pooley, Inc.
207 W. Huron Street
Buffalo, NY 14201


Porter Petroleum
P.O. Box 225
Paulding, OH 45879


Power Tool Repair
891 MDE Drive
Suite H
Akron, OH 44310

Prairie Digital
3372A Commercial Avenue
Northbrook, IL 60062


Praxair/Gas Technology
P.O. Box 6003
Hillside, IL 60162


Pro America Premium Tools
4265 Puente Avenue
Baldwin Park, CA 91706


Pro Form
7746 W 99th Street
Hickory Hills, IL 60457


Prodata Computer Services, Inc.
2809 S. 160th Street
Suite 401
Omaha, NE 68130


Professional Tool Center
3015 Lexington Lane
Glenview, IL 60025


Professor Brookins
6518 Grenridge Drive
Indianapolis, IN 46278


Protection Controls, Inc.
7317 N. Lawndale Avenue
Skokie, IL 60076


Protoco Enterprises
P.O. Box 106
North Plains, OR 97133


Pryamid Packaging, Inc.
1828 Johns Drive
Glenview, IL 60025


Purchase Power CK
P.O. Box 856042
Louisville, KY 40285

Quality Bar
P.O. Box 643341
Pittsburgh, PA 15264


Quinteros Ltd.


Qwest
Business Services
Louisville, KY 40285


Ranlin Electric Service, Inc.
2455 Forest View Avenue
River Grove, IL 60171


Raven Rock Workwear
South Park Office Complex
Dayton, OH 45459


Ray Morris Division
Wayne Steel Co., Inc.
P.O. Box 650
New Britain, CT 06051


Raymond & Doris Klug
924 Mill Lare Road
Fort Wayne, IN 46845


Reliable Plating Works, Inc.
5230 S. 13th Street
Milwaukee, WI 53221


Reliance Standard Life
P.O. Box 3124
Southeastern, PA 19398


Repforce
530 Turner Industrial Way
Aston, PA 19014


Richland Co. & Associates Inc.
101 Clinton Street
Defiance, OH 43512

Ricoh Americas Corporation
P.O. Box 105533
Atlanta, GA 30348


RLE & Associates
P.O. Box 520
Owosso, MI 48867


Rock Island Lubricants
1320 1st Street
Rock Island, IL 61204


Roger Moore
2116 Newcastle
Plano, TX 75075


Rogliatti's Sport Center
222 Clinton Street
Defiance, OH 43512


Ronald White
4030 S. Anna Avenue
Lyons, IL 60534


Rosanne Thomas Matzat
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022


Rose Exterminator Co.
1809 W. North Avenue
Chicago, IL 60622


RS Used Oil Services, INc.
P.O. Box 2920
Wichita, KS 67201


Rusnak, Cliff
1721 W. Erie Street
Chicago, IL 60622


S&L Marketing
915 Clifton Avenue
Clifton, NJ 07013

Saf-T-Gard
135 S. LaSalle Street
Dept. 1545
Chicago, IL 60674


Safety Solutions
P.O. Box 8100
Dublin, OH 43016


Scali Consulting & Training
2804 Benjamin Drive
Brunswick, OH 44212


SDV (USA) Inc.
P.O. Box 91620
Los Angeles, CA 90009


Securitas Security Ser., USA, Inc.
P.O. Box 403412
Atlanta, GA 30384


Seeg
Z.I. LaHaie Passart-6
France


SEPS, Inc.
7531 Brush Hill Road
Willowbrook, IL 60527


Seyfarth Shaw Fairweather
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603


Sherwin Williams
202-204 Clinton Street
Defiance, OH 43512


SI Jacobson Manufacturing Co.
1414 Jacobson Drive
Waukegan, IL 60085


Siemens Financial Services, Inc.
3417 Collection Center Drive
Chicago, IL 60693

Simko Grinding Co.
P.O. Box 68
Posen, IL 60469


Simonds Industries, Inc.
Dept. CH 10604
Palatine, IL 60055


Simplex Grinnell
Dept. CH 10320
Palatine, IL 60055


Skidmore- William
442 S. Green Road
Cleveland, OH 44121


Skyo Ind., Inc.
171 Brook Avenue
Deer Park, NY 11729


Snow's Fire Protection
P.O. Box 794
Bryan, OH 43506


South Side Control Supply, Co.
488 N. Milwaukee Avenue
Chicago, IL 60610


Sovled Security LPDA, Inc.
4752 S. Central Avenue
Chicago, IL 60638


Specialty Mat Service
2730 Beverly Drive
Aurora, IL 60504


Spectrum Metal Finishing
P.O. Box 61
Isle, MN 56342


SPS Commerce
VB Box 3
Minneapolis, MN 55480

SPX Service Solutions
P.O. Box 406799
Atlanta, GA 30384


Stafda
P.O. Box 44
Elm Grove, WI 53122


Staffmark
Attn. U.S. Bank
P.O. Box 952386
Saint Louis, MO 63195


Stamco Technology Group
P.O. Box 74035
Chicago, IL 60690


Stange Industrial Group
494 Bonnie Lane
Elk Grove Village, IL 60007


State Disbursement Unit
P.O. Box 5400
Carol Stream, IL 60197


Stauffer Glove & Safety
P.O. Box 45
Red Hill, PA 18076


Stephen Gould of Illinois, Inc.
35 S. Jefferson Road
Whippany, NJ 07981


Sterling Commerce, Inc.
Network Service Group
P.O. Box 73199
Chicago, IL 60673


Sterling Spring Corporation
P.O. Box 97265
Chicago, IL 60690


Stoner & Company
3223 W. Armitage
Chicago, IL 60647

Stride Tool Inc.
46 E. Washington Street
Ellicottville, NY 14731


Stride Tool, Inc./Milbar
P.O. Box 636425
Cincinnati, OH 45263


Synergy Sales Group
4915 Louisana Street
Houston, TX 77006


Systematic Trucking Service
4321 W. School Street
Chicago, IL 60641


Tanner Industries, Inc.
P.O. Box 7777-W2170
Philadelphia, PA 19175


Temperature Service Co., Inc.
350 Bonnie Lane
Elk Grove Village, IL 60007


The Calibration Solution
9865 N. Alpine Road
Machesney Park, IL 61115


The Hartford Insurance Company
P.O. Box 2907
Hartford, CT 06104


The Positive Safety Mfg. Co.
34099 Melinz Parkway
Unit A
Eastlake, OH 44095


The Royal Group
2318 Payshere Circle
Chicago, IL 60674


Tiger Direct
7795 W. Flagler Street
Miami, FL 33144

Tim Herrick
25043 Sandra Lane
Plainfield, IL 60544


Tinius Olsen
P.O. Box 429
Willow Grove, PA 19090


Tobisha America Inf. Systems, Inc.
P.O. Box 740423
Atlanta, GA 30374


Toledo Edison Co.
P.O. Box 3638
Akron, OH 44309


Toledo Optical Laboratory, Inc.
1201 Jefferson Avenue
Toledo, OH 43603


Tool & Equipment Dist. Assoc.
9175 Guilford Road
Columbia, MD 21046


Tool Crib Supply Inc.
1480 S. Wolf Road
Wheeling, IL 60090


Tool Service
1810 Auger Drive
Tucker, GA 30084


Tranzact Technologies, Inc.
360 W. Butterfield Road
Suite 400
Elmhurst, IL 60126


Trexler, Bushell, Giangiorgi, et.al
Chicago, IL 60603


Tribune Interactive
14891 Collections Center Drive
Chicago, IL 60693

Tru Tex International
11050 Southland Road
Cincinnati, OH 45240


Trusty-Cook
10530 E. 59th Street
Indianapolis, IN 46236


Turning Concepts, Inc.
1300 Mathews Mint Hill Road
Matthews, NC 28105


U.S. Security Associates, Inc.
P.O. Box 931703
Atlanta, GA 31193


UEI
8030 SW Nimbus, Bldg. 7
Beaverton, OR 97008


Union Seucrity Insurance Co.
Assurant Employee Benefit
Kansas City, MO 64180


United Parcel Service
Lock Box 577
Carol Stream, IL 60132


United States Plastic Corp.
1390 Neubrecht Road
Lima, OH 45801


Univar USA, Inc.
13009 Collection Center
Chicago, IL 60693


UPS Customhouse Brokerage, Inc.
P.O. Box 34486
Louisville, KY 40232


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673

Urrea Herramientas Profesionals
KM 11.5 Carretera A El Castillo
El Salto, Jalisco


US Dept. of Labor-Solicitor Office
c/o Elizabeth R. Ashley
881 Fed. Off. Bldg., 1240 E. 9th St
Cleveland, OH 44199


USAG Utensilerie Assc.
Sede Legale:Via Volta N3
21020 Monvalle Va Italia
Casella Postala Italy


USI Inc.
P.O. Box 18117
Bridgeport, CT 06601


V&A Risk Services
6591 W. Central Avenue
Toledo, OH 43617


V-W Broaching Service, Inc.
3250 W. Lake Street
Chicago, IL 60624


Valerie Nelson
352 Appling
Bolingbrook, IL 60440


VO Investment, LLC
415 E. North Water Street
Chicago, IL 60611


Voltexx
2100 N. 15th Avenue
Melrose Park, IL 60160


W.W. Grainger, Inc.
Dept. 136
Palatine, IL 60038


WA Schwartz & Assoc.
2653 Miller Drive
Allison Park, PA 15101

Wagner Office Machines
5610 S. Pulaski
Chicago, IL 60629


Washington Mills Ceramics Corp.
165 King Street
Sun Prairie, WI 53590


Water Equipment Company
1335 Bellefontaine
Lima, OH 45802


Waterloo Industries, Inc.
75 Remittace Drive, Suite 1014
Chicago, IL 60675


Webster Business Credit Corporation
360 Lexington Avenue, 5th Floor
New York, NY 10017


Webster-Hoff Corp.
P.O. Box 95109
Palatine, IL 60095


Welding Center, INc.
7400 S. Central Avenue
Chicago, IL 60638


Werlor, Inc.
1420 Ralston Avenue
Defiance, OH 43512


Werner-Nugent Plumbing, Inc.
14840 S. McKinley
Posen, IL 60469


West 55th Street Investors, LLC
Niscolson Porter & List, Inc.
1300 W. Higgins Road
Park Ridge, IL 60068


Western Case Co.
14351 Chambers
Tustin, CA 92680

Western Forge Holdings, Inc.
P.O. Box 905592
Charlotte, NC 28290


WGN Flag
7984 S. Chicago Avenue
Chicago, IL 60617


Wilde Tool Co., Inc.
P.O. Box 30
Hiawatha, KS 66434


Winn R. Riblet
500 S. Lansford Drive
Wadesboro, NC 28170


Wirez Rentals Co.
1045 W. 47th Street
Chicago, IL 60609


Work Blades, Inc.
21535 Groes Beck Hwy.
Warren, MI 48089


Wright Tool Co.
P.O. Box 951798
Cleveland, OH 44193


Wyse Repair Service Inc.
10209 County Road 23
Archbold, OH 43502


Xerox Capital
P.O. Box 802555
Chicago, IL 60680


Zones
P.O. Box 4149
Bellevue, WA 98009