**FILED**

**NOV 17 2010**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 10 B 28882 |
| SK HAND TOOL CORPORATION, ) | |
| et al., ) | |
| ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MUCH SHELIST, DEBTOR'S COUNSEL, FOR ALLOWANCE AND PAYMENT OF SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $77,919.00 | TOTAL COSTS REQUESTED: | $5,699.20 |
| TOTAL FEES REDUCED: | $1,753.70 | TOTAL COSTS REDUCED: | $00.00 |
| TOTAL FEES ALLOWED: | $76,165.30 | TOTAL COSTS ALLOWED: | $5,699.20 |

**TOTAL FEES AND COSTS ALLOWED: $81,864.50**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4)   **Insufficient Description**
The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)   **Lumping**
The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: November 17, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

1

**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: **09/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0001**

10 - General Administration

### FEES THROUGH AUGUST 31, 2010

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/02/10 | CEM | Reviewed draft schedules from Blackman Kallick (.70) and e-mails with same regarding same (.10). | 0.80 |
| 08/02/10 | CEM | Telephone conference with Blackman Kallick regarding schedules and SOFA. | 0.20 |
| 08/02/10 | CEM | Reviewed draft of SOFA and Blackman Kallick's e-mails regarding same. | 0.60 |
| 08/02/10 | AEV | Review invoice of CRA; communication re same with C. McManus and client | 0.20 |
| 08/03/10 | KMC | Review emails claiming PBGC provided me with discovery on 7/9 and 7/12 and confirm that is not the case (.6); review of PBGC objections (.3); Prepare for hearing (.4); attend hearing on motions to Authorize Debtor to Obtain DIP; Adequate Assurance; Official Committee's Obligations; Employ Near Gerber; Reject Lease or Executory Contract; approve bidding (1.0) meeting with C. Rusnak; C. Fuger and M. Robertson to discuss where the bankruptcy case goes from here (.6). | 2.90 |
| 08/03/10 | KMC | Review for first time, information concerning loan to Cliff and Claude by SK.(.5). | 0.20 |
| 08/03/10 | WNA | Gathering documents to respond to PBGC document request. | 0.80 |
| 08/03/10 | WNA | Address unfair labor charge (.40); telephone conference with counsel (Elizabeth Cortez) for NLRB (.10).  ④  -$45 | 0.50 |
| 08/03/10 | WNA | Exchange emails with Michael Maricco of PBGC regarding document request. | 0.30 |
| 08/03/10 | CEM | Telephone conference with bank's attorney regarding today's sale hearing. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law



# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: 09/01/2010

Billing Attorney: **William N. Anspach**

Matter Number: 0008597.0001

10 - General Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/03/10 | CEM | Conference and e-mails with B. Anspach and Blackman Kallick regarding PBGC. | 0.20 |
| 08/03/10 | CEM | Worked with Blackman Kallick on Schedules and SOFA for SK. | 3.30 |
| 08/03/10 | CEM | Telephone call with client regarding 341 meeting; e-mail to same regarding same. | 0.10 |
| 08/03/10 | CEM | Conference with M. Viner regarding environmental disclosures. | 0.40 |
| 08/03/10 | AEV | Review environmental notices of violation, consent orders, etc. for inclusion on required bankruptcy disclosure (.40); discuss same with C. McManus (.10). | 0.50 |
| 08/04/10 | WNA | Reviewed documents received from client in response to Central States Pension Fund request for documents. | 0.60 |
| 08/04/10 | WNA | Addressed authority to shut down plant and terminate remaining union employees (.40); email to Mark Robertson (.10).  ④ -$45 | 0.50 |
| 08/04/10 | CEM | Reviewed B. Anspach's and Blackman Kallick's e-mails regarding union issues. | 0.30 |
| 08/04/10 | CEM | Reviewed Schedules and Statement of Financial Affairs for MCC and Triat. | 0.90 |
| 08/05/10 | WNA | Review documents for Central States. | 0.50 |
| 08/05/10 | CEM | Prepare for 341 meeting by briefly re-reading schedules and SOFA. | 0.70 |
| 08/05/10 | CEM | Attended 341 meeting. | 0.50 |
| 08/05/10 | CEM | Prepared motion to abandon personal property at McCook. | 0.80 |
| 08/09/10 | WNA | Telephone conference with Tony Napoli, counsel for Central States regarding withdrawal liability. | 0.40 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: **09/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0001**

10 - General Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/09/10 | WNA | Prepared confidentiality agreement for Central States and client for release of documents. | 0.60 |
| 08/09/10 | WNA | Telephone conference with PBGC agent regarding takeover of pension plan. | 0.30 |
| 08/09/10 | AEV | Review CRA invoice and Phase I dates for C. McManus (.30); email with P. Harvey re final amount of all CRA work (.10); discuss same with C. McManus (.10). | 0.50 |
| 08/10/10 | KMC | Review emails re budget (.1); emails to/from C. McManus re issues (.1). ④ -$79 | 0.20 |
| 08/10/10 | WNA | Telephone conference with Colleen McManus and Mark Robertson regarding authority to provide direction to Wells Fargo regarding 401(k) Plan and Defiance Pension Plan. | 0.30 |
| 08/10/10 | WNA | Preparation of resolution appointing M. Robertson and Len O'Connell to act as plan administrator for qualified plans. | 0.30 |
| 08/10/10 | CEM | Reviewed e-mails from Blackman Kallick regarding D&O policy and pension plan. | 0.40 |
| 08/10/10 | CEM | Conference call with Blackman Kallick and B. Anspach regarding pension/employee benefits issues. | 0.30 |
| 08/10/10 | AEV | Communications with CRA and C. McManus re final CRA invoice for Phase I's | 0.20 |
| 08/11/10 | WNA | Prepare response to PBGC request. | 0.50 |
| 08/11/10 | CEM | Attended hearing on various matters; hire Blackman Kallick, reject leases, and financing. | 0.60 |
| 08/11/10 | CEM | Reviewed A. Viner's and Blackman Kallick's e-mails regarding environmental duties at Defiance site. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law



**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: **09/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0001**

10 - General Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/11/10 | AEV | Review proposed CRO certification and questions raised by client re same (.70); analyze Ohio statute and regulations re permanent and temporary CRO notices to OEPA (.90); email correspondence to M. Robertson with responses to questions and recommendation for CRO going forward (.30); telephone call with P. Harvey confirming CRA's total invoice (.20). | 2.10 |
| 08/12/10 | CEM | Attended hearing on motion to pay prepetition taxes/fees. | 0.90 |
| 08/12/10 | CEM | Reviewed Blackman Kallick's e-mails regarding personal property at Chicago facility. | 0.10 |
| 08/12/10 | CEM | Reviewed spreadsheets from Blackman Kallick for amendment of Schedule E. | 0.50 |
| 08/12/10 | AEV | Email correspondence from/to M. Robertson and C. McManus re CRO issue | 0.20 |
| 08/13/10 | WNA | Telephone conference with Liz Carter of NLRB (.20); email confirming telephone conference regarding status of Company (.10). ④ -$40.5 | 0.30 |
| 08/13/10 | CEM | E-mails with Blackman Kallick regarding Siemens equipment and Ideal's visits. | 0.30 |
| 08/16/10 | WNA | Address authority to act for pensions and 401(k) plans. | 0.30 |
| 08/16/10 | CEM | Reviewed draft of amended schedule E. | 0.40 |
| 08/16/10 | CEM | E-mails with Blackman Kallick regarding pension plan responsibility and union inquiry. | 0.20 |
| 08/16/10 | CEM | E-mails with Blackman Kallick regarding employee accusations. | 0.10 |
| 08/17/10 | IMG | Conference with Bill Anspach re: issue of exempt employee disputing claims of being part-time exempt and how to handle (.20); review email chain re: same (.20). ④ -$79 | 0.40 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

Thinking business, practicing law

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL  60632

Invoice Number: ******

Invoice Date: **09/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0001**

10 - General Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/17/10 | WNA | Address allegations by Bella of FLSA violations (.50); prepared email to Mark Robertson summarizing issue (.40). | 0.90 |
| 08/17/10 | CEM | Telephone conference with Blackman Kallick regarding employee issues; real estate in Ohio, pension plan, books and records. | 0.40 |
| 08/17/10 | CEM | E-mails with Blackman Kallick regarding employee accusations and missing property. | 0.40 |
| 08/17/10 | CEM | Reviewed Blackman Kallick's e-mails regarding environmental issues at Defiance site. | 0.10 |
| 08/17/10 | CEM | Reviewed e-mails regarding pension plan administration (.20) and drafted e-mail to PBGC (.20).  ④ -$75 | 0.40 |
| 08/18/10 | WNA | Four emails of requested documents to PBGC (.10) and telephone conference with Alex Reed of PBGC (.30). | 0.40 |
| 08/18/10 | WNA | Telephone conference with Jim Hillman, actuary to Pension Plan. | 0.30 |
| 08/18/10 | WNA | Review emails regarding authority to act issue by plan administrator to process 401(k) payouts and resolution (.40) and prepared email with comments to Mark Robertson (.20). | 0.60 |
| 08/18/10 | WNA | Review issue regarding shortfall to 401(k) plan - failure to make certain matching contributions. | 0.30 |
| 08/18/10 | CEM | Reviewed e-mails from Blackman Kallick regarding return of computers by employees. | 0.20 |
| 08/18/10 | CEM | E-mails with Blackman Kallick regarding D&O insurance (.10); telephone call with Blackman Kallick and M. O'Hara regarding same (.40). | 0.50 |
| 08/18/10 | CEM | Reviewed B. Anspach's and Blackman Kallick's e-mails regarding pension plan and actuary. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

questions?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: **09/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0001**

10 - General Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/26/10 | CEM | Reviewed confidentiality agreement between GCP and Central States. | 0.30 |
| 08/26/10 | CEM | Re-read e-mails from officer regarding potential D&O incidents. | 0.30 |
| 08/27/10 | KMC | Review emails re Insurance policy coverage and claims (.2); review email re depositions of Cliff and Claude, as well as discovery demands by Committee counsel upon bank, and bank's responses thereto (.5); Discuss with Colleen McManus the union issue and the timing of the motion to reject the contract. (.2). Phone call with Cliff R. regarding 30(b)(6) deposition and that of which Committee now seeks, and difference between the two and his need for counsel (.3) ④ -$187.5 | 1.20 |
| 08/27/10 | CEM | Telephone conference with W. Anspach regarding union rejection and Central States request. | 0.10 |
| 08/27/10 | CEM | Revised motion to reject CBAs with unions to prepare for filing. | 0.30 |
| 08/27/10 | CEM | E-mails with Blackman Kallick (.10) and major creditors regarding D&O potential claims (.20). | 0.30 |
| 08/27/10 | CEM | Telephone conference with Blackman Kallick regarding union claim, waste handling at Defiance plant, accounting records. | 0.30 |
| 08/27/10 | CEM | E-mails with A. Viner and Blackman Kallick regarding Phase I's and hauling of waste from Defiance. | 0.10 |
| 08/27/10 | CEM | Telephone conference with committee counsel regarding bar date notice, Defiance site, depositions of officers. | 0.30 |
| 08/27/10 | CEM | Telephone conference with machinists' union's attorney regarding proposal to reject CBA. | 0.30 |
| 08/27/10 | CEM | Reviewed list of documents to abandon and destroy (.20); drafted motion regarding same (.80). | 1.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL  60632

Invoice Number: ******

Invoice Date: **10/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0001**

10 - General Administration

## FEES THROUGH SEPTEMBER 30, 2010

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/01/10 | KMC | Discussion with Mark Robertson on how to handle collection of outstanding accounts receivable in face of claims for setoff and warranties (.4) | 0.40 |
| 09/01/10 | KMC | Discussion with Mark Robertson on D&O policy coverage, and whether this would benefit estate and how debtor might be able to fund payment of policy premium for the coverage. (.5) | 0.50 |
| 09/01/10 | WNA | Telephone conference with Tony Napoli of Central States regarding corporate tax returns for withdrawal liability issues. | 0.20 |
| 09/02/10 | KMC | Email from M. Robertson regarding communication lapse with Cliff and Claude due to Ideal now possessing their corporate emails, and best way to communicate with the officers going forward. | 0.20 |
| 09/02/10 | KMC | Review of Proposed DIP Budget reporting for last reporting period, and consider same. | 0.70 |
| 09/02/10 | WNA | Email to Alexander Reed of PBGC regarding pension plan. | 0.20 |
| 09/02/10 | WNA | Telephone conference with Tim Hillman - actuary regarding payouts. | 0.20 |
| 09/02/10 | WNA | Telephone conference with Tony Napoli of Central States regarding controlled group issue and withdrawal liability. | 0.30 |
| 09/07/10 | KMC | Discuss IT issues, D&O policy issues, account receivables issues with C. McManus. (.3) Conference call with Mark Robertson and C. McManus regarding: a) D&O claims, insurance and umbrella coverage (.2), b) account receivables issues (.2), employment issues (.1), officer retention issues (.1), preference analysis, and IT issues (.2). | 1.10 |
| 09/07/10 | WNA | Telephone conference with Tony Napoli of Central States.  ④ -$81 | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law



**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL  60632

Invoice Number: ******

Invoice Date: **10/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0001**

10 - General Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/10/10 | CEM | Conference with B. Anspach regarding Central States' requests, upcoming depositions and fees. | 0.20 |
| 09/10/10 | AEV | Review Phase II proposals from ESG (.8); discuss with C. McManus rejection of same and insuring confidentiality of broker re same (.4). | 1.20 |
| 09/13/10 | WNA | Telephone conference with PBGC regarding unfunded liability of pension plan. | 0.30 |
| 09/13/10 | CEM | Reviewed new e-mails from Blackman Kallick regarding IT lease and document destruction. | 0.40 |
| 09/13/10 | CEM | Reviewed e-mails from Blackman Kallick regarding D&O insurance and utilities. | 0.40 |
| 09/13/10 | CEM | E-mails with Blackman Kallick regarding insurance refund on coverage on acquired assets. | 0.30 |
| 09/14/10 | WNA | Telephone conference with Claude Fuger regarding 401(k) plan and contributions owed the plan and how to resolve issue. | 0.40 |
| 09/14/10 | CEM | Research regarding employee relations and at-will "contracts". | 0.80 |
| 09/14/10 | CEM | E-mails with Blackman Kallick and Webster regarding D&O insurance and DIP budget. | 0.30 |
| 09/14/10 | CEM | Telephone conference with former litigation attorney for company regarding status of case. | 0.20 |
| 09/15/10 | WNA | Sent requested 2007 corporate tax return to Central States. | 0.20 |
| 09/15/10 | CEM | Reviewed e-mails regarding document request from Central States. ④ -$75 | 0.20 |
| 09/16/10 | WNA | Telephone conference with Liz Cortez of NLRB regarding claim. | 0.20 |
| 09/16/10 | CEM | Telephone conference with labor attorney regarding OSHA proceeding. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ▪ www.muchshelist.com

thinking business, practicing law

**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100
FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: **10/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0001**

10 - General Administration

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/17/10 | WNA | Emails to Tony Napoli of Central States with requested documents (.1) and review of documents (.3). | 0.40 |
| 09/17/10 | CEM | Began work on motion to approve settlement with Great American Insurance. | 1.30 |
| 09/17/10 | CEM | Telephone conference with attorney for insurance company. ④ -$112.5 | 0.30 |
| 09/17/10 | CEM | E-mails with labor attorney regarding OSHA proceeding. | 0.20 |
| 09/18/10 | CEM | E-mails with K. Carlson regarding budget and committee's discovery. | 0.10 |
| 09/18/10 | CEM | Reviewed Blackman Kallick's e-mails regarding insurance refund and budget. | 0.40 |
| 09/20/10 | CEM | Reviewed and revised motion to settle insurance refund. | 0.50 |
| 09/21/10 | CEM | Reviewed Blackman Kallick's e-mails regarding flexible spending accounting and Ohio taxes. | 0.50 |
| 09/21/10 | CEM | Reviewed Department of Labor's proposal to close OSHA lawsuit. | 0.40 |
| 09/21/10 | CEM | E-mails with Blackman Kallick and with Department of Labor regarding OSHA proceeding. | 0.30 |
| 09/21/10 | CEM | Telephone conference with attorney for insurance company regarding settlement motion. | 0.30 |
| 09/22/10 | WNA | Analyze issues regarding shortfall to 401(k) plan and how to resolve. | 0.40 |
| 09/22/10 | WNA | Review emails to third party administrator. ④ -$121.5 | 0.30 |
| 09/22/10 | CEM | Reviewed response to agreement to close OSHA proceeding. | 0.20 |
| 09/22/10 | CEM | Reviewed insurer's comments to settlement motion and account agreement. | 0.60 |
| 09/23/10 | CEM | Finalized settlement motion with insurer. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100
FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: 09/01/2010

Billing Attorney: **William N. Anspach**

Matter Number: 0008597.0002

10 - Disposition of Assets

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/04/10 | CEM | E-mails with Webster, P. Belyn and Blackman Kallick regarding anticipated closing. | 0.30 |
| 08/04/10 | CEM | E-mails with GCP regarding sale order and its fees and expenses. | 0.10 |
| 08/04/10 | CEM | Re-read schedules to APA with Ideal. | 0.40 |
| 08/04/10 | CEM | Conferences with P. Belyn regarding closing details for Ideal sale. | 0.30 |
| 08/04/10 | PMB | Telephone calls and correspondence to and from C. McManus and M. Robertson regarding delinquent corporate filings (.40); work with paralegal department to resolve issue (.20); review APA for corporate organization and qualification standard (.40). | 1.00 |
| 08/05/10 | CEM | Telephone conference with Ideal and P. Belyn (.20). | 0.20 |
| 08/05/10 | CEM | E-mails with Blackman Kallick and Webster regarding Ideal's appraisals. | 0.10 |
| 08/05/10 | CEM | Brief review of P. Belyn's e-mails regarding details to handle before closing. | 0.30 |
| 08/05/10 | PMB | Meeting with paralegal department regarding corporate reinstatements (.50); draft 1st Amendment to APA (.60); telephone call to N. Coco regarding same (.10); telephone conference with Eric (.10); review APA for any purchase price adjustment languages (.50); transmit response to the SK group (.20)   ④  -$28 | 2.00 |
| 08/05/10 | MJJ | Handle paperwork in connection with the reinstatement of entities in Delaware. | 1.00 |
| 08/06/10 | CEM | E-mails with P. Belyn and Blackman Kallick regarding pre-petition taxes. | 0.30 |
| 08/06/10 | CEM | Research regarding authority to pay pre-petition taxes. | 0.80 |
| 08/09/10 | CEM | Reviewed spreadsheet regarding pre-petition taxes to pay before closing. | 0.40 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business. practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL  60632

Invoice Number: ******

Invoice Date: **09/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0002**

10 - Disposition of Assets

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/20/10 | PMB | Revise transition services agreement and send for review by all parties (.90); review and revise the 2nd Amendment to APA (.60). | 1.50 |
| 08/23/10 | CEM | Reviewed Ideal's allocation of purchase price. | 0.10 |
| 08/23/10 | CEM | Conference with Carlson regarding real estate brokers and upcoming closing with Ideal. | 0.20 |
| 08/23/10 | CEM | E-mails with Belyn regarding details necessary for closing. | 0.20 |
| 08/23/10 | CEM | Teleconference with real estate broker regarding Chicago property (.2); e-mail to Webster regarding same.(.1) | 0.30 |
| 08/23/10 | PMB | Review and revise stipulation regarding Oracle license; telephone call to N. Coco regarding transition services and Oracle license; correspondence with paralegal department regarding Ohio Reinstatement; verify wire instructions, purchase price allocation and other closing matters with M. Robertson; correspondence with Oracle's counsel regarding Stipulation wording; call to N. Coco regarding Oracle license; review and finalize all closing documents. ⑦ -$53.2 | 1.90 |
| 08/24/10 | CEM | Teleconference with BK and Belyn regarding VO agreement and impact on Ideal sale. | 0.30 |
| 08/24/10 | CEM | Teleconference with real estate broker regarding listing price and listing agreement. | 0.30 |
| 08/24/10 | CEM | Teleconference with attorney for VO Investments regarding assignment of agreement. | 0.20 |
| 08/24/10 | CEM | Teleconference with Ideal counsel and Belyn regarding details for closing. | 0.40 |
| 08/24/10 | CEM | Conference with Belyn regarding VO agreement and utility-sharing with Ideal. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: **09/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0002**

10 - Disposition of Assets

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/24/10 | CEM | Reviewed e-mails/documents from bank regarding Ideal sale. | 0.30 |
| 08/24/10 | PMB | Correspondence with opposing counsel to trade signature pages (.10); draft name change consent (.30); prepare and finalize all documents and deliverables for closing (1.1) | 1.50 |
| 08/25/10 | CEM | Reviewed escrow and wire-related e-mails from closing. ④ -$112.5 | 0.30 |
| 08/25/10 | CEM | Drafted e-mail to Webster regarding real estate broker's proposal. | 0.40 |
| 08/25/10 | CEM | Reviewed proposal from real estate broker. | 0.80 |
| 08/25/10 | CEM | E-mails with BK and Belyn regarding today's closing and expense-split with Ideal. | 0.40 |
| 08/25/10 | CEM | Teleconference with BK regarding union employees, Ideal closing, computer system and real estate. | 0.30 |
| 08/25/10 | PMB | Finalize TSA (1.1); correspondence with Oracle's counsel, Ideal's counsel and M. Robertson to finalize closing documents (.70); prepare and transmit all SK executed documents to opposing counsel for final review (.90); calls to and from opposing counsel regarding various closing items (.80); transmit closing documents to Cliff and Claude for execution (.10); telephone conference with Webster Bank and their counsel regarding wire amounts (.30); meeting with paralegal department regarding Ohio reinstatement (.30); correspondence with Mark and opposing Robertson counsel regarding CTT escrow disbursements (.30). | 4.50 |
| 08/25/10 | MJJ | Handle paperwork in connection with Ohio reinstatement. | 0.50 |
| 08/26/10 | CEM | Reviewed Blackman Kallick's and P. Belyn's e-mails regarding Ohio franchise tax necessary to finalize sale. | 0.20 |
| 08/26/10 | CEM | Telephone conference with another real estate broker regarding Chicago property. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law

**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: **10/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0002**

10 - Disposition of Assets

### FEES THROUGH SEPTEMBER 30, 2010

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/01/10 | PMB | Correspondence with paralegal department regarding status and OH good standing (.1); correspondence with counsel for Grupo regarding of escrow monies (.1). | 0.20 |
| 09/03/10 | PMB | Correspondence with M. Robertson regarding assumed contracts and other post-closing matters. | 0.20 |
| 09/07/10 | CEM | Reviewed Blackman Kallick's e-mails regarding vehicle title transfers and IBM lease. | 0.40 |
| 09/07/10 | CEM | Telephone conference with broker regarding real estate in Ohio. | 0.20 |
| 09/08/10 | CEM | Telephone conference with liquidator regarding equipment not taken by Ideal. | 0.20 |
| 09/08/10 | CEM | Telephone conference with Ideal attorney regarding consigned inventory problem. | 0.20 |
| 09/08/10 | CEM | Re-read prior e-mails regarding consigned inventory problem. ④ -$75 | 0.40 |
| 09/09/10 | CEM | Conference call with Blackman Kallick, Webster and broker regarding real estate and IT lease. | 0.70 |
| 09/09/10 | CEM | Telephone conference with broker's colleague regarding property management for Chicago site. | 0.20 |
| 09/10/10 | CEM | Reviewed appraisal regarding Defiance site to prepare for discussion with broker. | 0.40 |
| 09/10/10 | CEM | Telephone conference with Blackman Kallick regarding Defiance site, potential offer for Chicago site and utilities. | 0.20 |
| 09/10/10 | CEM | Reviewed briefly broker's proposals for Phase 2 work on real estate. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: **09/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0005**

10 - Secured Creditors Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/16/10 | CEM | Telephone conferences with Webster attorney regarding final DIP and budget. | 0.20 |
| 08/16/10 | CEM | Telephone conference with Committee counsel regarding real estate and DIP budget. | 0.10 |
| 08/17/10 | KMC | Review Final Financing Order. | 0.20 |
| 08/19/10 | CEM | Re-read final DIP order for any notice requirements. | 0.40 |
| 08/25/10 | CEM | Teleconference with Webster's attorney regarding closing and reduction in DIP line. | 0.30 |
| 08/25/10 | CEM | Teleconference with Blackman Kallick regarding Webster's concerns about wires and reduction in DIP. | 0.20 |
| 08/25/10 | CEM | E-mails with bank's attorney regarding reduction in DIP reduction after today's closing. | 0.20 |
| 08/27/10 | CEM | Reviewed amendment regarding DIP line reduction and e-mails regarding same. ④ -$140 | 0.40 |
| 08/30/10 | KMC | Email discussion with bank counsel and CRO regarding budget issues under DIP order (.3) | 0.30 |
| | | **Total Hours** | 15.50 |
| **Total** | | | **5,842.50** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com   www.muchshelist.com

thinking business, practicing law

**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: 09/01/2010

Billing Attorney: William N. Anspach

Matter Number: 0008597.0008

10 - Executory Contract/Leases

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/05/10 | CEM | Telephone conference with Oracle's attorney regarding negotiations (.20) | 0.20 |
| 08/05/10 | PMB | Telephone call to Oracle counsel (.30). ④ –$84 | 0.30 |
| 08/06/10 | PMB | Telephone call with M. Robertson regarding Oracle and DE reinstatements (.10); telephone conference with counsel for Oracle (.30); telephone call to Ideal's counsel regarding same (.20); email to Ideal's counsel regarding 1st Amendment and Oracle license issue (.40); coordinate preparation of pre-petition reinstatement fees with paralegal department (.50). ④ –$140 | 1.50 |
| 08/09/10 | KMC | Review emails re license agreement with Oracle (.1); review first amendment to the asset purchase agreement (.2). ④ –$39.5 | 0.30 |
| 08/09/10 | PMB | Telephone calls to and from counsel from Oracle regarding license transfer (.30) | 0.30 |
| 08/09/10 | PMB | Conference with C. McManus and M. Robertson regarding Oracle (.10) | 0.10 |
| 08/10/10 | CEM | Telephone conference with Siemen's attorney regarding rejection of equipment lease. | 0.10 |
| 08/10/10 | PMB | Additional correspondence with Mark R. & Colleen McManus regarding Oracle license and transition services agreement (.30). | 0.30 |
| 08/11/10 | CEM | E-mails with Blackman Kallick and P. Belyn regarding Oracle license and documents for Ideal. | 0.30 |
| 08/11/10 | CEM | Telephone conference with contracting party regarding closing on sale to Ideal. | 0.10 |
| 08/12/10 | CEM | Conference with P. Belyn regarding Oracle settlement and transition services agreement for Ideal. | 0.30 |
| 08/12/10 | CEM | E-mails with Blackman Kallick and Siemens regarding release of equipment to Ideal. | 0.10 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000   F 312.521.2100

FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: **09/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0008**

10 - Executory Contract/Leases

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/12/10 | CEM | Reviewed lease documents regarding encroachment in Ohio location. | 0.50 |
| 08/13/10 | PMB | Telephone conference with Oracle's counsel (.30) | 0.30 |
| 08/16/10 | CEM | Reviewed e-mails regarding status of Oracle license and claim. | 0.20 |
| 08/16/10 | PMB | Correspondence to and from Oracle's counsel and Ideal's counsel regarding transfer of oracle license (.20); revise license side letter (30). | 0.50 |
| 08/17/10 | CEM | Reviewed side letter for Oracle's license and claim. | 0.40 |
| 08/17/10 | PMB | Correspondence with Oracle's counsel regarding same (.10). ④ —$28 | 0.10 |
| 08/18/10 | CEM | E-mails with P. Belyn regarding Oracle settlement and reviewed same from Oracle's counsel. | 0.20 |
| 08/18/10 | CEM | Reviewed P. Belyn's e-mails regarding utilities expenses sharing with Ideal and status towards closing. | 0.30 |
| 08/18/10 | CEM | Reviewed e-mails from Blackman Kallick to equipment lessors regarding rejection. | 0.10 |
| 08/23/10 | CEM | Reviewed e-mails from Ideal regarding Oracle license and maintenance agreement. | 0.40 |
| 08/24/10 | CEM | Reviewed final changes to Oracle stipulation. | 0.20 |
| 08/24/10 | PMB | Telephone conference with C. McManus and opposing counsel regarding Oracle license, transition services agreement (.50) | 0.50 |
| 08/24/10 | PMB | Correspondence with Oracle's counsel regarding finalizing stipulation (.30). | 0.30 |
| 08/26/10 | CEM | E-mails with Blackman Kallick regarding utility deposits and MC Squared (.20); re-read utility order and e-mails to MC Squared (.10). | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com   www.muchshelist.com

thinking business, practicing law

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: **10/01/2010**

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0008**

10 - Executory Contract/Leases

## FEES THROUGH SEPTEMBER 30, 2010

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/03/10 | KMC | Review and consider options for IT storage from M. Robertson. | 0.40 |
| 09/07/10 | CEM | Reviewed GE's draft release and sale agreement to Ideal. | 0.30 |
| 09/07/10 | CEM | Telephone conference with GE regarding release and sale agreement to Ideal. | 0.30 |
| 09/08/10 | CEM | E-mails to Blackman Kallick and to Webster regarding new IT lease. | 0.30 |
| 09/08/10 | CEM | Reviewed computer IT lease proposals and Blackman Kallick's e-mails regarding same. | 0.70 |
| 09/09/10 | CEM | Reviewed new e-mails regarding cost and need for IT lease. ④ -$112.5 | 0.30 |
| 09/14/10 | CEM | Prepared motion to enter into IT lease. | 1.20 |
| 09/21/10 | CEM | E-mails with Blackman Kallick regarding new IT lease and document production to committee. | 0.30 |
| | | Total Hours | 3.80 |

Total                                                                                          1,433.00

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.