**FILED**

NOV 3 0 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 10 B 28882 |
| **SK HAND TOOL CORPORATION,** | ) | (Jointly Administered) |
| *et al.,* | ) | |
| | ) | |
| | ) | **Chapter 11** |
| Debtors. | ) | |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO NEAL,
GERBER & EISENBERG LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF THE UNSECURED
CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $102,251.25 | TOTAL COSTS REQUESTED: | $1,835.76 |
| TOTAL FEES REDUCED: | $13,629.25 | TOTAL COSTS REDUCED: | $47.16 |
| TOTAL FEES ALLOWED: | $88,622.00 | TOTAL COSTS ALLOWED: | $1,788.60 |

**TOTAL FEES AND COSTS ALLOWED: $90,410.60**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis
for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The
numerical notations correspond to the enumerated paragraphs below.

**(4)     Insufficient Description**
    The Court denies the allowance of compensation for the following task since the description of the time
entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D.
Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a
description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]
Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700,
708-9 (Bankr. N.D. Ill. 1987) (same).

**(6)     Meal Expenses**
    The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103
B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were
reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he
would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not
reasonably necessary for the proper representation of the client.").

**(7)     Lumping**
    The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D.
Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by
"lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the
corresponding specific time allotment.").

**(11)    Overhead Costs are Non-Compensable**
    The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are
overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731
(Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs

1

or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated:  November 30, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

**NEAL, GERBER & EISENBERG**LLP

August 24, 2010

Invoice 170288

Statement No: 170288

For professional services rendered with regard to:

Re:   Case Administration

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| Jul 7, 2010 | MAB | Office conference with Committee after selection; discuss pressing issues, next steps, strategy and 7/9 Court (.50); follow-up office conferences with N. Miller (.20); email to N. Brody (.10); review N. Miller emails (.30). | 1.10 | 709.50 |
| Jul 7, 2010 | NMM | Conference with N. Brody regarding appearances, request for notice and ECF access (.10). | 0.10 | 39.50 |
| Jul 7, 2010 | NMM | Coordinate docketing of hearing dates and deadlines. | 0.20 | 79.00 |
| Jul 7, 2010 | NMM | Review pleadings (1.0); review bylaws templates (.10); revise work-in-progress report (.90); correspondence to Debtors' counsel regarding status (.20); review and revise bylaws (.80); conference with E. Choi regarding engagement and various open issues (.10). | 3.10 | 1,224.50 |
| Jul 7, 2010 | NTB | E-mails to/from N. Miller regarding appearances. | 0.10 | 24.00 |
| Jul 8, 2010 | MAB | Review emails (.10); | 0.10 | 64.50 |
| Jul 8, 2010 | MAB | Prepare for and participate on conference call with representatives from Debtors, Bank and proposed Buyer (.60). Also, office conferences with N. Miller to discuss options and strategy (.20); telephone conference with S. Towbin (.20); telephone conference with N. Miller regarding objections (.10). | 1.10 | 709.50 |

*Handwritten annotations:*
④ -.60 -$387
④ 0.10 -.10 -$64 50 $
-.80 -$516 ④

**NEAL, GERBER & EISENBERG**LLP
August 24, 2010
Invoice 170288

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| Jul 8, 2010 | NMM | Conferences with counsel to debtor and secured lender regarding various open issues (.30); arrange for associate resourcing (.10); review draft confidentiality agreement, and prepare memorandum to M. Berkoff regarding same (.20); attention to email correspondence (.20); arrange for ECF notices (.10). | 0.90 | 355.50 ④ −.2 −$78 |
| Jul 8, 2010 | NTB | Conferences with N. Miller regarding appearances, ecf (.2); draft and revise appearances (.4); e-file same (.2); review docket (.3); docket dates (.3); e-mail regarding same (.2); obtain specific motion per N. Miller (.3). | 1.90 | 456.00 ④ −.2 −$48 |
| Jul 9, 2010 | MAB | Review and edit draft by-laws; discuss same with N. Miller (.40). | 0.40 | 258.00 |
| Jul 9, 2010 | NTB | Docket review (.2); docket motion (.2). | 0.40 | 96.00 |
| Jul 12, 2010 | MAB | Office conference with N. Miller on status (.10). | 0.10 | 64.50 |
| Jul 12, 2010 | NMM | Review recent pleadings and docket report (.30); client opening matters (.40). | 0.70 | 276.50 |
| Jul 13, 2010 | NMM | Review docket report and work with N. Brody regarding deadlines and C. Dennis regarding key pleading binder (.30); attention to email correspondence (.20); review local rules and standing orders related to potential motions and objections (.30). | 0.80 | 316.00 ④ −.2 −$78 |
| Jul 13, 2010 | NTB | Docket review (.2); review individual documents for important dates (.3); docket dates in case (.4); e-mail to and from N. Miller listing all docketed dates (.2). | 1.10 | 264.00 |
| Jul 14, 2010 | MAB | Review numerous emails (.20). ④ | 0.20 −.20 | 129.00 −$29.00 |

**NEAL, GERBER & EISENBERG**LLP
August 24, 2010
Invoice 170288

| | | | | |
|---|---|---|---|---|
| Jul 14, 2010 | NMM | Review docket report and recently filed pleadings (.20); review and revise WIP report (.40); attention to email correspondence (.20). | 0.80 | 316.00 |
| | | | ④ -.20 | -$79 |
| Jul 14, 2010 | NTB | Review e-mail from N. Miller regarding docketing and objection deadlines (.1); review documents and docket regarding same (.2); draft e-mails to N. Miller regarding same (.2); draft and send docketing request (.3). | 0.80 | 192.00 |
| Jul 15, 2010 | NMM | Conferences with committee members regarding signatures to bylaws (.20); review recently filed pleadings and proofs of claim (.20). | 0.40 | 158.00 |
| Jul 15, 2010 | NTB | Conferences with N. Miller regarding filing of motions (.2); revise notice (.2); assemble motions for filing (.4); e-file retention application and motion regarding privileged and confidential information (.3); coordinate service of same (.4). | 1.50 | 360.00 |
| Jul 19, 2010 | MAB | Consideration of strategy to resolve case. | 0.40 | 258.00 |
| Jul 20, 2010 | NTB | Docket review (.1) draft and send docketing request (.2). | 0.30 | 72.00 |
| Jul 21, 2010 | NMM | Conference with S. Sitaram regarding bylaws and follow up issues (.10); review and revise WIP report (.20). | 0.30 | 118.50 |
| Jul 22, 2010 | MAB | Office conference with N. Miller on status (.10); review and exchange emails regarding strategy (.20). | 0.30 | 193.50 |
| Jul 22, 2010 | NTB | Docket review (.1) draft and send docketing request (.2). | 0.30 | 72.00 |
| Jul 23, 2010 | MAB | Review exchange of emails regarding proposed final DIP order, retention applications and related | 0.70 | 451.50 |

**NEAL, GERBER & EISENBERG**LLP
August 24, 2010
Invoice 170288

issues; review pleadings. Ⓐ -.70 -$451.50

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| Jul 27, 2010 | NTB | Review docket and obtain appearances filed (.4); obtain claims register (.2). | 0.60 | 144.00 |
| Jul 28, 2010 | NTB | Docket review (.1) draft and send docketing request (.2). | 0.30 | 72.00 |
| Jul 30, 2010 | NMM | Conferences with N. Brody regarding logistics for filing and service of pleadings (.20); conferences with M. Berkoff regarding case strategy (.40). | 0.60 | 237.00 |
| Jul 30, 2010 | NTB | Multiple conferences and e-mails with N. Miller regarding possible filing of objections to sale and financing and motion to convert (.3); update service list (.4); obtain creditor list (.2); prepare and assemble documents for filing and service (.4). | 1.30 | 312.00 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 4.40 | 645.00 | $2,838.00 |
| N. M. Miller | 7.90 | 395.00 | $3,120.50 |
| N. Taylor Brody | 8.60 | 240.00 | $2,064.00 |

TOTAL HOURS                    20.90

TOTAL FEES                                              $8,022.50

                                **TOTAL FEES**              **$8,022.50**

**NEAL, GERBER & EISENBERG**LLP
August 24, 2010
Invoice 170288

Statement No: 170288

For professional services rendered with regard to:

Re:    Creditor Inquiries

| Jul 15, 2010 | NMM | Respond to inquiries regarding proofs of claim. | ④ | 0.20 –.20 | 79.00 | – $79.00 |
| Jul 22, 2010 | NMM | Respond to creditor inquiries regarding case status. | | 0.40 | 158.00 | |
| Jul 26, 2010 | NMM | Respond to creditor inquiries. | ④ | 0.20 –.20 | 79.00 | – $79.00 |
| Jul 28, 2010 | NMM | Respond to creditor inquiries regarding audits. | | 0.40 | 158.00 | |
| Jul 29, 2010 | NMM | Respond to creditor inquiries regarding case status. | | 0.20 | 79.00 | |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| N. M. Miller | 1.40 | 395.00 | $553.00 |

TOTAL HOURS                    1.40

TOTAL FEES                                              $553.00

                    **TOTAL FEES**              **$553.00**

NEAL, GERBER & EISENBERG LLP
August 24, 2010
Invoice 170288

Statement No: 170288

For professional services rendered with regard to:

Re:    Meetings

| Jul 7, 2010 | MAB | Prepare for 7/8 Committee call (.40). | 0.40 | 258.00 |
|---|---|---|---|---|
| Jul 7, 2010 | NMM | Debrief with Committee members (.50); conference with C. Dennis regarding various logistics issues for 7/8/10 Committee call (.20); prepare agenda for secured lender call (.20); conferences with counsel to secured lender and proposed purchaser regarding NGE retention and need for status call (.40). | 1.30 | 513.50 |

④ .5          -$197.50

| Jul 7, 2010 | NMM | Review and revise 7/8/10 committee meeting agenda (.50) | 0.50 | 197.50 |
|---|---|---|---|---|
| Jul 8, 2010 | MAB | Conference call with Committee (1.20) | 1.20 | 774.00 |

④     -1.20     -774

| Jul 8, 2010 | MAB | Review and edit Committee call agenda (.10 | 0.10 | 64.50 |
|---|---|---|---|---|
| Jul 8, 2010 | NMM | Prepare for parties in interest call (.70); conference call with secured lender, proposed purchaser and debtor (.70); debrief with M. Berkoff (.20); prepare for Committee call (.20); Committee call (1.20); follow up with Committee members regarding agenda, relevant court documents and bid procedures objection (.70). | 3.70 | 1,461.50 |

-2.10     -$829.5     ④

| Jul 12, 2010 | MAB | Prepare for July 14 Committee call (.30). | 0.30 | 193.50 |
|---|---|---|---|---|
| Jul 12, 2010 | NMM | Review and revise agenda for 7/14/10 committee meeting (.30); prepare for meeting (.10). | 0.40 | 158.00 |

**NEAL, GERBER & EISENBERG**LLP
August 24, 2010
Invoice 170288

| Jul 13, 2010 | MAB | Review draft agenda for 7/14 committee call (.10); prepare for committee call (.10). | 0.20 | 129.00 |
|---|---|---|---|---|
| Jul 13, 2010 | NMM | Review and revise 7/14 meeting agenda (.20). | 0.20 | 79.00 |
| Jul 14, 2010 | MAB | Prepare for Committee call (.10); office conference with N. Miller to discuss open issues, next steps and call (.20); participate on call (.50). | 0.80 ④ -.5 | 516.00 $322.50 |
| Jul 14, 2010 | NMM | Prepare for committee call (.30); conduct status meeting (.50); follow up regarding committee members' information requests (.30). | 1.10 ④ .5 | 434.50 $197.50 |
| Jul 21, 2010 | MAB | Attend Committee conference call; prepare for call. | 1.10 ④ -.55 | 709.50 -$354.75 |
| Jul 21, 2010 | NMM | Prepare for committee call (.30); prepare agenda for committee call (.20); participate in committee call (1.0). | 1.50 ④ -1.0 | 592.50 -$395 |
| Jul 23, 2010 | NMM | Conferences with committee members regarding recently filed pleadings and potential responses (.50). | 0.50 | 197.50 |
| Jul 24, 2010 | NMM | Review and revise 7/28/10 committee meeting agenda (.20). | 0.20 | 79.00 |
| Jul 26, 2010 | NMM | Review and revise agenda for July 28, 2010 Committee call (.10). | 0.10 | 39.50 |
| Jul 28, 2010 | NMM | Committee call. ④ | -1.00 1.00 | 395.00 -$395.00 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 4.10 | 645.00 | $2,644.50 |
| N. M. Miller | 10.50 | 395.00 | $4,147.50 |
| TOTAL HOURS | 14.60 | | |
| TOTAL FEES | | | $6,792.00 |

NEAL, GERBER & EISENBERGᴸᴸᴾ
August 24, 2010
Invoice 170288

bid (.20); outline objection (.20).

| Date | | Description | Hours | Amount |
|------|------|------|------|------|
| Jul 25, 2010 | NMM | Conferences with counsel to potential bidder regarding potential sale objection (.20). | 0.20 | 79.00 |
| Jul 26, 2010 | NMM | Review bid procedure service list and exhibit identifying all interested parties (.30); review and revise sale objection (2.0); review and analyze related legal authority (1.3). | 3.60 | 1,422.00 |
| Jul 29, 2010 | MAB | Office conferences with N. Miller to discuss increased bid and auction prospects, lender's response to committees settlement offer and strategy (.40); review e-mails (.20). | 0.60 | 387.00 |

④  −.20  −$129

| Date | | Description | Hours | Amount |
|------|------|------|------|------|
| Jul 29, 2010 | NMM | Memorandum to committee regarding competing bid from Grupo Urrea (.50); review and revise sale objection (.50). | 1.00 | 395.00 |
| Jul 30, 2010 | NMM | Review and revise sale objection (.40); conferences with committee members regarding impact of competing bid on proposed terms of settlement (.40); conferences with committee members regarding proposed sale objection (.40); attend auction and follow up conversations (3.0); conferences with committee members regarding auction results (.50); conference with N. Coco (counsel to Ideal) regarding sale objection (.20); review sale objection, and evaluate potential revisions to reflect unexpected auction results (.40). | 5.30 | 2,093.50 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|------|------|------|------|
| M. A. Berkoff | 1.20 | 645.00 | $774.00 |
| N. M. Miller | 22.60 | 395.00 | $8,927.00 |

**NEAL, GERBER & EISENBERG**LLP
August 24, 2010
Invoice 170288

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| Jul 20, 2010 | NMM | Conference with K. Carlson, C. McManus, S. Towbin and R. Matzat regarding carve out issues (.10); review financing issues and case law related to potential objection (1.50). | 1.60 | 632.00 |
| Jul 21, 2010 | MAB | Prepare for conference call with Webster's counsel (.30); Conference call with N. Miller and R. Matzat (.60); follow-up office conferences with N. Miller to discuss strategy (.20); draft strategy worksheet (.30). | 1.40 | 903.00 |
| Jul 21, 2010 | NMM | Conferences with K. Carlson and C. McManus regarding financing issues (.10); conference with R. Matzat and M. Berkoff regarding financing issues and proposed changes to final financing order (.50); review motion to reschedule 7/30 DIP hearing, and emails to and from C. McManus and R. Matzat regarding same (.20); review and revise final proposed financing order (1.9); review and revise related memoranda to R. Matzat and M. Berkoff (.90). | 3.60 | 1,422.00 |
| Jul 22, 2010 | NMM | Conferences with R. Matzat and C. McManus regarding issues related to final DIP hearing (.10); revisions to proposed final DIP order and related memorandum (.70); review and analyze comparison between interim and proposed final DIP order (.30); conference with M. Fenton (NGE) regarding financing issues (.30); review financing orders from N.D. of Illinois (.20); conference with M. Berkoff regarding PBGC liens and financing issues (.10). | 1.70 | 671.50 |
| Jul 23, 2010 | NMM | Conference with R. Matzat regarding proposed changes to final DIP order (.10); review N.D. of Illinois financing orders (.20). | 0.30 | 118.50 |

④ -.6  -$387

NEAL, GERBER & EISENBERGLLP
August 24, 2010
Invoice 170288

| | | | | |
|---|---|---|---|---|
| Jul 24, 2010 | NMM | Review and analyze proposed liens, and draft alternative language for DIP order to reflect exemption for avoidance actions (.30); review and analyze financing documents, and draft alternative language for DIP order to reflect proper scope of postpetition liens (.40). | 0.70 | 276.50 |
| Jul 25, 2010 | NMM | Review and revise objection to final DIP financing (2.6). | 2.60 | 1,027.00 |
| Jul 26, 2010 | MAB | Review emails and edit proposed final DIP financing order (.80); office conference with N. Miller (.10). | 0.90 | 580.50 |

④  -.10  $64.5

| | | | | |
|---|---|---|---|---|
| Jul 26, 2010 | NMM | Conferences with counsel to Webster regarding proposed revisions to final DIP financing motion (.30); review pleadings and draft background section to omnibus objection to final DIP financing and sale motion (1.9); review and revise objection to DIP financing (1.9); review and analyze related legal authority (1.4). | 5.50 | 2,172.50 |
| Jul 27, 2010 | MAB | Office conference with N. Miller on status (.10); review emails with Webster's counsel (.20); conference call with N. Miller and S. Towbin (.30); review draft objection (.60). | 1.20 | 774.00 |

④  -.5  —  $322.5

| | | | | |
|---|---|---|---|---|
| Jul 27, 2010 | NMM | Conferences with R. Matzat and M. Berkoff regarding potential resolution of DIP Financing issues (.50); review and respond to emails from counsel to lenders regarding potential revisions to DIP financing order (.20). | 0.70 | 276.50 |
| Jul 28, 2010 | MAB | Finish review and edit of draft objection to DIP Financing, Sale Motion and Motion to Convert/Dismiss (.70); office conference with N. Miller to discuss | 1.20 | 774.00 |

**NEAL, GERBER & EISENBERG**LLP
August 24, 2010
Invoice 170288

|  |  |  | strategy (.20); conference call with N. Miller and Webster's counsel (.20); review e-mails (.10). ④ −.3 −$193.5 |  |  |
|---|---|---|---|---|---|
| Jul 29, 2010 | NMM | Review and revise objection to financing. | | 0.50 | 197.50 |
| Jul 30, 2010 | NMM | Review financing objection, and evaluate potential revisions to reflect auction results (.40). | | 0.40 | 158.00 |

## TIMEKEEPER SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 7.30 | 645.00 | $4,708.50 |
| N. M. Miller | 23.80 | 395.00 | $9,401.00 |

TOTAL HOURS                    31.10

TOTAL FEES                                      $14,109.50

**TOTAL FEES**                      **$14,109.50**

**NEAL, GERBER & EISENBERG**LLP
August 24, 2010
Invoice 170288

Statement No: 170288

For professional services rendered with regard to:

Re:   Court Hearings

| Jul 8, 2010 | NMM | Coordinate appearances with N. Brody (.10); conference with M. Berkoff regarding 7/9 hearing (.30). | 0.40 | 158.00 |
|---|---|---|---|---|
| Jul 9, 2010 | MAB | Telephone conference with N. Miller prior to Court (.10); office conference with N. Miller at Court during break to discuss morning in Court and cross-exam during afternoon session (.30); de-brief with N. Miller after Court (.20). | 0.60 | 387.00 |

④ -.10   -$64.5

| Jul 9, 2010 | NMM | Prepare for and attend bid procedures hearing. | 5.20 | 2,054.00 |
|---|---|---|---|---|
| Jul 20, 2010 | NMM | Prepare for and attend hearing. | 1.00 | 395.00 |
| Jul 22, 2010 | NMM | Conference with C. McManus regarding order entered at hearing (.10). | 0.10 | 39.50 |
| Jul 24, 2010 | NMM | Review hearing transcript. | 0.50 | 197.50 |
| Jul 27, 2010 | NMM | Consider evidence needed for any contested hearing on omnibus objection to sale motion, motion for DIP financing and motion to convert (.40). | 0.40 | 158.00 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 0.60 | 645.00 | $387.00 |
| N. M. Miller | 7.60 | 395.00 | $3,002.00 |

TOTAL HOURS          8.20

TOTAL FEES                                              $3,389.00

**NEAL, GERBER & EISENBERG**LLP
August 24, 2010
Invoice 170288

Statement No: 170288

For professional services rendered with regard to:

Re:   <u>Investigation</u>

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| Jul 7, 2010 | NMM | Evaluate known connections between secured lender, potential purchaser and guarantors (.10); survey various legal and factual research issues (.30); review and revise confidentiality agreement (.30); consider potential motion for protocol regarding committee disclosure of confidential information (.40) | ④ −.3  −$118.50 | 1.10 | 434.50 |
| Jul 12, 2010 | MAB | Review and exchange emails regarding Committee document requests (.30) | ④ −.3  −$193.50 | 0.30 | 193.50 |
| Jul 12, 2010 | NMM | Conference with Debtors' counsel regarding information requests (.30); conferences with M. Berkoff regarding same (.20). | | 0.50 | 197.50 |
| Jul 13, 2010 | MAB | Review email exchanges regarding data room (.20) | ④ −.20  −$29.00 | 0.20 | 129.00 |
| Jul 13, 2010 | NMM | Conferences with C. McManus and S. Donlin regarding access to data room and related confidentiality agreement (.20); review, analyze and provide comments to confidentiality and non-circumvention agreement (.60); conferences with committee members regarding need to execute confidentiality agreement (.30); conference with committee members regarding claims investigation issues (.20); conference with S. Donlin regarding request for committee counsel to execute confidentiality | | 2.70 | 1,066.50 |

NEAL, GERBER & EISENBERGLLP
August 24, 2010
Invoice 170288

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | related motion (.70); email debtors' counsel regarding same, including hearing date issues (.20); review and revise committee confidential information motion (.70) and conference with Committee chair regarding same (.10). | | |
| Jul 15, 2010 | NMM | Conferences with C. McManus regarding PBGC lien issues (.10); conference with C. Slaughter regarding lien analysis (.20); conference with C. Slaughter regarding UCC issues (.40). | 0.70 | 276.50 |
| Jul 15, 2010 | MAH | Conducting patent, trademark and copyright asset search; preparing reporting of patents and trademarks owned by SK Hand Tool; | 1.50 | 352.50 |
| Jul 15, 2010 | CMS | Conference with N. Miller regarding UCC searches; Review Credit Agreement and ancillary documents; Conference with J. Coleman (NGE) regarding searches; Order searches through CT. | 2.50 | 600.00  —$60 ⑦ |
| Jul 16, 2010 | NMM | Review data room materials. Ⓐ | 3.50 -3.5 | 1,382.50  —$1,382.50 |
| Jul 16, 2010 | MAH | Reviewing Patent and Trademark Office database to determine whether security interests have been filed on patents and trademarks owned by SK Hand Tool. | 0.90 | 211.50 |
| Jul 19, 2010 | MAB | Review and respond to N. Miller email regarding information request. | 0.20 | 129.00 |
| Jul 19, 2010 | NMM | Conferences with S. Donlin and committee members regarding access to data room (.30); review data room, and assemble list of additional document requests (.20); conference with M. Berkoff regarding same (.10); conference with C. McManus regarding committee confidential information | 1.30 | 513.50 |

**NEAL, GERBER & EISENBERG**LLP

September 23, 2010

Invoice 172227

Statement No: 172227

For professional services rendered with regard to:

Re:    <u>Case Administration</u>

| Aug 1, 2010 | NTB | Conferences with N. Miller regarding filing of objections (.1); review and assemble documents for filing (.3); e-file objections (.2) e-mail regarding same (.1). | 0.70 ④ −.10 | 168.00 − $24.00 |
|---|---|---|---|---|
| Aug 4, 2010 | NMM | Conference with N. Brody regarding service issues (.10). | 0.10 | 39.50 |
| Aug 4, 2010 | NTB | Docket review (.1) draft and send docketing request (.2); draft certificates of service for objections (.4); brief conference with N. Miller regarding same (.1); e-file certificates (.2); review local rules regarding service of orders (.2); e-mail to/from N. Miller regarding same (.1). | 1.30 | 312.00 |
| Aug 12, 2010 | NMM | Review email correspondence and various open issues. ④ | 0.20 −.2 | 79.00 − $79.00 |
| Aug 12, 2010 | NTB | Docket review (.1) draft and send docketing request (.2). | 0.30 | 72.00 |
| Aug 13, 2010 | MAB | Review email exchanges. ④ | 0.20 −.2 | 129.00 − $129.00 |
| Aug 18, 2010 | NTB | Docket review (.1) draft and send docketing request (.2). | 0.30 | 72.00 |
| Aug 19, 2010 | NMM | Review recently filed pleadings (.20). | 0.20 | 79.00 |
| Aug 20, 2010 | NTB | Docket review (.1) draft and send docketing request (.1). | 0.20 | 48.00 |
| Aug 24, 2010 | MAB | Review emails (.20). ④ | 0.20 −.20 | 129.00 − $129.00 |
| Aug 26, 2010 | MAB | Review pleadings (.20). | 0.20 | 129.00 |
| Aug 27, 2010 | MAB | Office conferences (3x) with N. | 0.40 | 258.00 |

**NEAL, GERBER & EISENBERG**LLP
September 23, 2010
Invoice 172227

| | | | | |
|---|---|---|---|---|
| | | Miller regarding status, next steps, strategy, Webster, D&O insurance, subpoenas (.30); review emails (.10). | Ⓐ -.10 | -$64.50 |
| Aug 28, 2010 | NMM | Attention to email correspondence (.10); review docket report and recent pleadings (.40). | 0.50  Ⓐ -.10 | 197.50  -$39.50 |
| Aug 31, 2010 | NMM | Conference with M. Berkoff regarding status (.10). | 0.10 | 39.50 |
| Aug 31, 2010 | NTB | Docket review (.1) draft and send docketing request (.1). | 0.20 | 48.00 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 1.00 | 645.00 | $645.00 |
| N. M. Miller | 1.10 | 395.00 | $434.50 |
| N. Taylor Brody | 3.00 | 240.00 | $720.00 |

TOTAL HOURS                5.10

TOTAL FEES                                                      $1,799.50

**TOTAL FEES**                              **$1,799.50**

**NEAL, GERBER & EISENBERG**LLP
September 23, 2010
Invoice 172227

Statement No: 172227

For professional services rendered with regard to:

Re:   <u>Creditor Inquiries</u>

| | | | | | |
|---|---|---|---|---|---|
| Aug 3, 2010 | NMM | Respond to creditor inquiries (.50). ④ | 0.50 | ·50 197.50 | -$197.50 |
| Aug 5, 2010 | NMM | Respond to creditor inquiries related to proofs of claim (.40); prepare for and attend 341 meeting (1.0). | 1.40 | 553.00 | |
| Aug 9, 2010 | NMM | Respond to creditor inquiries regarding proofs of claim (.20). | 0.20 | 79.00 | |
| Aug 12, 2010 | MAB | Review email from President of VO Investment (.10); discuss same with N. Miller (.00). ④ | 0.10 -·10 | 64.50 | -$64.50 |
| Aug 12, 2010 | NMM | Respond to creditor inquiries (.50); respond to inquiry from VO Investments (.40). ④ | 0.90 -·90 | 355.50 | -355.50 |
| Aug 18, 2010 | NMM | Respond to inquiries regarding proof of claim forms (.20). ④ | 0.20 -·20 | 79.00 | -$79 |
| Aug 23, 2010 | NMM | Respond to creditor inquiries (.20). ④ | 0.20 -·20 | 79.00 | -$79 |
| Aug 27, 2010 | NMM | Respond to creditor inquiries related to proof of claims (.10). | 0.10 | 39.50 | |
| Aug 30, 2010 | NMM | Respond to creditor inquiries regarding bar date (.20). | 0.20 | 79.00 | |
| Aug 31, 2010 | NMM | Respond to creditor inquiries (.20). ④ | 0.20 | 79.00 | -$79 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 0.10 | 645.00 | $64.50 |
| N. M. Miller | 3.90 | 395.00 | $1,540.50 |

TOTAL HOURS                          4.00

TOTAL FEES                                                    $1,605.00

**NEAL, GERBER & EISENBERG**LLP
September 23, 2010
Invoice 172227

Statement No: 172227

For professional services rendered with regard to:

Re:   <u>Meetings</u>

| | | | | | |
|---|---|---|---|---|---|
| Aug 2, 2010 | NMM | Committee call. ④ | 0.60 | ~.60 | 237.00   ~$237.00 |
| Aug 10, 2010 | NMM | Conferences with Committee members regarding status call and open issues (.20); status call with C. McManus (.40); Committee call (.40). ④ | 1.00 | ~.40 | 395.00   ~$158 |
| Aug 20, 2010 | NMM | Conference with Committee members regarding 8/25 status call (.10). | 0.10 | | 39.50 |
| Aug 25, 2010 | NMM | Review and revise agenda (.40); prepare for and participate in committee call (1.30). ④ | 1.70 | ~1.30 | 671.50   ~$513.50 |
| Aug 27, 2010 | NMM | Meeting with M. Berkoff regarding strategy (.30). | 0.30 | | 118.50 |
| Aug 29, 2010 | NMM | Conference with committee regarding 9/1 committee meeting (.10). | 0.10 | | 39.50 |
| Aug 30, 2010 | NMM | Review and revise agenda for 9/1/10 committee meeting (.40). | 0.40 | | 158.00 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| N. M. Miller | 4.20 | 395.00 | $1,659.00 |

TOTAL HOURS               4.20

TOTAL FEES                                                $1,659.00

**TOTAL FEES**                              $1,659.00

NEAL, GERBER & EISENBERG LLP
September 23, 2010
Invoice 172227

Statement No: 172227

For professional services rendered with regard to:

Re:  Cash Collateral/DIP Financing/
Other Financing

| | | | | |
|---|---|---|---|---|
| Aug 4, 2010 | NMM | Conference with M. Berkoff regarding DIP issues (.10). | 0.10 | 39.50 |
| Aug 5, 2010 | NMM | Prepare for and participate in call regarding revised DIP order (.50). | 0.50 | 197.50 |
| Aug 9, 2010 | NMM | Review and comment on final financing order and run blackline (.70); email counsel to Webster, PBGC and debtors regarding same (.20). | 0.90 | 355.50 |
| Aug 10, 2010 | MAB | Office conferences with N. Miller to discuss status, strategy, results from sale hearing and court tomorrow on final DIP motion (.30); review emails (.10). | 0.40 | 258.00 |
| Aug 10, 2010 | NMM | Review financing documents and related correspondence from counsel to Webster, PBGC and Debtors (.30); outline terms of proposed settlement of financing issues (.30); prepare for DIP call (.20); DIP call (1.0); conference with R. Matzat regarding carve-out issues (.20); review and revise proposed final DIP order (.30). | 2.30 | 908.50 |
| Aug 11, 2010 | MAB | Office conference with N. Miller regarding today's court (.10); review emails (.10). | 0.20 | 129.00 |
| Aug 11, 2010 | NMM | Review and revise final DIP order (.20). | 0.20 | 79.00 |
| Aug 12, 2010 | MAB | Review Amended Budget and | 0.20 | 129.00 |

*Handwritten annotations:*
- Aug 5: ④ −.50   −$197.50
- Aug 10 (MAB): ④ −.10   −$64.5
- Aug 10 (NMM): ④ −1.0   −$395
- Aug 11 (MAB): ④ −.10   $64.5

**NEAL, GERBER & EISENBERG**LLP
September 23, 2010
Invoice 172227

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | discuss same with N. Miller. |  |  |
| Aug 12, 2010 | NMM | Conference with M. Berkoff regarding financing issues (.10); review budget (.10); conference with M. McCarron (PBGC) regarding financing issues (.10). | 0.30 | 118.50 |
| Aug 13, 2010 | NMM | Review email correspondence related to financing (.20); conference with W. McCarran (PBGC) regarding same (.30). | 0.50 | 197.50 |
| Aug 16, 2010 | NMM | Conferences with C. McManus regarding final DIP order and related issues (.10); review proposed changes to final DIP order (.40); conference with C. McManus regarding same (.20). | 0.70 | 276.50 |
| Aug 26, 2010 | NMM | Review DIP line proposal, and conference with all parties regarding same (.20). | 0.20 | 79.00 |
| Aug 28, 2010 | NMM | Email with R. Matzat regarding need for budget variance report (.10); review final DIP order and budget (.40). | 0.50 | 197.50 |
| Aug 29, 2010 | NMM | Memorandum to committee regarding proposed DIP line reduction (.30). | 0.30 | 118.50 |
| Aug 30, 2010 | NMM | Conferences with R. Matzat regarding DIP line reduction (.10); conferences with R. Matzat and M. Robertson regarding budget variance report (.10); conference with R. Matzat regarding Webster balance (.10); memorandum to committee regarding DIP line reduction (.20). | 0.50 | 197.50 |
| Aug 31, 2010 | MAB | Office conferences with N. Miller on status (.10); telephone conference from S. Towbin (.10); review DIP order and proposed amendment to DIP (.40). | 0.60 | 387.00 |

④   -$64.5

**NEAL, GERBER & EISENBERG**LLP
September 23, 2010
Invoice 172227

Statement No: 172227

For professional services rendered with regard to:

Re:   Insurance

| | | | | |
|---|---|---|---|---|
| Aug 26, 2010 | MAB | Review emails regarding Debtors' decision to let D&O insurance lapse and notification to Committee after the fact; discuss same with N. Miller (.30) | 0.30 | 193.50 |
| Aug 26, 2010 | NMM | Review correspondence from C. McManus regarding insurance issues (.10). | 0.10 | 39.50 |
| Aug 27, 2010 | NMM | Email regarding Committee's preservation of rights with respect to insurance policy (.20); conference with A. Elbert regarding lapsed insurance policy (.10); conference with PBGC regarding insurance issues (.40). | 0.70 | 276.50 |
| Aug 29, 2010 | NMM | Memorandum to committee regarding insurance and investigation issues (.50). | 0.50 | 197.50 |
| Aug 30, 2010 | ARE | Review of D&O policy to determine procedure for providing notice after expiration of policy period and procedure for electing tail coverage. Discuss same with N. Miller. Draft summary email regarding same. Further discussion with N. Miller to follow-up on same. | 2.60 | 1,365.00 |
| Aug 30, 2010 | NMM | Conference with A. Elbert regarding insurance issues (.10); conference with A. Elbert regarding same (.40); conference with A. Elbert regarding memorandum to committee regarding insurance issues (.10). | 0.60 | 237.00 |

⑦   -$36.5

NEAL, GERBER & EISENBERG LLP
October 18, 2010
Invoice 173750

Statement No: 173750

For professional services rendered with regard to:

Re:   Case Administration

| Sep 1, 2010 | LJE | Confer with N. Miller regarding strategy concerning research. | 0.30 | 157.50 |
|---|---|---|---|---|
| Sep 1, 2010 | NMM | Conference with M. Berkoff regarding strategy (.30); review and revise WIP report (.30). | 0.60 | 237.00 |
| Sep 6, 2010 | NMM | Conference with PBGC regarding case status (.10). | 0.10 | 39.50 |
| Sep 8, 2010 | MAB | Review e-mails.   ④ | 0.10 –.10 | 64.50  –$64.50 |
| Sep 10, 2010 | NTB | Docket review (.1) draft and send docketing request (.1). | 0.20 | 48.00 |
| Sep 10, 2010 | KJA | Filed proof of claim for N. Miller (write off 0.4). | 0.00 | 0.00 |
| Sep 14, 2010 | NMM | Status update to M. Berkoff (.30); status call with M. Mariccio (.30); status call with C. McManus (.50). | 1.10 | 434.50 |
| Sep 15, 2010 | NTB | Docket review (.1) draft and send docketing request (.1). | 0.20 | 48.00 |
| Sep 18, 2010 | NMM | Attention to e-mails; review and organize working and research files (write off .50). | 0.00 | 0.00 |
| Sep 21, 2010 | NMM | Conference with C. Korenaga regarding PBGC lien issues (.10); conference with C. McManus regarding publication notice provisions (.10). | 0.20 | 79.00 |
| Sep 23, 2010 | NTB | Docket review (.1) draft and send docketing request (.1); draft and send letter/e-mail to committee enclosing monthly invoices (.3). | 0.50 | 120.00 |
| Sep 23, 2010 | KJA | Filed proof of claim for D. Gutfeld | 0.00 | 0.00 |

**NEAL, GERBER & EISENBERG**LLP
October 18, 2010
Invoice 173750

Statement No: 173750

For professional services rendered with regard to:

Re:   <u>Creditor Inquiries</u>

| | | | | | |
|---|---|---|---|---|---|
| Sep 2, 2010 | NMM | Respond to creditor inquiries (.10). ④ | 0.10 -.10 | 39.50 | - $39.50 |
| Sep 3, 2010 | NMM | Creditor inquiries (.30). ③ | 0.30 -.30 | 118.50 | - $118.50 |
| Sep 8, 2010 | NMM | Response to inquiries from creditors regarding bar date (.20). | 0.20 | 79.00 | |
| Sep 21, 2010 | NMM | Respond to creditors inquiries (.10). ④ | 0.10 -.10 | 39.50 | - $39.50 |
| Sep 22, 2010 | NMM | Respond to inquiries regarding bar date (.10). ④ | 0.10 -.10 | 39.50 | - 39.50 |
| Sep 23, 2010 | NMM | Respond to creditor inquiries regarding hearing (.20). | 0.20 | 79.00 | |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| N. M. Miller | 1.00 | 395.00 | $395.00 |

TOTAL HOURS                                    1.00

TOTAL FEES                                                                   $395.00

**TOTAL FEES**                              **$395.00**

**NEAL, GERBER & EISENBERG**LLP
October 18, 2010
Invoice 173750

Statement No: 173750

For professional services rendered with regard to:

Re:    <u>Meetings</u>

| Sep 1, 2010 | NMM | Committee call (1.0); conference with C. Dennis regarding scheduling matters (.10); follow up memorandum to Committee members (.50). | 1.60 | 632.00 |
|---|---|---|---|---|
| | | ④ −1.0 | | −$395.00 |
| Sep 6, 2010 | NMM | Review and revise 9-8-10 hearing agenda (.30); related memorandum to committee (.10). | 0.40 | 158.00 |
| Sep 7, 2010 | MAB | Review Agenda for 9/8 Committee call. | 0.10 | 64.50 |
| Sep 8, 2010 | NMM | Status call with certain committee members (.20); prepare for and attend committee call (1.0). | 1.20 | 474.00 |
| | | ④ −1.0 | | −$395.00 |
| Sep 14, 2010 | MAB | Office conference with N. Miller to discuss case status, options, next steps and strategy (.20). | 0.20 | 129.00 |
| Sep 15, 2010 | NMM | Conference with Committee members regarding meeting schedule (.10). | 0.10 | 39.50 |
| Sep 16, 2010 | NMM | Conference with C. Dennis regarding 9/22 committee call (.10). | 0.10 | 39.50 |
| Sep 19, 2010 | NMM | Review and revise agenda for 9/22 committee call. | 0.10 | 39.50 |
| Sep 29, 2010 | NMM | Memorandum to Committee regarding status (.60). | 0.60 | 237.00 |
| Sep 30, 2010 | NMM | Strategy with M. Berkoff (.40); conference with McManus regarding discovery and general case direction (.10); call and e-mail PBGC regarding case status (.20). | 0.70 | 276.50 |

**NEAL, GERBER & EISENBERG**LLP
October 18, 2010
Invoice 173750

Statement No: 173750

For professional services rendered with regard to:

Re:   Litigation/Adversary Proceedings/
      Avoidance Actions

| Date | | Description | | |
|------|-----|-------------|------|--------|
| Sep 9, 2010 | JAF | E-mails from N. Miller regarding 2004 examinations on debtor, Fuger, and Rusnak (0.2); edit and revise subpoenas for debtor, Fuger, and Rusnak (0.5); draft 30(b)(6) rider for debtor subpoena (0.5); review public record reports for location of Fuger and Rusnak for service of subpoenas (0.7); review and analyze rider for subpoenas (0.2) | 2.10 | 672.00 |
| Sep 10, 2010 | JAF | Call with Cliff Rusnak regarding 2004 examination (0.3); call with Claude Fuger regarding 2004 examination (0.3); edit and revise subpoenas to conform to discussions (0.4) | 1.00 | 320.00 |
| Sep 14, 2010 | JAF | E-mails from N. Miller regarding subpoenas to Cliff Rusnak, Claude Fuger, and SK (.4); edit and revise subpoenas to Rusnak and Fuger and finalize for filing/service (.6) | 1.00 | 320.00 |
| Sep 15, 2010 | JAF | Edit and revise subpoena to debtor (.5); e-mail to debtor's counsel attaching subpoena (.1) | 0.60 | 192.00 |
| Sep 20, 2010 | JAF | Attention to affidavit of special process server regarding service of subpoenas on Claude Fuger and Cliff Rusnak | 0.50 | 160.00 |
| Sep 21, 2010 | JAF | Call with counsel for Cliff Rusnak regarding 2004 examination | 0.30 | 96.00 |
| Sep 29, 2010 | JAF | E-mails and calls regarding 2004 | 0.60 | 192.00 |

*(see next page for deduction)*

**NEAL, GERBER & EISENBERG**LLP
October 18, 2010
Invoice 173750

examination of Claude Fuger    Ⓐ    -.60    — $192.00

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| J.A. Frye | 6.10 | 320.00 | $1,952.00 |

| | | | |
|---|---|---|---|
| TOTAL HOURS | 6.10 | | |
| TOTAL FEES | | | $1,952.00 |
| **TOTAL FEES** | | | **$1,952.00** |

**NEAL, GERBER & EISENBERG**LLP
October 18, 2010
Invoice 173750

| Date | | Description | | |
|---|---|---|---|---|
| Sep 6, 2010 | NMM | Review and revise proposed order regarding 2004 examinations (.20); e-mail to S. Towbin regarding same (.10). | 0.30 | 118.50 |
| Sep 7, 2010 | NMM | Prepare for and attend hearing on 2004 examination (.70); investigate PBGC lien issues (.50). | 1.20 | 474.00 |
| Sep 8, 2010 | NMM | Review 2004 order (.10); conferences with C. Rusnak and C. Fuger regarding 2004 examinations (.20); conference with J. Frye regarding subpoena issues (.10); review 2004 notices (.50). | 0.90 | 355.50 |
| Sep 9, 2010 | NMM | Follow up regarding 2004 examinations (.30). ④ | 0.30 -.30 | 118.50 -$118.50 |
| Sep 9, 2010 | CPH | Research and retrieve current location information of two former company executives (Claude Fuger & Cliff Rusnak) for J. Frye. | 0.50 | 62.50 |
| Sep 13, 2010 | NMM | Conferences with J. Frye regarding 2004 issues (.50). | 0.50 | 197.50 |
| Sep 14, 2010 | NMM | Conference with C. McManus regarding document requests (.10); review 2004 issues (.20); conferences with J. Frye regarding same (.20); e-mail to/from S. Towbin regarding 2004 examination issues (.20). | 0.70 | 276.50 |
| Sep 15, 2010 | NMM | Call with C. McManus and M. Robertson regarding 2004 issues (.90); conference with J. Frye regarding same (.20). | 1.10 | 434.50 |
| Sep 16, 2010 | NMM | Address 2004 issues (.20); conference with M. Berkoff and S. Fedo regarding 30(b)(6) issues (.20). | 0.40 | 158.00 |
| Sep 19, 2010 | NMM | Review notes regarding 2004 examinations (.10). | 0.10 | 39.50 |
| Sep 20, 2010 | NMM | Follow up on lien issues (.40); | 1.00 | 395.00 |

**NEAL, GERBER & EISENBERG**LLP
October 18, 2010
Invoice 173750

Statement No: 173750

For professional services rendered with regard to:

Re:   <u>Insurance</u>

| | | | | |
|---|---|---|---|---|
| Sep 1, 2010 | ARE | Prepare for and participate in SK Hand Creditor Committee Call. ④ | 1.10 −1.10 | 577.50 −$577.50 |
| Sep 1, 2010 | NMM | Conference with A. Elbert regarding D&O policies and potential claims (.10). | 0.10 | 39.50 |
| Sep 14, 2010 | ARE | Voicemail from N. Miller regarding additional questions on potential D&O claim. Consider same. | 0.20 | 105.00 |
| Sep 15, 2010 | NMM | Conference with A. Elbert regarding insurance issues (.10). | 0.10 | 39.50 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| A.R. Elbert | 1.30 | 525.00 | $682.50 |
| N. M. Miller | 0.20 | 395.00 | $79.00 |

TOTAL HOURS                    1.50

TOTAL FEES                                     <u>$761.50</u>

**TOTAL FEES**                    **$761.50**

**NEAL, GERBER & EISENBERG**LLP
September 23, 2010
Invoice 172227

## EXPENSE SUMMARY

Statement No: 172227

For professional services rendered with regard to:

Re:   Case Administration

## DISBURSEMENTS

| | | | | |
|---|---|---|---|---|
| Aug 1, 2010 | M. A. Berkoff | Pacer Online Research - 7/15/10 ⑪ | 20.16 | -$20.16 |
| Aug 2, 2010 | M. A. Berkoff | Cabfare - United Dispatch Agent OT post office per N. Brody 7/15/10 M. Moreno | 16.00 | |
| Aug 2, 2010 | C. J. Troxel | Reproduction of Documents | 43.40 | |
| Aug 2, 2010 | C. J. Troxel | Reproduction of Documents | 147.70 | |
| Aug 2, 2010 | M. A. Berkoff | Transcript of Depositions - Neal Gerber & Eisenberg, LLP Docket Account - Jackie Defini- transcript of hearing 7/9/10 per NMM | 160.00 | |
| Aug 2, 2010 | C. J. Troxel | Postage | 111.68 | |
| Aug 6, 2010 | C. J. Troxel | Reproduction of Documents | 13.70 | |
| Aug 11, 2010 | M. A. Berkoff | Meals - Nicholas M Miller ⑥ working dinner 8/3/10 | 27.00 | -$27.00 |
| Aug 26, 2010 | M. A. Berkoff | Conference Call Charge - C3 Conferencing, Inc. conference calls per N. Miller 7/8, 7/14, 7/21 and 7/28/10 | 122.06 | |

## DISBURSEMENTS SUMMARY

| | |
|---|---|
| Cabfare | 16.00 |
| Conference Call Charge | 122.06 |
| Reproduction of Documents | 204.80 |