**FILED**

**DEC - 7 2010**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 10 B 28882
SK HAND TOOL CORPORATION, )
et al., )
)
) Chapter 11
)
Debtors. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO BLACKMAN KALLICK LLP, FINANCIAL ADVISOR FOR THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $282,215.00 | TOTAL COSTS REQUESTED: | $2,202.39 |
| TOTAL FEES REDUCED: | $5,716.73 | TOTAL COSTS REDUCED: | $88.49 |
| TOTAL FEES ALLOWED: | $276,498.27 | TOTAL COSTS ALLOWED: | $2,113.90 |

**TOTAL FEES AND COSTS ALLOWED: $278,612.17**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4)  **Insufficient Description**
The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(6)  **Meal Expenses**
The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

(7)  **Lumping**
The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: December 7, 2010

_____
Eugene R. Wedoff
United States Bankruptcy Judge

1

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--General Case Administration

| Date | Professional | Narrative | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/9/2010 | Blood, Bryan | Prehearing meeting with investment banker, attorneys and principle of SK. | 1.25 | 228.00 | 285.00 |
| 7/9/2010 | Blood, Bryan | Bankruptcy hearing regarding sale motion. | 4.25 | 228.00 | 969.00 |
| 7/9/2010 | Robertson, Mark | Review and analysis of sale motion hearing results; communications w/ B. Blood and Counsel re: same. | 0.75 | 400.00 | 300.00 |
| 7/9/2010 | Wiedenhoeft, Brian | Review and analysis of approved sale motion. | 0.25 | 375.00 | 93.75 |
| 7/13/2010 | Blood, Bryan | Review and analyze lease and secured creditor information to obtain cure amounts and contact information for matrix. | 2.75 | 228.00 | 627.00 |
| 7/14/2010 | Blood, Bryan | Review and analyze updated AR and AP aging reports for meeting with trustee and for data room. | 1.75 | 228.00 | 399.00 |
| 7/14/2010 | Blood, Bryan | Review and analyze updated inventory report for meeting with trustee. Ensure inclusion of consigned inventory. | 1.75 | 228.00 | 399.00 |
| 7/14/2010 | Blood, Bryan | Review and analyze bank statements for meeting with trustee. | 0.75 | 228.00 | 171.00 |
| 7/14/2010 | Blood, Bryan | Review and analyze financial statements in preparation for meeting with trustee | 1.25 | 228.00 | 285.00 |
| 7/15/2010 | Blood, Bryan | Pre-US Trustee meeting with attorneys and SK principles. ④ | 1.25 | 228.00 | 285.00 -$285 |
| 7/15/2010 | Blood, Bryan | Meeting with US Trustee. ④ | 1.25 | 228.00 | 285.00 -$285 |
| 7/15/2010 | Robertson, Mark | Attend to staff questions re: bankruptcy schedules and SOFA prep work. | 0.50 | 400.00 | 200.00 |
| 7/15/2010 | Wiedenhoeft, Brian | Work on bankruptcy schedules and SOFA. | 0.25 | 375.00 | 93.75 |
| 7/16/2010 | Blood, Bryan | Review and analysis of all product receipts within 20 days of the bankruptcy filing and determining if product was paid for. | 2.75 | 228.00 | 627.00 |
| 7/16/2010 | Robertson, Mark | Attend to staff questions re: bankruptcy schedules and SOFA prep work | 0.25 | 400.00 | 100.00 |
| 7/19/2010 | Wiedenhoeft, Brian | Work on bankruptcy schedules and SOFA. | 0.25 | 375.00 | 93.75 |
| 7/21/2010 | Blood, Bryan | Conference call with attorneys regarding outstanding items and schedules. | 0.50 | 228.00 | 114.00 |
| 7/21/2010 | Blood, Bryan | Review and analyze all disbursements and purchases within 90 days to prior to filing for bankruptcy. Reconcile purchases with payments. | 3.25 | 228.00 | 741.00 |
| 7/21/2010 | Robertson, Mark | Work on bankruptcy schedules and SOFA. | 2.50 | 400.00 | 1,000.00 |
| 7/21/2010 | Wiedenhoeft, Brian | Work on bankruptcy schedules and SOFA. | 0.25 | 375.00 | 93.75 |
| 7/22/2010 | Blood, Bryan | Review and analyze historic utility bills and reconcile with current utility bills for utility deposits under DIP. | 1.50 | 228.00 | 342.00 |
| 7/22/2010 | Blood, Bryan | Review and analyze all purchases within 20 days of bankruptcy filing. Reconcile purchase with payments and create schedule of products purchased and payment not made. | 2.25 | 228.00 | 513.00 |
| 7/22/2010 | Robertson, Mark | Work on bankruptcy schedules and SOFA. | 3.25 | 400.00 | 1,300.00 |
| 7/22/2010 | Wiedenhoeft, Brian | QC review of bankruptcy schedules and SOFA. | 0.25 | 375.00 | 93.75 |
| 7/23/2010 | Robertson, Mark | Work on bankruptcy schedules and SOFA. | 2.25 | 400.00 | 900.00 |
| 7/26/2010 | Robertson, Mark | Work on bankruptcy schedules and SOFA. | 3.50 | 400.00 | 1,400.00 |
| 7/26/2010 | Wiedenhoeft, Brian | QC work on bankruptcy schedules and SOFA. | 0.25 | 375.00 | 93.75 |
| 7/27/2010 | Blood, Bryan | Review and analyze additional employee compensation not paid including car reimbursement, insurance reimbursement and cell phone reimbursement. Create matrix to include in bankruptcy schedules. | 1.50 | 228.00 | 342.00 |
| 7/27/2010 | Robertson, Mark | Work on bankruptcy schedules and SOFA; attend to accounting matters necessary to complete schedules. | 2.50 | 400.00 | 1,000.00 |

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--General Case Administration

| Date | Professional | Narrative | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/28/2010 | Blood, Bryan | Review and analyze required information to create schedules required by bankruptcy court. | 4.25 | 228.00 | 969.00 |
| 7/28/2010 | Robertson, Mark | Work on bankruptcy schedules and SOFA. | 1.50 | 400.00 | 600.00 |
| 7/29/2010 | Blood, Bryan | Review and analyze necessary information to complete required schedules for bankruptcy court. | 3.50 | 228.00 | 798.00 |
| 7/29/2010 | Robertson, Mark | Work on bankruptcy schedules and SOFA. | 5.75 | 400.00 | 2,300.00 |
| 7/29/2010 | Wiedenhoeft, Brian | QC work on bankruptcy schedules and SOFA. | 0.25 | 375.00 | 93.75 |
| 7/30/2010 | Blood, Bryan | Pre auction meeting and SK auction. (4) | 3.75 | 228.00 | 855.00 [-$427.50] |
| 7/30/2010 | Blood, Bryan | Review and analyze additional employee compensation not paid for schedule. | 1.25 | 228.00 | 285.00 |
| 7/30/2010 | Blood, Bryan | Review and analyze fixed asset and other asset register for personal property schedule. | 1.75 | 228.00 | 399.00 |
| 7/30/2010 | Robertson, Mark | Work on bankruptcy schedules and SOFA | 4.50 | 400.00 | 1,800.00 |
| 7/30/2010 | Wiedenhoeft, Brian | QC work on bankruptcy schedules and SOFA. | 0.75 | 375.00 | 281.25 |
| 7/31/2010 | Robertson, Mark | Work on extended DIP budget to manage balance of asset liquidation. | 3.25 | 400.00 | 1,300.00 |
| 8/2/2010 | Robertson, Mark | Work on Bankruptcy Schedules and SOFA; respond to Counsel questions regarding same. | 1.50 | 400.00 | 600.00 |
| 8/2/2010 | Robertson, Mark | Research and gather documents regarding the buyout of M. Moulin (former CEO and shareholder of SK); provide write-up to Counsel. | 1.30 | 400.00 | 520.00 |
| 8/3/2010 | Blood, Bryan | Review and analyze documentation to complete bankruptcy schedules, including, real property, secured claims, unsecured claims, contracts and leases and SOFA. | 4.25 | 228.00 | 969.00 |
| 8/3/2010 | Robertson, Mark | Work on bankruptcy schedules and SOFA. | 2.80 | 400.00 | 1,120.00 |
| 8/4/2010 | Robertson, Mark | Review and analysis of final draft of completed bankruptcy schedules and SOFA. | 1.25 | 400.00 | 500.00 |
| 8/4/2010 | Robertson, Mark | Review and analysis of final bankruptcy schedules, SOFA and filings in the case to date in order to prepare for 341 Meeting. | 2.25 | 400.00 | 900.00 |
| 8/4/2010 | Robertson, Mark | Work on extended DIP budget to manage balance of asset liquidation. | 0.50 | 400.00 | 200.00 |
| 8/5/2010 | Blood, Bryan | Review and analyze forecasted cash receipts and disbursement to revise and update DIP. | 1.25 | 228.00 | 285.00 |
| 8/5/2010 | Blood, Bryan | Review and analyze Company AP to reconcile correct balances for claims. | 1.25 | 228.00 | 285.00 |
| 8/5/2010 | Jackson, Renee | Print and bind documents for Trustee meeting for Robertson. | 0.75 | 113.00 | 84.75 |
| 8/5/2010 | Robertson, Mark | Confer w/ Counsel and attend 341 meeting. (4) | 1.30 | 400.00 | 520.00 [-$260] |
| 8/5/2010 | Robertson, Mark | Work on extended DIP budget to manage balance of asset liquidation. | 1.70 | 400.00 | 680.00 |
| 8/6/2010 | Blood, Bryan | Review and analyze forecasted cash receipts and disbursements to revise and update DIP. | 0.75 | 228.00 | 171.00 |
| 8/6/2010 | Robertson, Mark | Work on finalizing extended DIP Budget; review of staffing necessary for extended period. | 2.25 | 400.00 | 900.00 |
| 8/9/2010 | Blood, Bryan | Review and analyze employee vacation policy and update Schedule E to reflect current claim balances. | 1.25 | 228.00 | 285.00 |
| 8/9/2010 | Blood, Bryan | Review, analyze and reconcile Company's unpaid taxes. | 0.75 | 228.00 | 171.00 |
| 8/9/2010 | Robertson, Mark | Review and analysis of WBCC redlined copy of DIP order; review of PBGC response | 0.50 | 400.00 | 200.00 |
| 8/9/2010 | Robertson, Mark | Work to finalize extended DIP Budget; communications w/ Counsel re: expected fees and other possible payments required in the future; distribute draft to WBCC and counsels | 2.25 | 400.00 | 900.00 |

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--General Case Administration

| Date | Professional | Narrative | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/10/2010 | Blood, Bryan | Review and analyze AP aging report and customer balances to accurately reflect vendor balances for claims. | 1.50 | 228.00 | 342.00 |
| 8/11/2010 | Blood, Bryan | Review and analyze AP aging report and customer balances to reconcile accurate balances for potential claims. | 1.75 | 228.00 | 399.00 |
| 8/11/2010 | Robertson, Mark | Finalize extended DIP and circulate pdf of budget to Counsel. | 1.20 | 400.00 | 480.00 |
| 8/12/2010 | Blood, Bryan | Review and analyze bankruptcy schedules regarding employee claims. Update employee claim matrix with new information. | 2.50 | 228.00 | 570.00 |
| 8/13/2010 | Blood, Bryan | Review and analyze necessary documentation to revise and updated bankruptcy schedules. | 2.75 | 228.00 | 627.00 |
| 8/13/2010 | Robertson, Mark | Finalize extended DIP. | 0.50 | 400.00 | 200.00 |
| 8/13/2010 | Robertson, Mark | Attend to business operations matters (staffing, plan to transition files and computers to Ideal, etc.). | 1.25 | 400.00 | 500.00 |
| 8/16/2010 | Blood, Bryan | Review and analyze updated documentation to updated bankruptcy schedules. | 2.25 | 228.00 | 513.00 |
| 8/16/2010 | Robertson, Mark | Attend to matters on final DIP order for extended DIP period. | 1.40 | 400.00 | 560.00 |
| 8/18/2010 | Blood, Bryan | Review and analyze post petition cash receipts and disbursements for Operating Report. Review and analyze post petition payroll, tax, AR and AP information for Operating Report. | 2.50 | 228.00 | 570.00 |
| 8/19/2010 | Blood, Bryan | Review and analyze post petition cash receipts and disbursements, payroll, taxes, AR, AP and inventory for Operating Report. | 2.25 | 228.00 | 513.00 |
| 8/19/2010 | Robertson, Mark | QC review of July MOR. | 1.00 | 400.00 | 400.00 |
| 8/23/2010 | Jackson, Renee | Prepare documents and messenger to Counsel. ④ | 0.25 | 113.00 | 28.25  -$28.25 |
| 8/24/2010 | Jackson, Renee | Arrange for packages to be picked up at SK for delivery to Much Shelist. | 0.25 | 113.00 | 28.25 |
| 8/24/2010 | Robertson, Mark | Review and analysis of draft letter to JP Morgan Chase Bank re: freezing CD that is collateral to 2009 Workers' Comp Insurance until settlement is reached with carrier. | 0.50 | 400.00 | 200.00 |
| 8/31/2010 | Jackson, Renee | Documents sent to SK office via messenger per Mark Robertson. ④ | 0.25 | 113.00 | 28.25  -$28.25 |
| 9/15/2010 | Blood, Bryan | Review and analyze all financial activity for August to complete Monthly Operating Report. | 0.75 | 251.00 | 188.25 |
| 9/16/2010 | Blood, Bryan | Review and analyze all financial activity for August to complete Monthly Operating Report. | 2.75 | 251.00 | 690.25 |
| 9/16/2010 | Robertson, Mark | QC review of August MOR. | 0.50 | 400.00 | 200.00 |
| 9/23/2010 | Jackson, Renee | Prepare signed MOR documents and send originals to legal counsel. | 0.25 | 113.00 | 28.25 |
| 9/23/2010 | Robertson, Mark | Finalize MOR. | 0.75 | 400.00 | 300.00 |
| 9/29/2010 | Robertson, Mark | Finalize August MOR, sign and return to Counsel. | 0.50 | 400.00 | 200.00 |
| 9/30/2010 | Robertson, Mark | Work on extended DIP budget to manage balance of asset liquidation; respond to questions from WBCC. | 0.50 | 400.00 | 200.00 |
| 10/1/2010 | Robertson, Mark | Attend to matters regarding DIP extensions; communications w/ WBCC and Counsel re: same. | 1.00 | 400.00 | 400.00 |
| 10/4/2010 | Robertson, Mark | Updates to DIP Budget; review of circulated request for consent to Committee and PBGC. | 0.50 | 400.00 | 200.00 |
| 10/11/2010 | Robertson, Mark | Work on getting extended DIP consents; communications w/ WBCC and Counsel re: same. | 0.50 | 400.00 | 200.00 |
| 10/13/2010 | Robertson, Mark | Work on extended DIP through 12/31/10 in order to liquidate remaining assets. | 2.25 | 400.00 | 900.00 |

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--Business Operations/Accounting

| Date | Professional | Narrative | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/16/2010 | Robertson, Mark | Review and analysis of cash management and DIP matters | 0.75 | 400.00 | 300.00 |
| 7/19/2010 | Blood, Bryan | Review, analyze and approve disbursements in accordance with DIP. Review, analyze and approve purchases in accordance with DIP | 1.25 | 228.00 | 285.00 |
| 7/19/2010 | Blood, Bryan | Review and analyze Inventory and AR reports and update BBC for bank. | 2.75 | 228.00 | 627.00 |
| 7/19/2010 | Blood, Bryan | Review and analyze DIP forecast v actual. | 1.75 | 228.00 | 399.00 |
| 7/20/2010 | Blood, Bryan | Review, analyze and approve disbursements in accordance with DIP. Review, analyze and approve purchases. | 1.25 | 228.00 | 285.00 |
| 7/20/2010 | Blood, Bryan | Review and analyze petty cash reconciliation for additional petty cash request for OH facility. | 0.50 | 228.00 | 114.00 |
| 7/20/2010 | Blood, Bryan | Review and analyze income and expenses for DIP period and create proforma P&L | 2.25 | 228.00 | 513.00 |
| 7/20/2010 | Blood, Bryan | Communications with vendors regarding past due balances and procedures going forward. | 0.50 | 228.00 | 114.00 |
| 7/20/2010 | Robertson, Mark | Attend to cash management matters; review and analysis of DIP budget vs. actual; plan next 2 weeks of DIP period. (7) | 3.25 | 400.00 | 1,300.00  -$130 |
| 7/21/2010 | Blood, Bryan | Review, analyze and approve disbursements in accordance with DIP. Review, analyze and approve purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 7/21/2010 | Blood, Bryan | Review and analyze forecasted DIP budget with actual expenses under DIP financing. | 2.25 | 228.00 | 513.00 |
| 7/21/2010 | Blood, Bryan | Review and analyze vendor statement with Company AP. Reconcile vendor account. | 0.50 | 228.00 | 114.00 |
| 7/21/2010 | Robertson, Mark | Attend to cash management and business operations matters; vendor communications re: post-petition services and product; plan possible staffing adjustments for pre-sale period | 2.50 | 400.00 | 1,000.00 |
| 7/22/2010 | Blood, Bryan | Review and analyze income and expenses under DIP period. Update income and expenses schedule. | 2.25 | 228.00 | 513.00 |
| 7/22/2010 | Blood, Bryan | Review, analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 7/22/2010 | Robertson, Mark | Attend to cash management and business operations matters; vendor communications re: post-petition services and product; plan possible staffing adjustments for pre-sale period (7) | 3.25 | 400.00 | 1,300.00  -$130 |
| 7/23/2010 | Blood, Bryan | Review, analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 7/23/2010 | Blood, Bryan | Review and analyze detailed phone bill for pre and post petition charges. Reconcile post petition charges for payment. | 3.75 | 228.00 | 855.00 |
| 7/23/2010 | Blood, Bryan | Review and analyze production schedule for remaining DIP period. Prioritize production based on shortest turnaround time and greatest margin. | 2.25 | 228.00 | 513.00 |
| 7/23/2010 | Robertson, Mark | Attend to cash management and business operations matters; vendor communications re: post-petition services and product; work with production management to plan possible staffing adjustments for pre-sale period. | 2.50 | 400.00 | 1,000.00 |
| 7/26/2010 | Blood, Bryan | Review and analyze inventory and AR detail reports. Reconcile BBC and availability per request from Webster. | 2.75 | 228.00 | 627.00 |

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--Business Operations/Accounting

| Date | Professional | Narrative | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/2/2010 | Robertson, Mark | Attend to matters regarding 401k plan and IRS audit of the 401k plan; communications w/ L. O'Connell re: same. | 0.50 | 400.00 | 200.00 |
| 8/3/2010 | Blood, Bryan | Review, analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 8/3/2010 | Blood, Bryan | Review and analyze inventory and AR reports to update BBC for bank. | 1.25 | 228.00 | 285.00 |
| 8/3/2010 | Blood, Bryan | Review and analyze DIP forecast v actual. | 1.50 | 228.00 | 342.00 |
| 8/3/2010 | Robertson, Mark | Respond to customer inquiries regarding bankruptcy filing; communications w/ K. Thomas as to what to tell customers. | 0.25 | 400.00 | 100.00 |
| 8/4/2010 | Blood, Bryan | Review, analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 8/4/2010 | Blood, Bryan | Review and analyze AR and inventory reports to updated BBC for bank. | 0.75 | 228.00 | 171.00 |
| 8/4/2010 | Blood, Bryan | Review and analyze DIP forecast v actual. | 0.75 | 228.00 | 171.00 |
| 8/4/2010 | Blood, Bryan | Review, analyze and reconcile unpaid taxes by Company. | 1.25 | 228.00 | 285.00 |
| 8/4/2010 | Blood, Bryan | Review and analyze forecast cash receipts and disbursements to update and revise DIP. | 4.25 | 228.00 | 969.00 |
| 8/4/2010 | Robertson, Mark | Attend to matters regarding payment of utility deposits; communications w/ Counsel re: same. | 0.50 | 400.00 | 200.00 |
| 8/5/2010 | Blood, Bryan | Review, analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 8/5/2010 | Blood, Bryan | Review and analyze historical utility bills to reconcile utility deposits. | 1.25 | 228.00 | 285.00 |
| 8/5/2010 | Blood, Bryan | Review and analyze offices for important documents. Organize offices for move out. | 3.75 | 228.00 | 855.00 |
| 8/5/2010 | Robertson, Mark | Prepare to shut down plant operations and layoff all plant workers; communications w/ Counsel regarding proper process, etc. | 1.25 | 400.00 | 500.00 |
| 8/5/2010 | Robertson, Mark | Attend to matters regarding 401k plan and IRS audit of the 401k plan; communications w/ L. O'Connell and C. Fuger re: same. | 0.50 | 400.00 | 200.00 |
| 8/5/2010 | Robertson, Mark | Attend to HR related matters (terminated employee matters; unemployment matters; review of Unemployment claims filed to ensure accuracy). | 1.90 | 400.00 | 760.00 |
| 8/6/2010 | Blood, Bryan | Meeting with employees to discuss sale of Company, closing and next steps. | 1.25 | 228.00 | 285.00 |
| 8/6/2010 | Blood, Bryan | Review, analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 8/6/2010 | Blood, Bryan | Review and analyze company AR and correct balances to pursue AR collections. | 1.25 | 228.00 | 285.00 |
| 8/6/2010 | Blood, Bryan | Review and analyze offices for important documents. Organize offices for move out. | 3.75 | 228.00 | 855.00 |
| 8/6/2010 | Robertson, Mark | Attend to plant shut down and employee terminations; communications w/ management employees regarding next steps/meetings w/ both hourly and salary employees. ④ | 1.25 | 400.00 | 500.00  −$166.67 |
| 8/9/2010 | Blood, Bryan | Review and analyze offices locating important documents. Organize offices for move out. | 1.25 | 228.00 | 285.00 |
| 8/9/2010 | Blood, Bryan | Review analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--Business Operations/Accounting

| Date | Professional | Narrative | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/9/2010 | Blood, Bryan | Review and analyze DIP forecast v actual. | 3.25 | 228.00 | 741.00 |
| 8/10/2010 | Blood, Bryan | Review and analyze AR and inventory reports to update BBC for bank. | 2.75 | 228.00 | 627.00 |
| 8/10/2010 | Blood, Bryan | Review and analyze AR aging report and customer balances to determine AR collection procedures. | 2.75 | 228.00 | 627.00 |
| 8/10/2010 | Blood, Bryan | Review and analyze all disbursements in accordance with DIP. Review and analyze all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 8/10/2010 | Robertson, Mark | Work on matters regarding 401k plan and defined benefit pension plan; communications w/ L. O'Connell re: same; call w/ B. Anspach and C. McManus re: how to handle w/ C. Fuger as Trustee and no plan admin in place. | 2.25 | 400.00 | 900.00 |
| 8/10/2010 | Robertson, Mark | Communications w/ C. Fuger and C. Rusnak re: BOD authorization to remove C. Fuger as Plan Administrator and add M. Robertson and L. O'Connell so that pension and 401k questions can be addressed. | 1.25 | 400.00 | 500.00 |
| 8/10/2010 | Robertson, Mark | Attend to matters of document retention and possible document destruction; confer w/ Counsel re: required motion to abandon in order to shred old docs. | 0.75 | 400.00 | 300.00 |
| 8/10/2010 | Robertson, Mark | Attend to matters regarding OH environmental disposal; work w/ T. Herrick re: status and revised quote from PSC; communications w/ KPRG re: next steps and required additional actions to comply w/ OH EPA. | 1.25 | 400.00 | 500.00 |
| 8/11/2010 | Blood, Bryan | Review and analyze AR and inventory reports to updated BBC for bank. | 0.75 | 228.00 | 171.00 |
| 8/11/2010 | Blood, Bryan | Review and analyze all disbursements in accordance with DIP. Review and analyze all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 8/11/2010 | Blood, Bryan | Review and analyze stored accounting and HR records, inventory records. | 2.50 | 228.00 | 570.00 |
| 8/11/2010 | Robertson, Mark | Attend to matters regarding OH waste removal; communications w/ KPRG regarding waste rejected by disposal site and next steps; work w/ SK on-site employee in OH to address concerns about waste storage. | 1.25 | 400.00 | 500.00 |
| 8/11/2010 | Robertson, Mark | Attend to facility operational matters (fire pump test, document boxing and storage, etc.) | 1.90 | 400.00 | 760.00 |
| 8/12/2010 | Blood, Bryan | Review and analyze potential scrap inventory. Communications with scrap companies to dispose of scrap inventory within the normal course of business. | 1.25 | 228.00 | 285.00 |
| 8/12/2010 | Blood, Bryan | Review and analyze all disbursements in accordance with DIP. Review and analyze all purchases in accordance with DIP. | 1.50 | 228.00 | 342.00 |
| 8/12/2010 | Blood, Bryan | Review and analyze stored accounting and HR records. Inventory accounting and HR records. | 2.75 | 228.00 | 627.00 |
| 8/12/2010 | Robertson, Mark | Attend to break-in/theft of assets from SK facility; confer w/ Counsel on appropriate action steps; communications w/ security guards on duty. ⑦ | 3.25 | 400.00 | 1,300.00 -$130 |
| 8/12/2010 | Robertson, Mark | Approve cash disbursements. | 0.50 | 400.00 | 200.00 |
| 8/12/2010 | Robertson, Mark | Attend to OH EPA issues; communications w/ KPRG regarding plans to address issue of rejected waste. | 0.75 | 400.00 | 300.00 |

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--Business Operations/Accounting

| Date | Professional | Narrative | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/18/2010 | Blood, Bryan | Review and analyze scrap inventory for disposal. Communications with scrap vendors to dispose of scrap inventory. | 1.75 | 228.00 | 399.00 |
| 8/18/2010 | Blood, Bryan | Conference call with potential IT groups on quote to purchase or lease server space for SK accounting records. | 1.25 | 228.00 | 285.00 |
| 8/18/2010 | Blood, Bryan | Review and analyze all disbursements in accordance with DIP. Review and analyze all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 8/18/2010 | Blood, Bryan | Review and analyze stored accounting and HR records. Inventory records. | 1.75 | 228.00 | 399.00 |
| 8/18/2010 | Robertson, Mark | Attend to insurance related matters ④ | 1.00 | 400.00 | 400.00  $400 |
| 8/19/2010 | Blood, Bryan | Conference call and tour with IT group to quote on housing server and storing data. | 1.75 | 228.00 | 399.00 |
| 8/19/2010 | Blood, Bryan | Review and analyze all disbursements in accordance with DIP. Review and analyze all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 8/19/2010 | Blood, Bryan | Review and analyze stored accounting and HR records. Inventory records. | 2.25 | 228.00 | 513.00 |
| 8/19/2010 | Robertson, Mark | Attend to property issues (building fire supression testing; required city permits; security, etc.) | 1.25 | 400.00 | 500.00 |
| 8/19/2010 | Robertson, Mark | Attend to on going pension plan issues; communications w/ L. O'Connell regarding C. Fuger's emails to him. | 0.75 | 400.00 | 300.00 |
| 8/19/2010 | Robertson, Mark | Review and analysis of proposal from IT Solutions Group, Inc. to provide server and support for JD Edwards and files to be maintained by estate after sale to Ideal; communications w/ M. Staddler, ITSG re: same. | 1.30 | 400.00 | 520.00 |
| 8/19/2010 | Robertson, Mark | Communications w/ Mesirow re: reinstatement of current Chicago Workers' Comp insurance canceled by carrier in violation of automatic stay. | 0.30 | 400.00 | 120.00 |
| 8/20/2010 | Blood, Bryan | Review, analyze and inventory historical accounting and HR records. Determine if records can be destroyed or need to be kept. | 3.25 | 228.00 | 741.00 |
| 8/20/2010 | Blood, Bryan | Review, analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 8/20/2010 | Blood, Bryan | Review and analyze AR and inventory reports to update BBC for bank. | 3.25 | 228.00 | 741.00 |
| 8/20/2010 | Robertson, Mark | Review and analysis of emails sent by B. Keigher and C. Fuger to Mesirow (forward to Zurich) regarding possible D&O claims; respond to phone call from Zurich seeking additional information; communications w/ Mesirow re: same. ⑦ | 2.75 | 400.00 | 1,100.00  -$110 |
| 8/20/2010 | Robertson, Mark | Attend to pension related issues re: Defiance plan; respond to C. Fuger's email re: lack of understanding of process and continued refusal to change the plan administrator to allow M. Robertson and L. O'Connell to process requests. | 0.75 | 400.00 | 300.00 |
| 8/20/2010 | Robertson, Mark | Work on obtaining additional quotes to provide IT services needed by estate to maintain access to JDE and files after sale to Ideal closes (Hipskind, Availability). | 1.30 | 400.00 | 520.00 |
| 8/23/2010 | Blood, Bryan | Review, analyze and inventory historical accounting and HR records. Determine if records can be destroyed or need to be kept. | 3.25 | 228.00 | 741.00 |

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--Business Operations/Accounting

| Date | Professional | Narrative | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/23/2010 | Blood, Bryan | Review, analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 8/23/2010 | Blood, Bryan | Review and analyze DIP forecast v actual. | 3.25 | 228.00 | 741.00 |
| 8/24/2010 | Blood, Bryan | Review, analyze and inventory historical accounting and HR records. Determine if records can be destroyed or need to be kept. | 3.50 | 228.00 | 798.00 |
| 8/24/2010 | Blood, Bryan | Review, analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.50 | 228.00 | 342.00 |
| 8/24/2010 | Blood, Bryan | Review and analyze post petition disbursements. | 1.25 | 228.00 | 285.00 |
| 8/24/2010 | Blood, Bryan | Review and analyze AR aging report to more accurately reflect current receivable balances. | 1.50 | 228.00 | 342.00 |
| 8/24/2010 | Robertson, Mark | Work w/ Mesirow to regarding the refund due on the 2009 Workers' Comp Insurance audit (Chicago coverage). | 1.10 | 400.00 | 440.00 |
| 8/24/2010 | Robertson, Mark | Work on canceling TX Unemployment Tax account; communications w/ TX; work w/ D. Onesti to determine last day worked for only TX employee. ④ | 0.90 | 400.00 | 360.00 -$120 |
| 8/24/2010 | Robertson, Mark | Work on resolving open issues w/ employee benefit programs; communications w/ D. Onesti to get last day worked for employees to remove from programs. | 1.00 | 400.00 | 400.00 |
| 8/25/2010 | Blood, Bryan | Review, analyze and inventory historical accounting and HR records. Determine if records can be destroyed or need to be kept. | 3.25 | 228.00 | 741.00 |
| 8/25/2010 | Blood, Bryan | Review, analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 8/25/2010 | Blood, Bryan | Review and analyze AP aging report to more accurately reflect current payable balances. | 1.50 | 228.00 | 342.00 |
| 8/26/2010 | Blood, Bryan | Review, analyze and inventory historical accounting and HR records. Determine if records can be destroyed or need to be kept. | 3.25 | 228.00 | 741.00 |
| 8/26/2010 | Blood, Bryan | Review, analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.50 | 228.00 | 342.00 |
| 8/26/2010 | Blood, Bryan | Conference call and tour regarding IT proposal of moving and storing accounting records. ④ | 1.25 | 228.00 | 285.00  $285 |
| 8/26/2010 | Robertson, Mark | Work on plan to have JDE and computer files available to estate. | 0.50 | 400.00 | 200.00 |
| 8/27/2010 | Blood, Bryan | Review, analyze and inventory historical accounting and HR records. Determine if records can be destroyed or need to be kept. | 3.50 | 228.00 | 798.00 |
| 8/27/2010 | Blood, Bryan | Review, analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.50 | 228.00 | 342.00 |
| 8/27/2010 | Robertson, Mark | Work on a plan to relocate remaining SK staff and provide IT equipment (Ideal purchased all furniture, fixtures and equipment). | 1.00 | 400.00 | 400.00 |
| 8/30/2010 | Blood, Bryan | Review, analyze and approve all disbursements in accordance with DIP. Review, analyze and approve all purchases in accordance with DIP. | 1.25 | 228.00 | 285.00 |
| 8/30/2010 | Blood, Bryan | Review, analyze and inventory historical accounting and HR records. Determine if records can be destroyed or need to be kept. | 3.25 | 228.00 | 741.00 |
| 8/30/2010 | Blood, Bryan | Review and analyze DIP forecast v actual. | 3.50 | 228.00 | 798.00 |

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--Business Operations/Accounting

| Date | Professional | Narrative | Hours | Rate | Total | |
|---|---|---|---|---|---|---|
| 9/8/2010 | Robertson, Mark | QC review of DIP forecast v. actual to verify accuracy of schedules. | 0.50 | 400.00 | 200.00 | |
| 9/8/2010 | Robertson, Mark | Review and approve disbursements. | 0.25 | 400.00 | 100.00 | |
| 9/9/2010 | Blood, Bryan | Review and analyze daily mail. Review and analyze invoices received. Issue checks for payment. | 2.50 | 251.00 | 627.50 | |
| 9/9/2010 | Jackson, Renee | Prepare and ship package to KPRG and Associates re: OH waste removal. | 0.25 | 113.00 | 28.25 | |
| 9/9/2010 | Robertson, Mark | Issue DIP forecast v. actual report to parties. | 0.25 | 400.00 | 100.00 | |
| 9/9/2010 | Robertson, Mark | Attend to inquiries from former employees regarding pension and 401k matters; return phone calls to answer questions on processing. (4) | 2.25 | 400.00 | 900.00 | -$450 |
| 9/9/2010 | Robertson, Mark | Communications w/ L. O'Connell regarding 401k matters and status of IRS audit. | 0.50 | 400.00 | 200.00 | |
| 9/10/2010 | Blood, Bryan | Review and analyze daily mail. Review and analyze invoices received. Issue checks and wires as needed. Review and analyze daily borrowing process and procedures. (7) | 3.25 | 251.00 | 815.75 | -$8158 |
| 9/10/2010 | Blood, Bryan | Review, analyze and inventory historical accounting and HR records. | 2.25 | 251.00 | 564.75 | |
| 9/10/2010 | Robertson, Mark | Work on marshalling of documents and files for storage by the estate. | 2.50 | 400.00 | 1,000.00 | |
| 9/13/2010 | Blood, Bryan | Review and analyze daily mail. Review and analyze invoices received. Issue checks as needed. Review and analyze daily borrowing. (7) | 2.75 | 251.00 | 690.25 | -$69.03 |
| 9/13/2010 | Blood, Bryan | Review and analyze DIP forecast v actual. | 1.25 | 251.00 | 313.75 | |
| 9/13/2010 | Blood, Bryan | Review, analyze and inventory historical accounting and HR records. | 2.25 | 251.00 | 564.75 | |
| 9/13/2010 | Blood, Bryan | Review and analyze cost and time to close and board OH facility in accordance with EPA. | 1.25 | 251.00 | 313.75 | |
| 9/13/2010 | Robertson, Mark | Work w/ Mesirow re: Ceridian Flex Spending Account to get provider to release funds to employees based on claims. | 0.75 | 400.00 | 300.00 | |
| 9/13/2010 | Robertson, Mark | Finalize IT lease and service agreement w/ IT Solutions Group d/b/a Availability Solutions; circulate to Counsel for purposes of filing motion. | 0.50 | 400.00 | 200.00 | |
| 9/13/2010 | Robertson, Mark | Summarize D&O/EPLI/Fiduciary insurance issues and pending lapse of period to extend reporting and coverage; provide to Counsel. | 1.00 | 400.00 | 400.00 | |
| 9/13/2010 | Robertson, Mark | Work w/ Mesirow re: 2010 Chicago Workers' Comp policy revision to reduce premium exposure. | 0.50 | 400.00 | 200.00 | |
| 9/14/2010 | Blood, Bryan | Review and analyze all mail including invoices received. Review and analyze disbursements in accordance with DIP. Perform daily borrowing. | 2.25 | 251.00 | 564.75 | |
| 9/14/2010 | Blood, Bryan | Review and analyze DIP forecast v. actual. | 2.50 | 251.00 | 627.50 | |
| 9/14/2010 | Blood, Bryan | Review, analyze and inventory historical accounting and HR records. | 2.25 | 251.00 | 564.75 | |
| 9/15/2010 | Blood, Bryan | Review and analyze all mail. Review and analyze invoices received and disburse funds as necessary. Perform daily borrowing. | 2.25 | 251.00 | 564.75 | |
| 9/15/2010 | Blood, Bryan | Review, analyze and inventory historical accounting and HR documents. | 2.50 | 251.00 | 627.50 | |
| 9/15/2010 | Blood, Bryan | Meeting with employee regarding termination and process moving forward. | 0.50 | 251.00 | 125.50 | |
| 9/15/2010 | Blood, Bryan | Meeting with security regarding new schedule and weekly payment. | 0.50 | 251.00 | 125.50 | |

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--Business Operations/Accounting

| Date | Professional | Narrative | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/27/2010 | Blood, Bryan | Review all offices and desks looking for accounting and HR documents. Isolate documents that need to be kept and which ones can be destroyed. | 2.75 | 251.00 | 690.25 |
| 9/27/2010 | Robertson, Mark | Meeting and site tour w/ KPRG and PSC in order to finalize waste removal and address prior issues w/ rejected waste. | 2.50 | 400.00 | 1,000.00 |
| 9/27/2010 | Robertson, Mark | Review and analysis of files and documents in OH facility to segregate files to be sent to Chicago for storage by estate. | 1.50 | 400.00 | 600.00 |
| 9/27/2010 | Robertson, Mark | Work w/ K. Etzler to understand the condition of the building and determine what needs to be done to secure the property. | 0.50 | 400.00 | 200.00 |
| 9/27/2010 | Robertson, Mark | Tour OH facility w/ V. Schultz of Colliers as possible listing broker. | 0.50 | 400.00 | 200.00 |
| 9/28/2010 | Blood, Bryan | Plant tour with Environmental Consultants regarding environmental clean-up isolating what needs to be cleaned and disposed of. | 1.75 | 251.00 | 439.25 |
| 9/28/2010 | Blood, Bryan | Plant tour with environmental clean-up group specifically identifying items that need to be cleaned and disposed of. | 2.50 | 251.00 | 627.50 |
| 9/28/2010 | Blood, Bryan | Meeting with remaining employee on job duties, including boxing and inventorying accounting and HR records and overseeing environmental clean-up | 1.25 | 251.00 | 313.75 |
| 9/28/2010 | Robertson, Mark | Work on marshalling of documents and files located in OH for storage by the estate. | 3.50 | 400.00 | 1,400.00 |
| 9/28/2010 | Robertson, Mark | Work w/ K. Etzler on plan to shutdown plant after Ideal moves out. | 1.50 | 400.00 | 600.00 |
| 9/28/2010 | Robertson, Mark | Ongoing work to finalize waste removal plan. | 2.00 | 400.00 | 800.00 |
| 9/29/2010 | Blood, Bryan | Review and analyze all cleared disbursements in accordance with DIP. Perform daily borrowing. Issue checks for necessary disbursements including payroll and utilities. ⑦ | 2.75 | 251.00 | 690.25  -$69.03 |
| 9/29/2010 | Blood, Bryan | Review and analyze week ending 9/24 forecast v actual. | 1.50 | 251.00 | 376.50 |
| 9/29/2010 | Robertson, Mark | Work on IT issues in order to respond to Committee document production request; work w/ Availability Solutions; communications w/ Ideal on options to get files. | 1.25 | 400.00 | 500.00 |
| 9/30/2010 | Blood, Bryan | Review and analyze all cleared disbursements in accordance with DIP. Perform daily borrowing. | 1.75 | 251.00 | 439.25 |
| 9/30/2010 | Robertson, Mark | Coordinate funding due to DIP expiration. | 0.50 | 400.00 | 200.00 |
| 9/30/2010 | Robertson, Mark | Follow-up on 401k matters and form 5500 requirements. | 0.75 | 400.00 | 300.00 |
| 10/1/2010 | Blood, Bryan | Review and analyze all mail received for past week. Review, analyze and pay necessary invoices. Issue disbursements and perform daily borrowing. | 2.25 | 251.00 | 564.75 |
| 10/1/2010 | Blood, Bryan | Meeting and tour with security and maintenance employee regarding necessary job duties going forward as Blackman will not be on-site on a daily basis. | 1.25 | 251.00 | 313.75 |
| 10/1/2010 | Blood, Bryan | Review, analyze and inventory accounting and HR documents. | 2.25 | 251.00 | 564.75 |
| 10/1/2010 | Robertson, Mark | Work on OH waste removal project; communications w/ PSC re: status; review status w/ KPRG. | 0.50 | 400.00 | 200.00 |

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--Disposition of Assets

| Date | Professional | Narrative | Hours | Rate | Total |
|---|---|---|---|---|---|
| 6/29/2010 | Blood, Bryan | Inventory - review and analyze inventory reports by SKU and sales requested by potential buyer. Conference call with potential buyer and CFO answering questions regarding inventory reports. | 1.75 | $ 228.00 | $ 399.00 |
| 6/29/2010 | Robertson, Mark | Work on responding to due diligence requests from Ideal Industries, Inc. | 3.50 | 400.00 | 1,400.00 |
| 6/30/2010 | Robertson, Mark | Work on due diligence requests from Ideal Industries. | 1.50 | 400.00 | 600.00 |
| 6/30/2010 | Robertson, Mark | Attend to communications from parties interested in conducting due diligence in order to participate in the 363 auction (Hayden Industrial Products; ). | 0.50 | 400.00 | 200.00 |
| 7/1/2010 | Blood, Bryan | Research and obtain IT administrator passwords for servers, telephones, operating systems, etc. | 1.25 | 228.00 | 285.00 |
| 7/1/2010 | Blood, Bryan | Plant tour and meeting with Hayden Industrial Products. ④ | 1.75 | 228.00 | 399.00  -$195.50 |
| 7/1/2010 | Robertson, Mark | Schedule possible buyer tours; attend to possible buyer inquiries (Hayden Industrial Products; H.I.G. Capital/Bayside Capital Opportunity Fund). | 2.00 | 400.00 | 800.00 |
| 7/1/2010 | Robertson, Mark | Complete documents necessary for sale process (consents, etc.) | 0.50 | 400.00 | 200.00 |
| 7/2/2010 | Blood, Bryan | Review and analyze M&E APA schedules. Update M&E schedules. | 0.75 | 228.00 | 171.00 |
| 7/2/2010 | Blood, Bryan | Communications with potential buyer regarding information requested (Channellock). | 0.25 | 228.00 | 57.00 |
| 7/2/2010 | Robertson, Mark | Communications w/ potential buyer re: process and overview of case; communication w/ S. Donlin re: follow-up (Metal Works). | 0.75 | 400.00 | 300.00 |
| 7/2/2010 | Robertson, Mark | Analysis of current A/R aging report and Inventory report; review of borrowing base calculations; provide information to GCP pursuant to Hilco requests (possible buyer). | 1.25 | 400.00 | 500.00 |
| 7/2/2010 | Robertson, Mark | Research and respond to due diligence requests from Ideal Industries, Universal Acquisition Corporation and Metal Works. ⑦ | 4.25 | 400.00 | 1,700.00  -$170 |
| 7/2/2010 | Robertson, Mark | Work w/ C. Rusnak and GCP re: list of possible buyers who have not been contacted recently; communication of list to GCP and Counsel. | 0.25 | 400.00 | 100.00 |
| 7/6/2010 | Blood, Bryan | Meeting with potential buyers and communications with potential buyers regarding scheduling on-site visits. | 0.75 | 228.00 | 171.00 |
| 7/6/2010 | Blood, Bryan | Conference call with potential buyers regarding Company's warranty process and inventory. | 0.75 | 228.00 | 171.00 |
| 7/6/2010 | Robertson, Mark | Coordinate Ideal Industries on-site due diligence and research and respond to information requests. Review of accounting information for completeness prior to release in response to due diligence requests. | 0.75 | 400.00 | 300.00 |
| 7/6/2010 | Wiedenhoeft, Brian | Status update on case and work on plan to assist with due diligence requests. | 0.50 | 375.00 | 187.50 |
| 7/7/2010 | Blood, Bryan | Communications with potential buyers regarding scheduling on-site visits, meetings with employees and answer questions regarding Company. | 1.25 | 228.00 | 285.00 |
| 7/7/2010 | Blood, Bryan | Review and analyze documents obtained related to IT process flow for accounting system, including AR and AP, requested by potential buyers. Coordinate the scanning of paper documents to make available to potential buyers. | 1.25 | 228.00 | 285.00 |

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--Disposition of Assets

| Date | Professional | Narrative | Hours | Rate | Total | |
|---|---|---|---|---|---|---|
| 7/7/2010 | Blood, Bryan | Communications with insurance company to obtain certificate of insurance. | 0.25 | 228.00 | 57.00 | |
| 7/7/2010 | Robertson, Mark | Respond to ongoing potential buyer due diligence requests; work w/ B. Blood on how to explain missing information. | 1.00 | 400.00 | 400.00 | |
| 7/7/2010 | Wiedenhoeft, Brian | Work on due diligence requests from Ideal Industries. | 0.25 | 375.00 | 93.75 | |
| 7/8/2010 | Blood, Bryan | Review and analyze documents requested by potential buyers while on-site. Communications with potential buyers regarding documents. Provide copies of documents to investment banker. | 1.25 | 228.00 | 285.00 | |
| 7/8/2010 | Blood, Bryan | Conference call with potential buyers regarding questions on previous information received. | 0.75 | 228.00 | 171.00 | |
| 7/8/2010 | Blood, Bryan | Plant tour and meeting with potential buyer. ④ | 1.25 | 228.00 | 285.00 | -$142.50 |
| 7/8/2010 | Jackson, Renee | Scan/copy documents to respond to due diligence requests from Ideal Industries and other potential buyers; send scans to GCP to post to data room. | 1.00 | 113.00 | 113.00 | |
| 7/12/2010 | Blood, Bryan | Conference call with potential buyer regarding scheduling on-site visit and meetings with employees. Answer questions regarding Company, AR, inventory, M&E, etc. | 0.75 | 228.00 | 171.00 | |
| 7/15/2010 | Blood, Bryan | Communications with WBCC regarding searching for real estate broker to market and sell SK real estate. | 0.25 | 228.00 | 57.00 | |
| 7/15/2010 | Blood, Bryan | Review and analyze document requests from potential buyers including sales by customer and product line and IT server requests. | 1.50 | 228.00 | 342.00 | |
| 7/15/2010 | Blood, Bryan | Communications with real estate appraiser regarding marketing and selling of SK real estate | 0.25 | 228.00 | 57.00 | |
| 7/19/2010 | Blood, Bryan | Review and analyze potential buyer requests. Schedule on-site visits. | 1.25 | 228.00 | 285.00 | |
| 7/19/2010 | Robertson, Mark | Research and respond to buyer due diligence inquiries (Ideal Industries). | 2.50 | 400.00 | 1,000.00 | |
| 7/20/2010 | Blood, Bryan | Review and analyze potential buyer document requests. Communications with potential buyers regarding scheduling site visits and document requests | 0.75 | 228.00 | 171.00 | |
| 7/20/2010 | Robertson, Mark | Research and respond to buyer due diligence inquiries (Ideal Industries & Grupo Urrea). | 1.50 | 400.00 | 600.00 | |
| 7/20/2010 | Wiedenhoeft, Brian | Assist in responding to due diligence requests from Ideal Industries. | 0.25 | 375.00 | 93.75 | |
| 7/21/2010 | Blood, Bryan | Meeting with potential buyer regarding Company and answering questions (Grupo Urrea). | 0.75 | 228.00 | 171.00 | |
| 7/21/2010 | Robertson, Mark | Respond to buyer due diligence inquiries (Ideal Industries & Grupo Urrea). | 3.75 | 400.00 | 1,500.00 | |
| 7/22/2010 | Robertson, Mark | Research and respond to buyer due diligence requests (Ideal Industries & Grupo Urrea). | 4.25 | 400.00 | 1,700.00 | |
| 7/23/2010 | Robertson, Mark | Research and respond to buyer due diligence requests (Ideal Industries & Grupo Urrea). | 5.25 | 400.00 | 2,100.00 | |
| 7/26/2010 | Robertson, Mark | Work on buyer due diligence requests; site tours; research buyer questions (Mohawk Industries). ⑦ | 2.50 | 400.00 | 1,000.00 | -$100 |
| 7/27/2010 | Blood, Bryan | Conference call with potential real estate broker regarding Chicago real estate and the sale and marketing of real estate. | 0.75 | 228.00 | 171.00 | |

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--Disposition of Assets

| Date | Professional | Narrative | Hours | Rate | Total | |
|---|---|---|---|---|---|---|
| 7/27/2010 | Blood, Bryan | Conference call with potential real estate broker regarding the sale and marketing of OH real estate. Review and analyze documentation regarding OH real estate including appraisal and environmental issues. | 2.25 | 228.00 | 513.00 | |
| 7/27/2010 | Blood, Bryan | Review and analyze documents requested by potential buyers not already included in data room. | 1.75 | 228.00 | 399.00 | |
| 7/27/2010 | Robertson, Mark | Work on buyer due diligence requests; site tours; research buyer questions (Ideal Industries, Inc.; Grupo Urrea; Mohawk). (7) | 3.75 | 400.00 | 1,500.00 | -$150 |
| 7/28/2010 | Robertson, Mark | Work on buyer due diligence requests; site tours; research buyer questions (7) | 4.25 | 400.00 | 1,700.00 | -$170 |
| 7/29/2010 | Robertson, Mark | Work on buyer due diligence requests; research buyer questions (Ideal Industries & Grupo Urrea). | 1.50 | 400.00 | 600.00 | |
| 7/30/2010 | Robertson, Mark | Prepare for and attend auction process; follow-up on matters post auction; communications with key SK employees re: results of auction. (7) | 4.50 | 400.00 | 1,800.00 | -$180 |
| 8/2/2010 | Robertson, Mark | Review and analysis of objection to sale and DIP filed by Official Committee of Unsecured Creditors. | 0.75 | 400.00 | 300.00 | |
| 8/2/2010 | Robertson, Mark | Work on matters regarding SK and MCC good standing in Ohio; locate and research tax returns in SK's files; work w/ D. Onesti to determine prior payments made to the State of Ohio; communications w/ Counsel regarding same. (7) | 3.20 | 400.00 | 1,280.00 | -$128 |
| 8/2/2010 | Robertson, Mark | Work on due diligence requests from Ideal Industries. | 0.50 | 400.00 | 200.00 | |
| 8/3/2010 | Robertson, Mark | Review and analysis of PBGC's Limited Response to Debtor's sale motion; research certain claims made by PBGC | 0.75 | 400.00 | 300.00 | |
| 8/3/2010 | Robertson, Mark | Work on matters regarding SK and MCC good standing in Delaware; locate and research tax returns in SK's files; work w/ D. Onesti to determine if prior payments were made to DE; communications w/ Counsel regarding same. | 1.20 | 400.00 | 480.00 | |
| 8/3/2010 | Robertson, Mark | Respond to due diligence requests from Ideal Industries. | 0.75 | 400.00 | 300.00 | |
| 8/4/2010 | Robertson, Mark | Respond to due diligence/integration planning requests from Ideal Industries. | 1.50 | 400.00 | 600.00 | |
| 8/5/2010 | Robertson, Mark | Respond to integration planning requests from Ideal Industries; communications w/ Webster re: same. | 0.75 | 400.00 | 300.00 | |
| 8/6/2010 | Robertson, Mark | Work on matters to get Ideal sale closed (Oracle contract issues; due diligence requests; good standing issue in OH and DE). | 1.50 | 400.00 | 600.00 | |
| 8/6/2010 | Robertson, Mark | Communications w/ parties regarding possible real estate offer from Hilco. | 0.50 | 400.00 | 200.00 | |
| 8/9/2010 | Blood, Bryan | Conference call regarding Company's unpaid taxes and poor standing in certain states and how to resolve issues. | 0.75 | 228.00 | 171.00 | |
| 8/9/2010 | Robertson, Mark | Continued work on OH and DE good standing issue; research SK records in order to quantify exposure. | 2.25 | 400.00 | 900.00 | |
| 8/9/2010 | Robertson, Mark | Review and sign 1st Amendment to APA. | 0.25 | 400.00 | 100.00 | |
| 8/9/2010 | Robertson, Mark | Respond to integration planning requests from Ideal Industries. | 0.50 | 400.00 | 200.00 | |
| 8/10/2010 | Robertson, Mark | Finalize estimate of taxes and fees due to OH and DE; arrange wire to Much Shelist to pay costs. | 0.50 | 400.00 | 200.00 | |

SK Hand Tool Corporation
Blackman Kallick LLP
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010
Detail--Disposition of Assets

| Date | Professional | Narrative | Hours | Rate | Total | |
|---|---|---|---|---|---|---|
| 8/24/2010 | Robertson, Mark | Respond to requests from Ideal for additional information and coordination of site visits by Weaver Boos Consultants to document property condition for Ideal. | 0.75 | 400.00 | 300.00 | |
| 8/24/2010 | Robertson, Mark | Work to change name of SK Hand Tool Corp post close (Ideal purchased SK name). | 0.50 | 400.00 | 200.00 | |
| 8/25/2010 | Jackson, Renee | Deliver package to Pamela M. Belyn at Much Shelist. | 0.50 | 113.00 | 56.50 | |
| 8/25/2010 | Robertson, Mark | Work on final documents, signatures and respond to Counsel questions re: final APA and TSA for closing (closing today). ⑦ | 3.50 | 400.00 | 1,400.00 | -$140 |
| 8/25/2010 | Robertson, Mark | Coordination w/ Ideal re: turnover of assets and transition plan while both the estate and Ideal are in the building; coordinate IT backups with SK staff; review needs of estate going forward and communicate to Ideal. ⑦ | 3.00 | 400.00 | 1,200.00 | $120 |
| 8/27/2010 | Blood, Bryan | Conference call regarding sale of real estate. ④ | 1.25 | 228.00 | 285.00 | -$285 |
| 8/27/2010 | Robertson, Mark | Review documents, sign and return to Counsel re: return of Gruppo Urea escrow funds. | 0.50 | 400.00 | 200.00 | |
| 8/27/2010 | Robertson, Mark | Prepare for and attend call w/ Counsel, WBCC, WBCC Counsel and V. Schultz, Colliers re: Chicago real estate listing. | 1.00 | 400.00 | 400.00 | |
| 8/27/2010 | Robertson, Mark | Review and analysis of motion to hire real estate broker; provide comments to Counsel. | 0.75 | 400.00 | 300.00 | |
| 9/1/2010 | Robertson, Mark | Work w/ Ideal re: IT transition plan for balance of week (equipment to be removed on Friday); coordinate final back up for estate of workstations. | 0.50 | 400.00 | 200.00 | |
| 9/1/2010 | Robertson, Mark | Work on matters regarding D&O insurance that lapsed on 8/25/10; review options and costs w/ Mesirow; confer w/ Counsel re: recommended course of action and request to fund premium. | 1.00 | 400.00 | 400.00 | |
| 9/3/2010 | Robertson, Mark | Communications w/ Ideal re: concerns regarding what estate A/R collections people are telling customers | 0.25 | 400.00 | 100.00 | |
| 9/3/2010 | Robertson, Mark | Locate and sign over vehicle titles to Ideal; provide copies to Counsel for file. | 0.75 | 400.00 | 300.00 | |
| 9/7/2010 | Blood, Bryan | Review and analyze AR aging report determining customers with collectible balances, write-offs or collections | 2.25 | 251.00 | 564.75 | |
| 9/7/2010 | Robertson, Mark | Respond to Ideal questions regarding combinations to safes and IT matters. | 0.50 | 400.00 | 200.00 | |
| 9/7/2010 | Robertson, Mark | Conference w/ Counsel regarding A/R collection actions; plan best course of action to maximize value; status update on other matters in case. | 0.75 | 400.00 | 300.00 | |
| 9/7/2010 | Robertson, Mark | Attend to matters regarding RE broker retention and auction process. | 0.25 | 400.00 | 100.00 | |
| 9/7/2010 | Robertson, Mark | Review and analysis of A/R in order to estimate net collections. | 2.50 | 400.00 | 1,000.00 | |
| 9/8/2010 | Robertson, Mark | Analysis of A/R collectibility and timeline. | 2.50 | 400.00 | 1,000.00 | |
| 9/8/2010 | Robertson, Mark | Negotiation w/ GAIC/Strat Comp re: 2009 Workers' Comp refund and GAIC/Strat comp claims. | 0.75 | 400.00 | 300.00 | |
| 9/9/2010 | Blood, Bryan | Conference call regarding disposing of real estate and hiring of IT consultants to set up server to access records. ④ | 1.25 | 251.00 | 313.75 | -$313.75 |
| 9/9/2010 | Blood, Bryan | Review and analyze AR aging report for collections | 0.50 | 251.00 | 125.50 | |

SK Hand Tool Corporation  
Blackman Kallick LLP  
Billing Hours/Rates for Services Rendered June 29, 2010 through October 31, 2010  
Detail--Disposition of Assets

| Date | Professional | Narrative | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/9/2010 | Robertson, Mark | Prepare for and attend call w/ Counsel, WBCC, WBCC Counsel and V. Schultz, Colliers re: Chicago real estate sale process. | 1.00 | 400.00 | 400.00 |
| 9/9/2010 | Robertson, Mark | Work on settlement proposal w/ GAIC/Strag Comp re: 2009 Workers' Comp Insurance refund due. | 1.25 | 400.00 | 500.00 |
| 9/13/2010 | Robertson, Mark | Review and analysis of reserve price recommended by Colliers for Chicago RE. | 0.50 | 400.00 | 200.00 |
| 9/13/2010 | Robertson, Mark | Attend to matters regarding asset turnover to Ideal (computers Ideal was loaning to estate). | 0.25 | 400.00 | 100.00 |
| 9/17/2010 | Robertson, Mark | Communication w/ Foresite Realty regarding SK's plan to hire Colliers. | 0.25 | 400.00 | 100.00 |
| 9/17/2010 | Robertson, Mark | Review and analysis of draft settlement agreement w/ GAIC/Strat Comp. | 0.75 | 400.00 | 300.00 |
| 9/20/2010 | Robertson, Mark | Work on real estate listing/marketing plan and ad buy proposal with Colliers. | 0.50 | 400.00 | 200.00 |
| 9/20/2010 | Robertson, Mark | Work w/ Ideal to obtain print outs of invoices and statements from JDE; communications w/ K. Thomas regarding need and sending SK staff to Ideal to print docs. | 0.50 | 400.00 | 200.00 |
| 9/22/2010 | Blood, Bryan | Meeting with buyer regarding services they want to keep and transfer. Cancel remaining services not needed anymore. | 1.50 | 251.00 | 376.50 |
| 9/27/2010 | Blood, Bryan | Plant tour with real estate broker regarding possibility of selling facility. | 1.25 | 251.00 | 313.75 |
| 9/29/2010 | Robertson, Mark | Review of V. Schultz memo and pictures regarding OH property; conference w/ Counsel re: same. | 0.50 | 400.00 | 200.00 |
| 10/1/2010 | Robertson, Mark | Work on possible asset sales re: propane tanks and diesel fuel tanks in OH. | 0.50 | 400.00 | 200.00 |
| 10/1/2010 | Robertson, Mark | Research information requested by Collliers re: Chicago real estate (site plan, survey, blueprints, etc.) | 0.75 | 400.00 | 300.00 |
| 10/5/2010 | Robertson, Mark | Work on possible asset sales re: propane tanks and diesel fuel tanks in OH; review and analysis of Counsel's research on ownership. | 0.75 | 400.00 | 300.00 |
| 10/5/2010 | Robertson, Mark | Work on OH tax issues re: good standing in OH as required by APA; research latest request from OH reps; communication to Counsel re: issues and questions with requests from OH rep. | 1.00 | 400.00 | 400.00 |
| 10/7/2010 | Parish, Jason | Work w/ M. Robertson regarding the status of the Ohio good standing; develop plan to obtain necessary info from OH IRS. | 0.25 | 235.00 | 58.75 |
| 10/7/2010 | Robertson, Mark | Work on OH tax issues re: good standing in OH as required by APA; review and analysis of notice of assessment sent by OH; meeting w/ J. Parish and D. Rood (SALT grp) re: how to get final numbers from OH | 0.75 | 400.00 | 300.00 |
| 10/8/2010 | Parish, Jason | Communications w/ the Ohio Department of Taxation to find SK Hand Tool's total liability and how to get in good standing. | 0.25 | 235.00 | 58.75 |
| 10/15/2010 | Robertson, Mark | Communications w/ Ideal re: plans to auction assets; requests for certificates of insurance; open issues re: plant maintenance. | 0.50 | 400.00 | 200.00 |
| 10/15/2010 | Robertson, Mark | Work on A/R collections matters; review accounts w/ K. Thomas; develop plan to pursue problem accounts. | 1.00 | 400.00 | 400.00 |
| 10/18/2010 | Robertson, Mark | Work on A/R collections/calls to problem customers; communications w/ Counsel re: collection actions/demand letters. ④ | 1.25 | 400.00 | 500.00 |

$166.67

**SK Hand Tool Corporation**
**Blackman Kallick LLP**
**Expenses for the Period June 29, 2010 through October 31, 2010**

| Date | Professional/Vendor | Description | Amount | | |
|---|---|---|---|---|---|
| 9/21/2010 | Robertson, Mark | Parking | 30.00 | | |
| 9/22/2010 | Blood, Bryan | Mileage | 5.00 | | |
| 9/22/2010 | Robertson, Mark | Mileage | 5.00 | | |
| 9/23/2010 | Robertson, Mark | Parking | 30.00 | | |
| 9/25/2010 | UPS | Mail/Overnight | 34.00 | | |
| 9/27/2010 | Robertson, Mark | Mileage | 108.68 | | |
| 9/27/2010 | Robertson, Mark | Tolls | 3.00 | | |
| 9/27/2010 | Robertson, Mark | Tolls | 8.50 | | |
| 9/27/2010 | Robertson, Mark | Tolls | 2.50 | | |
| 9/27/2010 | Robertson, Mark | Tolls | 3.75 | | |
| 9/27/2010 | Robertson, Mark | Meals--Blood & Robertson | 24.62 | (6) | -$24.62 |
| 9/27/2010 | Robertson, Mark | Meals--Blood & Robertson | 9.84 | (6) | -$9.84 |
| 9/27/2010 | Robertson, Mark | Meals--Blood & Robertson | 54.03 | (6) | -$54.03 |
| 9/28/2010 | Blood, Bryan | Hotel | 129.38 | | |
| 9/28/2010 | Robertson, Mark | Mileage | 108.68 | | |
| 9/28/2010 | Robertson, Mark | Tolls | 2.50 | | |
| 9/28/2010 | Robertson, Mark | Tolls | 8.50 | | |
| 9/28/2010 | Robertson, Mark | Tolls | 3.00 | | |
| 9/28/2010 | Robertson, Mark | Tolls | 3.75 | | |
| 9/28/2010 | Robertson, Mark | Meals--Blood & Robertson | 13.28 | | |
| 9/28/2010 | Robertson, Mark | Hotel | 129.38 | | |
| 9/29/2010 | Robertson, Mark | Parking | 30.00 | | |
| 10/1/2010 | Blood, Bryan | Mileage | 5.00 | | |
| 10/5/2010 | US Messenger | Messenger Service | 19.01 | | |
| 10/8/2010 | US Messenger | Messenger Service | 14.11 | | |
| 10/9/2010 | US Messenger | Messenger Service | 42.04 | | |
| 10/9/2010 | US Messenger | Messenger Service | 6.20 | | |
| 10/12/2010 | Robertson, Mark | Parking | 30.00 | | |
| 10/14/2010 | US Messenger | Messenger Service | 10.48 | | |
| 10/14/2010 | US Messenger | Messenger Service | 2.21 | | |
| 10/15/2010 | Blood, Bryan | Mileage | 5.00 | | |
| 10/15/2010 | Robertson, Mark | Parking | 13.00 | | |
| 10/18/2010 | Robertson, Mark | Parking | 30.00 | | |
| 10/25/2010 | US Messenger | Messenger Service | 7.20 | | |
| 10/26/2010 | Robertson, Mark | Parking | 30.00 | | |
| 10/27/2010 | Robertson, Mark | Parking | 30.00 | | |
| 10/29/2010 | Blood, Bryan | Mileage | 5.00 | | |
| **Expenses Total** | | | **$ 2,202.39** | | |