**FILED**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JAN -4 2011

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                             )
                                                   )
                                                   )   Case No. 10 B 28882
SK HAND TOOL CORPORATION,                          )
et al.                                             )
                                                   )
                                                   )   Chapter 11
            Debtors.                               )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO NEAL, GERBER & EISENBERG LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $17,712.50 | TOTAL COSTS REQUESTED: | $2,242.96 |
| TOTAL FEES REDUCED:   | $3,094.37  | TOTAL COSTS REDUCED:   | $128.54   |
| TOTAL FEES ALLOWED:   | $14,618.13 | TOTAL COSTS ALLOWED:   | $2,114.42 |

**TOTAL FEES AND COSTS ALLOWED: $16,732.55**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(2)     **Unreasonable Time**
         The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

         As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee,* 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

(4)     **Insufficient Description**
         The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone,* 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman,* 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

1

**(11)    Overhead Costs are Non-Compensable**
The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: January 4, 2011

Eugene R. Wedoff
United States Bankruptcy Judge

NEAL, GERBER & EISENBERG LLP
November 16, 2010
Invoice 175505

## EXPENSE SUMMARY

Statement No: 175505

For professional services rendered with regard to:

Re: Case Administration

## DISBURSEMENTS

| Date | Attorney | Description | Amount |
|---|---|---|---|
| Sep 3, 2010 | C. J. Troxel | Westlaw Research MAY, ANDREW G 7224182 – Research proper method for perfecting a security interest in a patent or trademark in the Seventh Circuit | 110.89  (11) −$110.89 |
| Oct 1, 2010 | M. A. Berkoff | LexisNexis Accurint Online Research 9/9/10 – research by CPH regarding current location of two former company executives | 17.65  (11) − $17.65 |
| Oct 5, 2010 | C. J. Troxel | Reproduction of Documents | 6.00 |
| Oct 6, 2010 | M. A. Berkoff | Service of Summons/Subpoena - It's Your Serve rush service on Cliff Rusnak and Claude Fuger | 170.00 |
| Oct 8, 2010 | M. A. Berkoff | Chicago Messenger Services Invoice Number: 544773 Invoice Date: 10/10/10 | 27.49 |
| Oct 21, 2010 | M. A. Berkoff | Filing Fee - CT Corporation System state lien searches for MCC Business Inc. and SK Hand Tool Corporation | 740.35 |
| Oct 27, 2010 | M. A. Berkoff | Conference Call Charge - C3 Conferencing, Inc. conference call charges per N. Miller 9/1 and 9/8/10 | 36.57 |

NEAL, GERBER & EISENBERG LLP
November 16, 2010
Invoice 175505

Statement No: 175505

For professional services rendered with regard to:

Re: Case Administration

| Date | TK | Description | Hours | Fees | |
|---|---|---|---|---|---|
| Oct 1, 2010 | MAB | Review e-mails. ④ | 0.10 | 64.50 | −$64.50 |
| Oct 1, 2010 | NMM | Conference with C. McManus regarding issues related to general case direction (.20). | 0.20 | 79.00 | |
| Oct 19, 2010 | MAB | Office conference with N. Miller regarding today's court, next steps and timing. | 0.10 | 64.50 | |
| Oct 19, 2010 | NTB | Circulate September invoice to Committee. | 0.20 | 48.00 | |
| Oct 21, 2010 | NTB | Docket review (.1) draft and send docketing request (.1). | 0.20 | 48.00 | |
| Oct 26, 2010 | NTB | Docket review (.1) draft and send docketing request (.1). | 0.20 | 48.00 | |
| Oct 28, 2010 | NTB | Docket review (.1) draft and send docketing request (.1). | 0.20 | 48.00 | |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 0.20 | 645.00 | $129.00 |
| N. M. Miller | 0.20 | 395.00 | $79.00 |
| N. Taylor Brody | 0.80 | 240.00 | $192.00 |

TOTAL HOURS    1.20

TOTAL FEES    $400.00

**TOTAL FEES**    $400.00

NEAL, GERBER & EISENBERG LLP
November 16, 2010
Invoice 175505

Statement No: 175505

For professional services rendered with regard to:

Re: Meetings

| Date | Timekeeper | Description | Hours | Amount | | Adjustment |
|---|---|---|---|---|---|---|
| Oct 4, 2010 | MAB | Office conference with N. Miller to discuss case status, talks with PBGC, Webster's claim, next steps and strategy. | 0.20 | 129.00 | | |
| Oct 4, 2010 | NMM | Conference with C. Hanson (PBGC) regarding case status (.10); prepare for PBGC call (.20); status call with PBGC (.40); schedule committee call (.10). | 0.80 | 316.00 | ④ | -$158 |
| Oct 11, 2010 | MAB | Office conference with N. Miller (.10) and prepare for Committee call (.10). Also, attend Committee call (.50). | 0.70 | 451.50 | ④ | -$387 |
| Oct 11, 2010 | NMM | Prepare for committee call (.30); committee call (.50). | 0.80 | 316.00 | ④ | -$197.50 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 0.90 | 645.00 | $580.50 |
| N. M. Miller | 1.60 | 395.00 | $632.00 |

TOTAL HOURS    2.50

TOTAL FEES    $1,212.50

**TOTAL FEES**    **$1,212.50**

**NEAL, GERBER & EISENBERG**LLP
November 16, 2010
Invoice 175505

Statement No: 175505

For professional services rendered with regard to:

Re:   Automatic Stay/Adequate Protection

| Date | Tkpr | Description | | Hours | Amount | |
|---|---|---|---|---|---|---|
| Oct 11, 2010 | NMM | Respond to creditor inquires (.20). | ④ | 0.20 | 79.00 | –$79 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| N. M. Miller | 0.20 | 395.00 | $79.00 |

TOTAL HOURS       0.20

TOTAL FEES                                                    $79.00

                          **TOTAL FEES**        **$79.00**

NEAL, GERBER & EISENBERG LLP
November 16, 2010
Invoice 175505

Statement No: 175505

For professional services rendered with regard to:

Re: <u>Court Hearings</u>

| Date | TK | Description | Hours | Amount | Adj |
|---|---|---|---|---|---|
| Oct 1, 2010 | NMM | Conference with A. Guon and court regarding status hearing on 10/5 (.20). | 0.20 | 79.00 | |
| Oct 5, 2010 | NMM | Attend hearing (.30). ④ | 0.30 | 118.50 | −$118.50 |
| Oct 19, 2010 | NMM | Attend hearing (.30). ④ | 0.30 | 118.50 | −$118.50 |
| Oct 26, 2010 | NMM | Attend hearing (.40). ④ | 0.40 | 158.00 | −$158.00 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| N. M. Miller | 1.20 | 395.00 | $474.00 |

TOTAL HOURS                1.20

TOTAL FEES                                  $474.00

**TOTAL FEES**                              **$474.00**

NEAL, GERBER & EISENBERG LLP
November 16, 2010
Invoice 175505

Statement No: 175505

For professional services rendered with regard to:

Re: <u>Insurance</u>

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| Oct 4, 2010 | NMM | Conference with A. Elbert regarding insurance and claims preservation issues (.20). | 0.20 | 79.00 |
| Oct 5, 2010 | ARE | Work on drafting demand letter. Discuss same with N. Miller. | 1.50 | 787.50 |
| Oct 5, 2010 | NMM | Conference with A. Elbert regarding claim preservation letter (.10); review and comment on same, and coordinate execution and delivery (.20). | 0.30 | 118.50 |
| Oct 6, 2010 | ARE | E-mails with Nick Miller regarding SK Hand Tool call. | 0.30 | 157.50 |
| Oct 6, 2010 | NMM | Attention to insurance issues (.20). | 0.20 | 79.00 |
| Oct 7, 2010 | ARE | Further work on letter and e-mails with N. Miller regarding same. ④ | 0.40 | 210.00 — $210 |
| Oct 7, 2010 | NMM | Conference with A. Elbert regarding insurance issues (.20); coordinate claims letter (.10). | 0.30 | 118.50 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| A.R. Elbert | 2.20 | 525.00 | $1,155.00 |
| N. M. Miller | 1.00 | 395.00 | $395.00 |

TOTAL HOURS         3.20

TOTAL FEES                                                                                  $1,550.00

                                        **TOTAL FEES**            $1,550.00

NEAL, GERBER & EISENBERG LLP
December 6, 2010
Invoice 176236

Statement No: 176236

For professional services rendered with regard to:

Re:   Case Administration

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| Nov 3, 2010 | NTB | Conference with N. Miller regarding fee application (.10); conference regarding service parties (.20). | 0.30 | 72.00  — $48 ④ |
| Nov 4, 2010 | NMM | Review and revise motion to convert (1.80); conference with M. Berkoff regarding same (.20); review documents supporting conversion motion (.30); call with UST regarding same (.10). | 2.40 | 948.00 |
| Nov 5, 2010 | NMM | Review and revise, and coordinate filing of, conversion motion (.30). | 0.30 | 118.50 |
| Nov 5, 2010 | KJA | Delivered courtesy copies to judge's chambers for N. Miller. | 0.40 | 36.00 |
| Nov 9, 2010 | NTB | Call to clerk regarding notice (.20); e-mail to M. Berkoff regarding same (.10); revise notice (.10). | 0.40 | 96.00 |
| Nov 10, 2010 | NTB | Revise notice (.20); e-file amended notice (.20); coordinate service of same (.20); docket review (.10) draft and send docketing request (.10). | 0.80 | 192.00 |
| Nov 16, 2010 | NTB | Obtain copies of motion to convert for N. Miller and M. Berkoff. | 0.20 | 48.00 |
| Nov 17, 2010 | NTB | Draft letter to committee enclosing October invoice. | 0.20 | 48.00 |
| Nov 18, 2010 | MAB | Office conference with N. Miller on status and strategy. | 0.10 | 64.50 |
| Nov 18, 2010 | NTB | Docket review (.10) draft and send docketing request (.10). | 0.20 | 48.00 |
| Nov 19, 2010 | NMM | Status memorandum to Committee (.30); call with C. Gulden (UST) | 0.50 | 197.50 |

NEAL, GERBER & EISENBERG LLP
December 6, 2010
Invoice 176236

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding conversion motion (.20). | | |
| Nov 22, 2010 | NMM | Conferences with C. Gulden and M. Berkoff regarding conversion issues (.20). | 0.20 | 79.00 |
| Nov 24, 2010 | MAB | Review Webster's response to NGE's fee application (.10); review Debtor's two motions to compromise account receivables (.10); review e-mail from Roseanne Matzat (.10). ④ | 0.30 | 193.50 —$64.50 |
| Nov 24, 2010 | NTB | Docket review (.10) draft and send docketing request (.10). | 0.20 | 48.00 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 0.40 | 645.00 | $258.00 |
| N. M. Miller | 3.40 | 395.00 | $1,343.00 |
| N. Taylor Brody | 2.30 | 240.00 | $552.00 |
| K. J. Augusta | 0.40 | 90.00 | $36.00 |

TOTAL HOURS        6.50

TOTAL FEES                                     $2,189.00

                        **TOTAL FEES**         **$2,189.00**

NEAL, GERBER & EISENBERG LLP
December 6, 2010
Invoice 176236

Statement No: 176236

For professional services rendered with regard to:

Re:  Meetings

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| Nov 22, 2010 | MAB | Review N. Miller e-mail to Committee; discuss same with N. Miller (.10); review monthly operating reports (.10). | 0.20 | 129.00 |

Handwritten: ④ −$64.50

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 0.20 | 645.00 | $129.00 |

TOTAL HOURS           0.20

TOTAL FEES                                              $129.00

                              **TOTAL FEES**           $129.00

NEAL, GERBER & EISENBERG LLP
December 6, 2010
Invoice 176236

Statement No: 176236

For professional services rendered with regard to:

Re: <u>Cash Collateral/DIP Financing/
Other Financing</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| Nov 3, 2010 | NMM | Conferences with R. Matzat and M. Berkoff regarding financing issues (.20). | 0.20 | 79.00 |
| Nov 8, 2010 | NMM | Review order regarding DIP financing (.10); conference with M. Berkoff regarding same (.10). | 0.20 | 79.00 |
| Nov 9, 2010 | NMM | E-mail to R. Matzat regarding DIP financing issues (.10). | 0.10 | 39.50 |
| Nov 10, 2010 | NMM | Conference with M. Berkoff regarding unsuccessful efforts to discus financing issues with Webster (.10). | 0.10 | 39.50 |
| Nov 11, 2010 | MAB | Office conference with N. Miller and exchange e-mails regarding carve out (.20). ④ | 0.20 | 129.00  −$64.50 |
| Nov 11, 2010 | NMM | Conference with A. Guon regarding financing issues (.20); e-mail M. Berkoff regarding same (.10). | 0.30 | 118.50 |
| Nov 12, 2010 | NMM | Conferences with A. Guon and M. Berkoff regarding carve out issues (.30); review fee statement and pre-bills for post-fee statement period, and calculate budget requested by Webster (.40); conferences with A. Guon regarding same (.30). | 1.00 | 395.00 |
| Nov 14, 2010 | NMM | Review and revise notice of filing of proposed committee budget (.80). | 0.80 | 316.00 |
| Nov 15, 2010 | NMM | Review and revise statement regarding budgeted fees and proposed carve out (.90). | 0.90 | 355.50 |

NEAL, GERBER & EISENBERG LLP
December 6, 2010
Invoice 176236

Statement No: 176236

For professional services rendered with regard to:

Re: <u>Court Hearings</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| Nov 8, 2010 | MAB | Office conference with N. Miller to de-brief on court appearance on Debtor's emergency motion for use of cash collateral. | 0.10 | 64.50 |
| Nov 8, 2010 | NMM | Prepare for and attend financing hearing (.70). | 0.70 | 276.50 |
| Nov 9, 2010 | NMM | Conference with M. Berkoff regarding 11/24 hearing (.10). | 0.10 | 39.50 |
| Nov 10, 2010 | MAB | Review notice and order regarding 11/24 hearing (.20); e-mails regarding amended notice of motion (.10); office conference with N. Miller regarding Bank's failure to talk after Judge Wedoff's admonition and e-mail regarding same (.10). | 0.40 | 258.00 |

④ -$64.50

| Nov 16, 2010 | MAB | Review and edit proposed statement to be filed in connection with financing hearing on 11/17; discuss same and approach with N. Miller (.50); review Webster's response and discuss with N. Miller (.60). Also, prepare for 11/17 Court (1.50). | 2.60 | 1,677.00 |
| Nov 17, 2010 | MAB | Attend hearing on Debtor's Emergency Financing Motion (.80); report to N. Miller (.10). | 0.90 | 580.50 |
| Nov 17, 2010 | NMM | Debrief with M. Berkoff regarding hearing (.10). | 0.10 | 39.50 |
| Nov 23, 2010 | MAB | Prepare for November 24 court. | 0.20 | 129.00 |
| Nov 24, 2010 | MAB | Court appearance on Committee's request to take 2004 exam of Webster (.70); follow up telephone | 1.00 | 645.00 |

NEAL, GERBER & EISENBERG LLP
December 6, 2010
Invoice 176236

Statement No: 176236

For professional services rendered with regard to:

Re: <u>Professional Retention/Fee Issues</u>

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| Nov 19, 2010 | NMM | Review Much Shelist fee application (.10); review Blackman Kallick fee application (.10); conference with M. Berkoff regarding same (.10). | 0.30 | 118.50 |
| Nov 30, 2010 | MAB | Attend hearing on professionals' fee applications; read Judge Wedoff's order and e-mails regarding same (.90). | 0.90 | 580.50 |

*[handwritten: ④  −$193.50]*

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 0.90 | 645.00 | $580.50 |
| N. M. Miller | 0.30 | 395.00 | $118.50 |

TOTAL HOURS         1.20

TOTAL FEES                                      $699.00

**TOTAL FEES**                              $699.00

NEAL, GERBER & EISENBERG LLP
December 6, 2010
Invoice 176236

Statement No: 176236

For professional services rendered with regard to:

Re: <u>Fee Application Preparation</u>

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| Nov 1, 2010 | NMM | Review and revise fee application (2.70); review Webster fee statement (.10). | 2.80 | 1,106.00 |
| Nov 1, 2010 | NTB | Conference with N. Miller regarding fee application (.10). | 0.10 | 24.00 |
| Nov 2, 2010 | NTB | Revise fee application (1.0); draft cover sheet and summary sheet (.40); draft order (.30). | 1.70 | 408.00 |
| Nov 5, 2010 | MAB | Review and edit NGE's First Interim Fee Application and exhibits; discuss same and service/notice issues with N. Miller. | 0.70 | 451.50 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 0.70 | 645.00 | $451.50 |
| N. M. Miller | 2.80 | 395.00 | $1,106.00 |
| N. Taylor Brody | 1.80 | 240.00 | $432.00 |

TOTAL HOURS                                5.30

TOTAL FEES                                                         $1,989.50

                              **TOTAL FEES**         **$1,989.50**

*[Handwritten annotation:]*
② Unreasonable Time for Fee App Prep.
5% of total fees Requested = $885.63
$1,989.50 − $885.63 = $1,103.87
Deducting $1,103.87