UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JAN -4 2011

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:              )
                    )
                    )    Case No. 10 B 28882
SK HAND TOOL CORPORATION,   )
et al.              )
                    )
                    )    Chapter 11
    Debtors.        )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C., DEBTOR'S COUNSEL, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $16,866.50 | TOTAL COSTS REQUESTED: | $3,409.69 |
| TOTAL FEES REDUCED: | $232.45 | TOTAL COSTS REDUCED: | $00.00 |
| TOTAL FEES ALLOWED: | $16,634.05 | TOTAL COSTS ALLOWED: | $3,409.69 |

**TOTAL FEES AND COSTS ALLOWED: $20,043.74**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4)    **Insufficient Description**
    The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)    **Lumping**
    The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: January 4, 2011

_____
Eugene R. Wedoff
United States Bankruptcy Judge

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: \*\*\*\*\*\*

Invoice Date: 12/01/2010

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0002**

10 - Disposition of Assets

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/10/10 | WMR | Telephone conferences and e-mail correspondence with V. Schultz, M. Robertson and C. McManus re: revised purchase offer, due diligence matters, timing of contract and sale; Review revised purchase offer. | 1.00 |
| 11/10/10 | CEM | Telephone conference with customer regarding demand letter and warranty claim. | 0.30 |
| 11/10/10 | CEM | Reviewed letter of intent for Chicago property (.30); reviewed Tribune ads regarding same (.20). | 0.50 |
| 11/10/10 | CEM | Telephone conference with W. Reutebuch and Blackman Kallick regarding letter of intent for Chicago property. | 0.30 |
| 11/10/10 | CEM | E-mails with Blackman Kallick regarding Webster's ordering a Phase 2 for Chicago site. | 0.10 |
| 11/11/10 | WMR | Telephone conferences and e-mail correspondence with C. McManus, M. Robertson, V. Schultz and R. Matzat re: LOI offer, contract and auction matters; Draft purchase and sale agreement with Englander Mattress. | 2.70 |
| 11/11/10 | CEM | Reviewed broker's and Webster's e-mails regarding letter of intent for Chicago property. | 0.40 |
| 11/11/10 | CEM | Began drafting sale procedures motion for Chicago real estate. | 0.80 |
| 11/11/10 | CEM | Telephone conference with customer regarding warranty claim for defective parts. | 0.10 |
| 11/12/10 | WMR | Draft purchase and sale agreement with Englander Mattress (.9); Telephone conferences and e-mail correspondence with C. McManus, V. Schultz, M. Robertson and R. Matzak re: contract and closing issues (1.6). | 2.50 |
| 11/12/10 | CEM | Reviewed/revised sale motion for Chicago real estate. | 0.50 |
| 11/12/10 | CEM | Reviewed changes to draft contract to sell Chicago property. | 0.50 |
| 11/12/10 | CEM | E-mails with Webster regarding contract to sell Chicago property. | 0.30 |

Handwritten annotation next to 11/11/10 WMR row: ⑦ -$90.45

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000   F 312.521.2100

FEIN 36-2757501



SK Hand Tool Corporation Chapter 11
c/o Claude Fuger
3535 W 47th St
Chicago, IL 60632

Invoice Number: ******

Invoice Date: 12/01/2010

Billing Attorney: **William N. Anspach**

Matter Number: **0008597.0002**

10 - Disposition of Assets

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/18/10 | WMR | Correspondence with V. Schultz and C. McManus re: status of contract review and execution. | 0.20 |
| 11/18/10 | CEM | Telephone conference with interested purchaser of Chicago site. ④ | 0.20  −$75 |
| 11/18/10 | CEM | E-mails with Blackman Kallick regarding thresholds for blanket settlement authority to request. | 0.30 |
| 11/19/10 | CEM | Prepared motion to settle one account receivable dispute and obtain blanket authority. | 0.80 |
| 11/19/10 | CEM | E-mails with Blackman Kallick regarding settlement authority motion. | 0.30 |
| 11/22/10 | WMR | Correspondence with C. McManus, V. Schultz, M. Robertson, J. Davis, R. Matzat and Chicago Title re: 363 Motion property sale contract and ALTA survey issues; Review property taxes and telephone conference with S. Johnson re: same; Draft Purchase and Sale Agreement to incorporate Buyer's comments. ⑦ | 2.00  −$67 |
| 11/22/10 | CEM | E-mails with Blackman Kallick and Webster regarding Chicago real estate contract and sale motion. | 0.40 |
| 11/22/10 | CEM | Reviewed and revised motion to sell Chicago real estate. | 0.40 |
| 11/22/10 | CEM | Telephone conference with Blackman Kallick and W. Reutebuch regarding buyer's changes to contract. | 0.10 |
| 11/22/10 | CEM | Worked on sale order for Chicago real estate. | 0.70 |
| 11/23/10 | WMR | Telephone conferences and e-mail correspondence with C. McManus, J. Davis and V. Schultz re: sale contract and Bankruptcy motion issues and timing. | 1.20 |
| 11/23/10 | CEM | Prepared sale notice and order approving bid procedures for Chicago site. | 0.80 |
| 11/23/10 | CEM | E-mails with Webster regarding proposed sale dates. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

Payment due within 30 days of invoice

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law