Summary of Cash Receipts and Cash Disbursements
for period ending February 4, 2011

Receipts:
  1. Receipts from operations                   $ 1,123,924.02
  2. Other Receipts (DIP Borrowings)        $   424,955.38

Disbursements:
  3. Net payroll
    a. Officers                                $      -
    b. Others                             $    26,040.23  (payable to 1099 contractors &
                                               staffing agency)

  4. Taxes
    a. Federal Income Taxes              $      -
    b. FICA withholdings                $      -
    c. Employee's withholdings        $      -
    d. Employer's FICA                 $      -
    e. Federal Unemployment Taxes     $     106.11
    f. State Income Tax                 $      -
    g. State Employee withholdings      $      -
    h. All other state taxes            $      -

  5. Necessary expenses
    a. Rent or mortgage payment(s)     $      -
    b. Utilities                           $    10,327.55
    c. Insurance                       $      -
    d. Merchandise bought for
        manufacture or sale            $      -
    e. Other necessary expenses
        Reorganization Fees          $     3,250.00
        Equipment Lease             $     2,000.00
        Attorney Fees                $    59,836.24
        Financial Advisor Fees        $   327,624.47
        Pension Contribution          $    11,373.00
        Real Estate Taxes            $   363,937.54
        Real Estate Commissions     $    31,570.60
        Real Estate Closing Costs     $     4,660.50
        Miscellaneous                $     2,268.27

  6. Other
    a. DIP Repayment               $ 1,123,824.02

Total Disbursements                 $ 1,966,818.53

Net Receipts (Disbursements) for the Current Period        $  (417,939.13)

Ending Balance in Chase Bank (Payroll)          $    6,202.45  (offset by o/s checks)
Ending Balance in Chase Bank (Depository)      $    1,000.00
Ending Balance in Chase Bank (CD) - Restricted Cash    $      -   Account Closed
Ending Balance in Chase Bank (Accounts Payable)    $      -   Account Closed
Ending Balance in Chase Bank (Escrow Account)     $   14,626.52
Ending Balance in Webster (Funding)             $      100.00
Ending Balance in Webster (Concentration)       $    5,059.00
Ending Balance in Webster (Accounts Payable)      $      -

Ending Balance in All Accounts               $   26,987.97

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**CASE NAME:  SK HAND TOOL CORPORATION**        **CASE NO.:  10 B 28882**

### RECEIPT LISTING

**FOR MONTH ENDING  February 4, 2011**

**Bank:**            Webster Bank

**Location:**        New York, New York

**Account Name:**    Funding Account

**Account No.:**     9508947

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|
| | See Schedule | |
| | **TOTAL:** | **$1,123,924.02** |

Receipts may be identified by major categories.  It is not necessary to list each transaction separately by name of customer or invoice number.  You must, however, create a separate list for each bank account to which receipts were deposited during the month.

**OPERATING REPORT**
**Page 2**

Receipt Listing for period ending February 4, 2011

Bank:              Webster Bank
Location:          New York, NY
Account Name:      Funding Account
Account No.:              9508947

| Date Received | Description | Amount |
|---|---|---|
| 1/4/2011 | A/R Collections | 7,291.00 |
| 1/10/2011 | A/R Collections | 7,650.18 |
| 1/10/2011 | A/R Collections | 6,281.87 |
| 1/13/2011 | Utility Refund | 14.37 |
| 1/18/2011 | A/R Collections | 670.59 |
| 1/20/2011 | A/R Collections | 7,712.00 |
| 1/21/2011 | A/R Collections | 1,305.36 |
| 1/24/2011 | A/R Collections | 691.19 |
| 1/28/2011 | A/R Collections | 184.37 |
| 1/31/2011 | A/R Collections | 10,022.52 |
| 1/31/2011 | Sale of Miscellaneous Scrap | 7,200.00 |
| 2/1/2011 | A/R Collections | 746.07 |
| 2/2/2011 | A/R Collections | 59,791.12 |
| 2/3/2011 | A/R Collections | 9,263.38 |
| 2/3/2011 | Real Estate Sale Proceeds | 870,000.00 |
| 2/3/2011 | Zurich Settlement Proceeds | 125,000.00 |
| 2/4/2011 | A/R Collections | 100.00 |
| 2/4/2011 | Sale of Miscellaneous Scrap | 10,000.00 |

Total   1,123,924.02

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: SK HAND TOOL                    CASE NO.:  10 B 28882
CORPORATION

RECEIPT LISTING

FOR MONTH ENDING  February 4, 2011

Bank:          Webster Bank

Location:      New York, New York

Account Name:  Concentration Account

Account No.:   9508934

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|
|  | See Schedule |  |
|  | **TOTAL:** | **$424,955.38** |

Receipts may be identified by major categories.  It is not necessary to list each transaction separately by name of customer or invoice number.  You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT
Page 3

Receipt Listing for period ending February 4, 2011

Bank:          Webster Bank
Location:      New York, NY
Account Name:  Concentration Account
Account No.:                9508934

| Date Received | Description | Amount |
| --- | --- | --- |
| 1/31/2011 | DIP Borrowing | 15,405.89 |
| 2/2/2011 | DIP Borrowing | 52,847.82 |
| 2/3/2011 | DIP Borrowing | 356,701.67 |
| 2/4/2011 | DIP Borrowing | - |
| | Total | 424,955.38 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**CASE NAME:  SK HAND TOOL**                    **CASE NO.:  10 B 28882**
**CORPORATION**

### RECEIPT LISTING

### FOR MONTH ENDING February 4, 2011

**Bank:**          JP Morgan Chase

**Location:**          Chicago, IL

**Account Name:**          Accounts Payable Account

**Account No.:**          4047435

**DATE RECEIVED**                **DESCRIPTION**                **AMOUNT**

                    Account Closed

                    **TOTAL:**                    **$0.00**

    Receipts may be identified by major categories.  It is not necessary to list each transaction separately by name of customer or invoice number.  You must, however, create a separate list for each bank account to which receipts were deposited during the month.

### OPERATING REPORT
### Page 4

Receipt Listing for period ending February 4, 2011

Bank:            JP Morgan Chase Bank
Location:        Chicago, IL
Account Name:    Accounts Payable Account
Account No.:                    4047435

Date Received   Description   Amount

Account Closed

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**CASE NAME:  SK HAND TOOL
CORPORATION**

**CASE NO.:  10 B 28882**

### RECEIPT LISTING

### FOR MONTH ENDING February 4, 2011

**Bank:**           JP Morgan Chase

**Location:**        Chicago, IL

**Account Name:**    Depository Account

**Account No.:**     4047478

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | See Attached Schedule | |
| **TOTAL:** | | **$828.91** |

Receipts may be identified by major categories.  It is not necessary to list each transaction separately by name of customer or invoice number.  You must, however, create a separate list for each bank account to which receipts were deposited during the month.

### OPERATING REPORT
### Page 5

Receipt Listing for period ending February 4, 2011

Bank:            JP Morgan Chase Bank
Location:        Chicago, IL
Account Name:    Depository Account
Account No.:                    4047478

| Date Received | Description | Amount |
|---|---|---|
| 1/13/2011 | Transfer from Webster to cover payroll taxes | 419.42 |
| 1/31/2011 | Transfer from Webster to cover unemployment taxes and bank fees | 409.49 |
| | Total | 828.91 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**CASE NAME:  SK HAND TOOL CORPORATION**                    **CASE NO.:  10 B 28882**

### RECEIPT LISTING

### FOR MONTH ENDING February 4, 2011

**Bank:**            JP Morgan Chase

**Location:**        Chicago, IL

**Account Name:**    Payroll Account

**Account No.:**     4047451

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | See Attached Schedule | |
| | **TOTAL:** | **$0.00** |

Receipts may be identified by major categories.  It is not necessary to list each transaction separately by name of customer or invoice number.  You must, however, create a separate list for each bank account to which receipts were deposited during the month.

**OPERATING REPORT**
**Page 6**

Receipt Listing for period ending February 4, 2011

Bank:            JP Morgan Chase Bank
Location:        Chicago, IL
Account Name:    Payroll Account
Account No.:                4047451

| Date Received | Description | Amount |
|---|---|---|
| | No Activity in Account | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**CASE NAME:  SK HAND TOOL
CORPORATION**

**CASE NO.:  10 B 28882**

## RECEIPT LISTING

### FOR MONTH ENDING February 4, 2011

**Bank:**               JP Morgan Chase

**Location:**           Chicago, IL

**Account Name:**       Escrow Account

**Account No.:**        4043816

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | See Attached Schedule | |
| | **TOTAL:** | **$44.13** |

Receipts may be identified by major categories.  It is not necessary to list each transaction separately by name of customer or invoice number.  You must, however, create a separate list for each bank account to which receipts were deposited during the month.

### OPERATING REPORT
### Page 7

Receipt Listing for period ending February 4, 2011

Bank:           JP Morgan Chase Bank
Location:       Chicago, IL
Account Name:   Escrow Account
Account No.:              4043816

| Date Received | Description | Amount |
|---|---|---|
| 2/2/2011 | Transfer from depository account to cover bank fees | 44.13 |
| | Total | 44.13 |

## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**CASE NAME: SK HAND TOOL CORPORATION**                **CASE NO.:  10 B 28882**

### DISBURSEMENT LISTING

### FOR MONTH ENDING <u>February 4, 2011</u>

**Bank:**               <u>Webster Bank</u>

**Location:**           <u>New York, New York</u>

**Account Name:**       <u>Funding Account</u>

**Account No.:**        <u>9508947</u>

| <u>DATE DISBURSED</u> | <u>CHECK NO.</u> | <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|---|---|---|---|
| | | See Attached Schedule | |

**TOTAL:**                    **$1,123,824.02**

You must create a separate list for each bank account from which disbursements were made during the month.

### OPERATING REPORT
**Page 8**

Disbursement Listing for month ending February 4, 2011

Bank:            Webster Bank
Location:        New York, NY
Account Name:    Funding Account
Account No.:          9508947

| Date Disbursed | Check No. | Description | Amount |
|---|---|---|---|
| 1/5/2011 | Wire | DIP Repayment | 7,291.00 |
| 1/10/2011 | Wire | DIP Repayment | 1,600.00 |
| 1/11/2011 | Wire | DIP Repayment | 12,332.05 |
| 1/14/2011 | Wire | DIP Repayment | 14.37 |
| 1/19/2011 | Wire | DIP Repayment | 670.59 |
| 1/21/2011 | Wire | DIP Repayment | 7,712.00 |
| 1/24/2011 | Wire | DIP Repayment | 1,305.36 |
| 1/25/2011 | Wire | DIP Repayment | 691.19 |
| 1/31/2011 | Wire | DIP Repayment | 9,968.78 |
| 2/1/2011 | Wire | DIP Repayment | 7,438.11 |
| 2/2/2011 | Wire | DIP Repayment | 28,537.19 |
| 2/3/2011 | Wire | DIP Repayment | 911,263.38 |
| 2/4/2011 | Wire | DIP Repayment | 125,000.00 |
| 2/4/2011 | Wire | DIP Repayment | 10,000.00 |

Total   1,123,824.02

**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**CASE NAME: SK HAND TOOL**
**CORPORATION**

**CASE NO.:  10 B 28882**

## DISBURSEMENT LISTING

### FOR MONTH ENDING <u>February 4, 2011</u>

**Bank:**              <u>Webster Bank</u>

**Location:**          <u>New York, New York</u>

**Account Name:**      <u>Concentration Account</u>

**Account No.:**       <u>9508934</u>

| <u>DATE DISBURSED</u> | <u>CHECK NO.</u> | <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|---|---|---|---|
| | | See Attached Schedule | |
| | **TOTAL:** | | **$842,994.51** |

You must create a separate list for each bank account from which disbursements were made during the month.

**OPERATING REPORT**
**Page 9**

Disbursement Listing for period ending February 4, 2011

Bank:            Webster Bank
Location:        New York, NY
Account Name:    Concentration Account
Account No.:            9508934

| Date Disbursed | Check No. | Vendor | Amount | Description |
|---|---|---|---|---|
| 1/5/2011 | 82031 | Werlor Waste Control | 856.32 | Utility |
| 1/5/2011 | 82032 | K&R Service | 750.00 | Utility |
| 1/14/2011 | 82034 | K&R Service | 750.00 | Utility |
| 1/18/2011 | 82035 | K&R Service | 750.00 | Utility |
| 1/18/2011 | Wire | Much Shelist | 15,568.74 | Attorney Fees |
| 1/18/2011 | 82036 | Kirk Etzler | 1,020.00 | 1099 Payroll |
| 1/27/2011 | 82037 | ProjecTemps | 12,430.83 | Payroll |
| 1/27/2011 | 82038 | Toledo Edison | 2,811.79 | Utility |
| 1/27/2011 | 82039 | Toledo Edison | 117.52 | Utility |
| 1/27/2011 | 82040 | Kirk Etzler | 2,550.00 | 1099 Payroll |
| 1/27/2011 | 82041 | Kirk Etzler | 30.00 | Expense Reimbursement |
| 1/27/2011 | 82042 | K&R Service | 350.00 | Utility |
| 1/31/2011 | 82043 | Werlor Waste Control | 373.16 | Utility |
| 1/31/2011 | 82044 | City of Defiance | 1,368.76 | Utility |
| 1/31/2011 | 82045 | US Trustee | 3,250.00 | Reorganization Fees |
| 1/31/2011 | 82046 | K&R Service | 1,850.00 | Utility |
| 1/31/2011 | Wire | Availability Solutions | 2,000.00 | Equipment Lease |
| 1/31/2011 | Wire | JP Morgan Depository Account | 303.38 | Bank Fees |
| 1/31/2011 | Wire | JP Morgan Depository Account | 106.11 | Taxes |
| 2/1/2011 | 82047 | K&R Service | 350.00 | Utility |
| 2/2/2011 | Wire | Central States | 11,373.00 | Pension Contribution |
| 2/2/2011 | Wire | Much Shelist | 34,717.35 | Attorney Fees |
| 2/2/2011 | Wire | WhiteLight Group | 525.00 | Software Support |
| 2/3/2011 | Wire | Much Shelist | 9,550.15 | Attorney Fees |
| 2/3/2011 | Wire | Blackman Kallick | 327,624.47 | Financial Advisor Fees |
| 2/3/2011 | Wire | Excel Graphics | 116.89 | Payroll Support |
| 2/3/2011 | Wire | ProjecTemps | 10,039.40 | Payroll |
| 2/3/2011 | Wire | Reebie Storage and Moving | 1,293.00 | Document Storage |
| 2/3/2011 | Wire | Cook County Treasurer | 363,937.54 | Real Estate Taxes |
| 2/3/2011 | Wire | Colliers International | 31,570.60 | Real Estate Commission |
| 2/3/2011 | Wire | MGR Legal Filing | 910.00 | Obtaining Tax and Water Bills |
| 2/3/2011 | Wire | Chicago Title | 3,750.50 | Real Estate Closing Charges |

Total    842,994.51

**FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NAME: SK HAND TOOL
CORPORATION**                          **CASE NO.:  10 B 28882**

**DISBURSEMENT LISTING**

**FOR MONTH ENDING** February 4, 2011

**Bank:**                  JP Morgan Chase Bank

**Location:**              Chicago, IL

**Account Name:**          Accounts Payable Account

**Account No.:**           4047435

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | Account Closed | |

**TOTAL:**                                      **$0.00**

You must create a separate list for each bank account from which disbursements were made during the month.

**OPERATING REPORT
Page 10**

Receipt Listing for period ending February 4, 2011

Bank:              JP Morgan Chase Bank
Location:          Chicago, IL
Account Name:   Accounts Payable Account
Account No.:                      4047435

| | Date Disbursed | Check No. | Description | Amount |
|---|---|---|---|---|
| | Account Closed | | | |

**FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NAME: SK HAND TOOL
CORPORATION**                    **CASE NO.:  10 B 28882**

**DISBURSEMENT LISTING**

**FOR MONTH ENDING  February 4, 2011**

**Bank:**            JP Morgan Chase Bank

**Location:**        Chicago, IL

**Account Name:**    Depository Account

**Account No.:**     4047478

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | See Attached | |

**TOTAL:**                    $828.91

You must create a separate list for each bank account from which disbursements were made during the month.

**OPERATING REPORT
Page 11**

Disbursement Listing for period ending February 4, 2011

Bank:            JP Morgan Chase Bank
Location:        Chicago, IL
Account Name:    Depository Account
Account No.:                    4047478

| Date Received | Description | Amount |
| --- | --- | --- |
| 1/12/2011 | Withdrawal federal and state agencies | 419.42 |
| 1/18/2011 | Monthly bank fees charged to account | 259.25 |
| 2/1/2011 | Withdrawal federal agencies | 106.11 |
| 2/2/2011 | Transfer to escrow account to cover bank fees | 44.13 |
| | Total | 828.91 |

## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**CASE NAME: SK HAND TOOL CORPORATION**                **CASE NO.:  10 B 28882**

### DISBURSEMENT LISTING

### FOR MONTH ENDING  February 4, 2011

**Bank:**              JP Morgan Chase Bank

**Location:**          Chicago, IL

**Account Name:**      Payroll Account

**Account No.:**       4047451


| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | See Attached Schedule | |
| | | **TOTAL:** | **$0.00** |

You must create a separate list for each bank account from which disbursements were made during the month.

### OPERATING REPORT
### Page 12

Disbursement Listing for period ending February 4, 2011

Bank:            JP Morgan Chase Bank
Location:        Chicago, IL
Account Name:    Payroll Account
Account No.:                    4047451

| Date Disbursed | Check No. | Payee | Amount | Description |
|---|---|---|---|---|
| No Activity in Account | | | | |

## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**CASE NAME: SK HAND TOOL CORPORATION**

**CASE NO.: 10 B 28882**

### DISBURSEMENT LISTING

### FOR MONTH ENDING February 4, 2011

| | |
|---|---|
| **Bank:** | JP Morgan Chase Bank |
| **Location:** | Chicago, IL |
| **Account Name:** | Escrow Account |
| **Account No.:** | 4043816 |

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | See Attached Schedule | |

**TOTAL:**       **$44.13**

You must create a separate list for each bank account from which disbursements were made during the month.

### OPERATING REPORT
### Page 13

Disbursement Listing for period ending February 4, 2011

Bank:          JP Morgan Chase Bank
Location:      Chicago, IL
Account Name:  Escrow Account
Account No.:                   4043816

| Date Disbursed | Description | Amount |
|---|---|---|
| 1/18/2011 | Monthly bank fees charged to account | 44.13 |
| | Total | 44.13 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**CASE NAME: SK HAND TOOL CORPORATION**          **CASE NO.:  10-28882**

**FOR MONTH ENDING      February 4, 2011**

### STATEMENT OF INVENTORY

| | | |
|---|---|---|
| Beginning inventory | $ | 0.00 |
| Add: purchases | $ | 0.00 |
| Less: goods sold (cost basis) | $ | 0.00 |
| Ending inventory | $ | 0.00 |

### PAYROLL INFORMATION STATEMENT

| | | |
|---|---|---|
| Gross payroll for this period | $ | 26,040.23 |
| Payroll taxes due but unpaid | $ | 0.00 |

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | N/A | | |

\* Include only post-petition payments.

**OPERATING REPORT**
**Page 14**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _____    CASE NO.: _____

FOR MONTH ENDING _____, 20____

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

*A/R at 2/4/11 excludes credit balances as customers w/ credit balances would be creditors of SK Hand Tool Corp. Previous MORs included customer credit balances.*

Beginning of month balance     $ _____

Add:  sales on account     $     Ø

Less: collections     $   70,487.51

End of month balance     $ 604,429.54

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|-----------|-----------|-----------|--------------|--------------------|
| $ Ø | $ Ø | $ Ø | $ 604,429.54 | $ 604,429.54 |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance     $ 3,653.15

Add: credit extended     $ 876,480.34

Less: payments of account     $ 842,994.51

End of month balance     $ 37,138.98

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|-----------|-----------|-----------|--------------|--------------------|
| $ | $ | $ | $ | $ 37,138.98 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT  Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**CASE NAME: SK HAND TOOL CORPORATION**                    **CASE NO.:  10-28882**

**FOR MONTH ENDING:  FEBRUARY 4, 2011**

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes | (X) | No ( ) |
| 2. | FICA withholdings | Yes | (X) | No ( ) |
| 3. | Employee's withholdings | Yes | (X) | No ( ) |
| 4. | Employer's FICA | Yes | (X) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes | (X) | No ( ) |
| 6. | State Income Tax | Yes | (X) | No ( ) |
| 7. | State Employee withholdings | Yes | (X) | No ( ) |
| 8. | All other state taxes | Yes | (X) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

**OPERATING REPORT**
**Page 14**

Payments due as of February 4, 2011

| Vendor Name | Account Number | Invoice Date | Due Date | Usage Period | Amount | Deposit | Net Balance | Final Bill | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Toledo Edison | 110071280852 | 2/7/2011 | 2/28/2011 | 1/20/11 - 2/4/11 | 62.52 | | 62.52 | yes | Defiance, OH parking lot lights; service discontinued |
| Toledo Edison | 110071225111 | 2/7/2011 | 3/1/2011 | 1/1/11 - 1/31/11 | 2,431.73 | (2,500.00) | (68.27) | no | Defiance, OH plant/office eletric service |
| City of Chicago Department of Water | 548714-548714 | 1/28/2011 | 2/18/2011 | 11/1/7/10 - 1/19/11 | 56.84 | | 56.84 | yes | Chicago water (3 meters); service discontinued prior to real estate sale |
| Peoples Gas | 9500058865363 | 12/17/2010 | 1/3/2011 | 8/31/10 - 12/17/10 | 408.18 | (1,000.00) | (568.17) | yes | Chicago natural gas |
| Peoples Gas | 9500058865325 | 1/7/2011 | 1/24/2011 | 7/31/10 - 8/31/10 | 22.65 | | - | yes | Chicago natural gas |
| CenturyLink | 302237825 | 2/6/2011 | 3/4/2011 | n/a | (546.47) | | (546.47) | yes | Refund due |
| City of Defiance | 486-87007-00 | | | n/a | (500.00) | | (500.00) | yes | Defiance sewer and water; service discontinued; deposit amount |
| ComEd | 1110085007 | 1/12/2011 | 1/27/2011 | 12/7/10 - 1/11/11 | 10,430.19 | | | yes | Amount in dispute s/b approx $5,000 |
| ComEd | 7409077002 | 1/10/2011 | 1/25/2011 | 12/7/10 - 1/7/11 | 59.38 | | 59.38 | yes | Chicago parking lot lights |
| US Trustee | | | | 1/1/11 - 2/4/11 | 6,500.00 | | 6,500.00 | yes | Estimated Q1 2011 Fees |
| Neal, Gerber | | | | | 32,143.15 | | 32,143.15 | yes | Court approved Creditor Committee Attorney Fees |
| | | | | | | | 37,138.58 | Total | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, Mark Robertson , acting as the duly authorized agent for the Debtor in Possession

(Trustee) declare under penalty of perjury under the laws of the United States that I have read

and I certify that the figures, statements, disbursements itemizations, and account balances as

listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the

best of my knowledge, information and belief.


For the Debtor in Possession

Print or type name and capacity of person signing
this Declaration :

Mark Robertson

Chief Restructuring Officer

Dated: 2/25/2011

**OPERATING REPORT**