IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: TRIAT INDUSTRIES, INC.      CASE NO.: 10-28889

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

### FOR MONTH ENDING February 4, 2011

**BEGINNING BALANCE IN ALL ACCOUNTS**                $0.00

**RECEIPTS:**
1. Receipts from operations              $
2. Other Receipts                        $

**DISBURSEMENTS:**
3. Net payroll:
   a. Officers                           $
   b. Others                             $

4. Taxes
   a. Federal Income Taxes               $
   b. FICA withholdings                  $
   c. Employee's withholdings            $
   d. Employer's FICA                    $
   e. Federal Unemployment Taxes         $
   f. State Income Tax                   $
   g. State Employee withholdings        $
   h. All other state taxes              $

5. Necessary expenses:
   a. Rent or mortgage payment(s)        $
   b. Utilities                          $
   c. Insurance                          $
   d. Merchandise bought for manufacture or sale  $
   e. Other necessary expenses
      (specify)
   _____       $0.00
   _____       $0.00

**TOTAL DISBURSEMENTS**                  $0.00

**NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD**    $0.00

**ENDING BALANCE IN** JP Morgan Chase                      $0.00
                     (Name of Bank)
**ENDING BALANCE IN** JP Morgan Chase                      $0.00
                     (Name of Bank)

**ENDING BALANCE IN ALL ACCOUNTS**                         $0.00

OPERATING REPORT   Page 1
EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: TRIAT INDUSTRIES, INC.          CASE NO.: 10-28882

## RECEIPT LISTING

FOR MONTH ENDING _____ February 4, 2011

Bank:

Location:

Account Name:

Account No.:

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|
| | TOTAL: | $0.00 |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

**OPERATING REPORT**
Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: TRIAT INDUSTRIES, INC.    CASE NO.: 10-28882

## DISBURSEMENT LISTING

FOR MONTH ENDING _____ February 4, 2011

**Bank:**

**Location:**

**Account Name:**

**Account No.:**

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | TOTAL: | $0.00 |

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT
Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### DECLARATION UNDER PENALTY OF PERJURY

I, Mark Robertson, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursements itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor in Possession

Print or type name and capacity of person signing this Declaration :

Mark Robertson

Chief Restructuring Officer

Dated: 2/25/2011

**OPERATING REPORT**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 10-28886 |
| TRIAT INDUSTRIES, INC., | ) | Hon. Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | |

### AFFIDAVIT OF MARK W. ROBERTSON

Mark W. Robertson, being first duly sworn, deposes and states as follows:

1. I am a Director of Blackman Kallick LLP ("BK"), which is located at 10 S. Riverside Plaza, Suite 900 in Chicago, Illinois.

2. Pursuant to order of this Court, I have been employed as chief restructuring officer ("CRO"), and BK has been employed as financial advisor, to co-debtors SK Hand Tool Corporation ("SK"), MCC Business, Inc. and Triat Industries, Inc. ("Triat").

3. In my role as CRO, I have overseen all of SK's operations and day-to-day business affairs since the filing of these cases on June 29, 2010 through the present. On August 25, 2010, the co-debtors closed the sale of their business assets to Ideal Industries, Inc. and then ceased operations.

4. Triat has not had any business operations or transactions since the filing of these cases on June 29, 2010.

5. Accordingly, for the period of June 29, 2010 through at least February 4, 2011, Triat has not had any receipts or disbursements to report to the United States Trustee's Office.

**FURTHER AFFIANT SAYETH NOT.**

_____
MARK W. ROBERTSON

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 25th DAY OF FEBRUARY 2011

_____
Notary Public

OFFICIAL SEAL
JENNIFER EVE PERFECT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/05/11

2